Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

District of

Division

FARAH NAZ
_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Jennifer M. Granholm,
(Sectretary of Dep't of Energy) ,See attached
_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case: 1:22-cv-01730 JURY DEMAND
Assigned To : Unassigned
Assign. Date : 6/16/2022
Description: Employ. Discrim. (H-DECK

Jury Trial:  *(check one)*  ☑ Yes   ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

**I.    The Parties to This Complaint**

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | FARAH NAZ |
| Street Address | 13414 Ansel terrace |
| City and County | Germantown |
| State and Zip Code | MD, 20874 |
| Telephone Number | 301-602-5623 |
| E-mail Address | Farahnaz16@hotmail.com |

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

RECEIVED
JUN 16 2022
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

| | |
|---|---|
| Name | JENNIFER M. GRANHOLM |
| Job or Title *(if known)* | Secratery of the U.S.Department of Energy |
| Street Address | 1000 Independence Ave, SW |
| City and County | Washington, DC, U.S.A. |
| State and Zip Code | District of Columbia, 20585 |
| Telephone Number | 202-586-5000 /202-586-5281 |
| E-mail Address *(if known)* | The.Secretary@hq.doe.gov |

Defendant No. 2

| | |
|---|---|
| Name | Peter Gross |
| Job or Title *(if known)* | Team Lead for Industrial at Energy Informaiton Administration |
| Street Address | 1000 Independence Ave, SW |
| City and County | Washington, DC, U.S.A. |
| State and Zip Code | District of Columbia, 20585 |
| Telephone Number | 202-586-8822 |
| E-mail Address *(if known)* | Peter.Gross@eia.gov |

Defendant No. 3

| | |
|---|---|
| Name | Lynn Westfall |
| Job or Title *(if known)* | Director(Office of EnergyMarkets&Financial Analysis at EIA) |
| Street Address | 1000 Independence Ave, SW |
| City and County | Washington, DC, U.S.A. |
| State and Zip Code | District of Columbia, 20585 |
| Telephone Number | 202-586-3811 |
| E-mail Address *(if known)* | Lynn.Westfall@eia.gov |

Defendant No. 4

| | |
|---|---|
| Name | James Turnure |
| Job or Title *(if known)* | Senior Advisor, Energy Analysis at EIA |
| Street Address | 1000 Independence Ave, SW |
| City and County | Washington, DC, U.S.A. |
| State and Zip Code | District of Columbia, 20585 |
| Telephone Number | 202-586-1762 |
| E-mail Address *(if known)* | James.Turnure@eia.gov |

Defendant No 5.

Kelly Perl, Senior Ecoomist
U.S. Energy Information Administration(EIA)
1000 Independence Ave, SW, Washington, DC
USA, 20585
Ph: 202-586-1743
Email: Kelly.Perl@eia.gov

## ADDITIONAL  DEFENDANTS FROM PAGE 1 OF COMPLAINT

**Defendant 2.**

| | |
|---|---|
| **Name** | Peter Gross |
| | Team Lead for Industrial at U.S. Energy Information Administration (EIA) |

**Defendant 3.**

| | |
|---|---|
| **Name** | Lynn Westfall |
| **Title** | Director (Office of Energy Markets &Financial Analysis at EIA |

**Defendant 4.**

| | |
|---|---|
| **Name** | James Turnure |
| **Title** | Senior Advisor, Energy Analysis at EIA |

**Defendant No 5.**

| | |
|---|---|
| **Name** | Kelly Perl |
| **Title** | Senior Economist at EIA |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

C.      **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | (Energy Information Administration)/US. Department of Energy |
| Street Address | 1000 Independence Ave, SW |
| City and County | Washington, DC. U.S.A |
| State and Zip Code | District of Columbia, 20585 |
| Telephone Number | 301-602-5623 |

II.     **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒       Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

       *(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐       Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

       *(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐       Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

       *(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒       Other federal law *(specify the federal law)*:

       Retaliation/Reprisal Claim for Participation in Protected Activity

☐       Relevant state law *(specify, if known)*:

☐       Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [ ] Failure to hire me.
- [X] Termination of my employment.
- [X] Failure to promote me.
- [ ] Failure to accommodate my disability.
- [ ] Unequal terms and conditions of my employment.
- [X] Retaliation.
- [X] Other acts *(specify)*: Reprisal

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

January 29, 2021

C.    I believe that defendant(s) *(check one)*:

- [X] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- [X] race                    Middle Eastern
- [ ] color
- [X] gender/sex              Female
- [X] religion                Islam
- [X] national origin         Pakistani
- [ ] age *(year of birth)*                    *(only when asserting a claim of age discrimination.)*
- [ ] disability or perceived disability *(specify disability)*

E.    The facts of my case are as follows.  Attach additional pages if needed.

Wrongfully terminated from Federal Service on Jan 29, 2021. Was placed on justified PIPs. Agency created hostile working environment for 3 years. Management abused and bullied me Managment ganged upon me in retaliation to EEO complaints and as witness to an EEO case I submitted many mediation requests through Ombudsman's office but no attention was paid. No corrective actions were taken by agency despite multiple requests via ADR. I completed all assignments with due diligence and with subject matter expertise but they were nitpicky ab

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

about useless details that had no bearings. Agency set up a toxic work-environment for me to
fail in by overloading with excessive work without timely information. They denied all trainings.
However, as a part of my dedication and
high quality work and professionalism, I was tranferred to another section on November 8,
2020, but managment still terminated me in retaliation and as reprisal for my participation in
protected on Jan 29, 2021. Union filed several grieviances against managment on my behalf by proving of contrac

Please see attached Exhibit 'A' and 'B'.

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of
your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the
relevant state or city human rights division.)*

IV.   **Exhaustion of Federal Administrative Remedies**

A.      It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or
my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct
on *(date)*

10/4/2021

B.      The Equal Employment Opportunity Commission *(check one)*:

☐        has not issued a Notice of Right to Sue letter.

☒        issued a Notice of Right to Sue letter, which I received on *(date)*   May 23, 2022    .

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment
Opportunity Commission to this complaint.)*

C.      Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission
regarding the defendant's alleged discriminatory conduct *(check one)*:

☐        60 days or more have elapsed.

☐        less than 60 days have elapsed.

V.   **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal
arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the
amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive
or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive
money damages.

1. Removal of Federal service be reversed.
2. Asking for reinstatement of Federal service with a reassignment in different section.
3. Award plaintiff, the lost wages and benefits.
4. Restoration of both annual and sick leave.
4. Reimbursement for attorney's fees and costs.
5. $300,000 in compensatory damages for pain and sufferings.
6. Compensation for medical bills for causing emotional and physical damages due to hostile work
7. Any other relief as is fair and just.
8. Clean Records → Clear SF50 and other Personnel actions

Type text here

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    6/15/2022

Signature of Plaintiff

Printed Name of Plaintiff    FARAH NAZ

### B.    For Attorneys

Date of signing:    

Signature of Attorney    

Printed Name of Attorney    

Bar Number    

Name of Law Firm    

Street Address    

State and Zip Code    

Telephone Number    

E-mail Address