CLEAR FORM

UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

FARAH NAZ
PLAINTIFF

Address (No Post Office Boxes)

City                    State          Zip Code

VS.

JENNIFER M. GRANHOLM
DEFENDANT

Address (No Post Office Boxes)

City                    State          Zip Code

CIVIL ACTION NO. 1:22-cv-01730 (DLF)

Jury Trial: ☒ Yes   ☐ No

Supplemental
documents for the Complaint

Please find enclosed all the Supplemental documents
as an evidential support to my existing Complaint.
Enclosed within these documents, are a number of
Samples of my work, timeline of events,
proof of Federal Service, proof of qualifications
and Some records of email Communications.
These evidences support my claim of a well
educated and Competant Medical employee.

Farah Naz
Signature

FARAH NAZ.
Name (if applicable, Prisoner ID No.)

Address/Facility Address

City                    State     Zip Code

RECEIVED

AUG - 5 2022

New: 06/21/2022

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia



**Department of Energy**
Washington, DC  20585

August 13, 2020

**SUBJECT:**
**TIME LINE OF WORK HISTORY AT EIA UNDER THE**
**U.S. DEPARTMENT OF ENERGY.**

This is economist Farah Naz at the Department of Energy presenting a rebuttal to the memorandum of Peter Gross's proposed notice of removal from employment in the Federal Service based on the following facts:

1. Economist, Farah Naz had been in Federal Government for over 19 years starting from **November 20, 2000** with the Bureau of Economic Analysis (BEA) under the U.S. Department of Commerce till December 20, 2016. I was in pay band 3 at BEA which is equivalent to GS 12/13.

2. Farah Naz joined Energy Information Administration (EIA) under the **U.S. Department of Energy on January 8, 2017** at the same grade level of BEA. It was a lateral job move with same salary of the BEA. I never received any promotion or raises from EIA since October 2018 due to unjustified PIPs and PDPs that EIA managers keeps putting me on.

3. I started working under supervisor Kelly Perl from January 08, 2017.

4. My performance appraisal from **01/08/2017 till 09/30/2017** was perfectly fine and meets expectations though, I was very new to EIA and I performed quite complex analytical and statistical work based on my subject matter expertise and 19 years of Federal government experience of data analytics and economics.

5. Kelly Perl as an industrial team leader already was having severe interpersonal conflicts with my former colleague—Christopher Dickerson, who came on board 6 months before me.

6. Kelly Perl based on her own vindictiveness put Christopher Dickerson on Performance Improvement Plan (PIP) and then failed him on its completion.

7. Due to severe interpersonal conflicts among Kelly Perl and Christopher Dickerson,

# Christopher Dickerson filed an EEO complain and I was a

# witness in his petition for EEO complain. EEO investigator interviewed me on 10/12/2017.

8. Kelly Perl fired, colleague Christopher Dickerson in the month of February, 2018

9. Kelly Perl had always been a difficult manager and she used to verbally insult a lot.
   She always had an anger management issues.

10. Since, I was a witness in an EEO complain for Christopher Dickerson, Kelly Perl started having a retaliatory attitude toward me since February 2018. Emails attached

11. Based on good faith and being professionally, I contacted

# Department's Alternative Dispute Resolution (ADR) on 6/8/2018 for a mediation session between me and Kelly Perl for communications issues.

12. Since, then, Kelly Perl turned against me and started showing retaliatory behavior. She refused to participate in any future mediation meetings. Kelly Perl's harassment kept rising throughout the year.

13. Since, Kelly Perl declined in participating ADR mediating meetings; then per recommendations from the ADR office; I contacted Ombudsman's office for a resolution to current situation on November 1, 2018. They arranged a meeting on 11/5/2018 and approached the EIA's top's management for a resolution.

14. Since I contacted and initiated the process of mediation continually every year( 2018-2020) starting with
   **Ferraz, Isabela** Isabela.Ferraz@hq.doe.gov **on 6/28/2018,**

   **Martin, Kristin L.** [mailto:kristin.martin@hq.doe.gov] **on 9/20/2019,**

   **and**

**Wolfe, Lexi** lexi.wolfe@hq.doe.gov **on**1/20/20 from Ombudsman's Office for a

resolution to persistent ongoing hostility from Peter Gross, Kelly Perl and James Turnure of the Industrial section of EIA; therefore as a reprisal, the frequency of bullying, intimidation and harassment not only increased many folds but culminated in the form of the accumulation of false paper trails of documentation of my deficient work performance.

15. I made consistent efforts both professionally and collaboratively by utilizing Department's resources to have a resolution between James Turnure, Kelly Perl and Peter Gross but unfortunately, all my sincere efforts went futile as these managers did not cooperate with me in resolving work issues. Please see attached emails as evidence of my professional efforts to mediate the communication gap and rising hostility from them.

**16.**    Scott. M. Deyo and Taniya from the DOE's Ombudsman's office **approached Kellly Perl's boss-- James Turnure, and Kelly Perl on 11/5/2018,**

for an amicable resolution to ongoing hostility towards me but James Turnure instead got angry and showed extreme behavior of reprisals and retributions in collaboration with Peter Gross by denying me all the training requests and issuing me PIPs and PDPs on unjustified basis.

**17.**    An EEO complaint against Kelly Perl's harassment was filed on **11/6/2018**

18. Since, then the reprisal behavior kept rising and rising.

**19.    As a result Kelly Perl did not give me my FY2018 ratings**

4

# till November 3, 2018. Upon my inquiry then she mentioned that she is issuing a PIP on one piece of writing—10 pages research paper.

20. Kelly Perl issued me a PIP on December 3, 2018. She did not uploaded me that year performance appraisal on ePerformance.

21. Union filed a grievance against Kelly Perl for not giving my ratings of FY2018 on time.

22. As a result she suspended the PIP.

**23.** Until then, I received no ratings, no answers on Union Grievance, no further information for work and no updates on pending PIP till **4/22/2019.**

**24.** Due to number of EEO complains against Kelly Perl's she was reassigned to a new position as a senior **researcher on 4/15/2019.**

25. Kelly Perl and James Turnure are close friends, just besides colleagues.

**26.** James Turnure reassigned Kelly Perl as his senior researcher to a new position directly under him **on 4/15/2019.**

**27.** James Turnure became acting team lead of Industrial Team and my direct supervisor on **4/16/2019.**

28. James Turnure went on vacations on 4/17/2019 right after becoming acting Industrial Team Lead. He returned from vacation

5

on 4/22/2019.

29. I was on annual leave on 4/23/2019.

## 30.     James Turnure as an acting Industrial team lead reissued me a PIP right the same day he became acting team lead via email on April 24, 2019 on the same 10 pages research paper that Kelly Perl issued me a PIP on as reprisal to the demotion of Kelly Perl because of Chris and my EEO complaint against her.

31. James Turnure did not reissue me the PIP in person o 4/22/2019 despite Union's repeated requests, which was a violation of the Bargaining Unit Employee Contracts (CBO).

32. James Turnure appointed Peter Gross as an Industrial team leader on May 4, 2019 because James Turnure as a director of OEA did not want to deal with EEO complans and Union grievances, and PIP meetings.

## 33.     However, James Turnure kept me under reporting of two managers from May 4, 2019.

34. Under this strange managerial arrangement; James Turnure made me to report to two supervisors; him and Peter Gross. I was the only staff member of Industrial team who was reporting to two supervisors at one time. It was a very difficult managerial arrangement and both managers gave me heavy loads of work at the same time, while I was working on the completion of reissued PIP by James Turnure without any assistance. Additionally, there was no team collaborations and there was no other person on the

team to provide any assistance. I am the only analyst in the industrial team who is working solely on the Annual Energy Outlook model (AEO).

35. I reported to two supervisors starting from May 2019 till September 2019 and carried heavy work load along with completion of the reissued PIP until the end of FY 2019.

36. James Turnure did my FY 2019 performance evaluations on September 18, 2019 and gave me failed to meet expectations in two elements out of four. He also made the writing element of 2019 dependent on the writing element of 2018; which was a very bizaare ratings because each year's rating are independent and does not depend on previous years. He uploaded my FY 2019 ratings very late in the system by the end of December 2019.

# 37.   Since, Kelly Perl, James Turnure and Peter Gross, keeps putting me on PIPs and PDPs since October 2018 till April 2020 and gave me Failed performance review ratings consistently, in 2018, 2019 and 2020 I could not receive my automatic time-grade STEP INCREASE on 1/05/2020 based on my 19 years of service in Federal government.

38. Ever since, I filed an EEO complain in October 2019; ever since then, Peter Gross's bullying, intimidation and harassment both verbally and in writing is not only continuing but the frequency has increased many folds in a chained pattern from the same line of management of Industrial section starting from Kelly Perl, James Turnure and Peter Gross in every aspect of

7

my work life.

**39.**       Furthermore, a case of termination of my 19 years of Federal Service is falsely made against me based on illegitimate and incorrect facts in the form of the issuance of a letter **of Proposed Removal from Federal service has been on August 13, 2020 which is pertained to continued bullying and escalating harassment and has been forwarded to Lynn Westfall--- Director of the Financial Markets at EIA for further action.**

**40. Lynn Westfall is not a neutral director. He was a Kelly Perl's witness in both of her EEO complains; the one with Christopher Dickerson in October 2017 and the second one with me in December, 2018**

41. It is has also been noticed and observed as a consistent pattern that whenever, I am on leave and out of the office; Peter Gross hardly schedule any team meetings, activities, or follow ups on ongoing projects within the Industrial section. But whenever, I am on duty and in office, he kept me drowned under heavy and heavy workloads with extremely difficult assignments to complete under very short deadlines. Additionally, at the same time and on same days, he pressured me to participate in all other team meetings and even in conversations of those assignments, which are not related to my work areas. If I inform him about the work load and temporarily inability to participate in unrelated meetings then he starts threatening me with charging annual leave without pay. I came on EIA with a high number of annual leave saved from my previous agency based on my 19 years of Federal serve and fulfilment of time-in-grade requirements.

42. Peter Gross deliberately kept meetings on my busy working days especially during the times when I was supposed to be focused on

the PDP assignments under Peter's unrealistic deadlines, he kept assigning me more work and required my attendance at unrelated meetings as mandatory so that I could not have enough time to work on PDP assignment successfully and fall behind on deadlines.

43. Peter Gross kept writing me long and long emails every day on little things. He kept filing accusatory supervisory forms against me. This shows that his harassing behavior solely towards me for deliberately failing me in career at EIA that why he filed this proposed letter of removal from Federal service.

44. Peter Gross had been failing me biasedly since May, 2019 in every assignment and work that I did. But surprisingly, Peter Gross waited till **April, 2020** to issue me a PDP, after a yearlong wait.

45. Farah Naz got symptoms of COVID-19 and was on COVID-19 leave from **May 25, 2020 till June 8 2020.** Doctor's medical notes are available.

46. Farah completed and submitted all the PDP assignments by **July 13, 2020.**

47. Peter Gross failed me in all of the PDP assignments including Communications and issued me a Proposed letter of Removal from my 20 years of Federal Service just on the basis of 4 assignments. The Proposed letter of removal was issued on **August 13, 2020.**

**48.** Union filed an Oral reply on **August 30, 2020.**

49. Again Union filed a request for the Information of documents on my behalf.

50. Meanwhile, Peter Gross keep assigning me irrelevant lengthy assignments though the current fiscal year was over and the 2020 Performance plan was not even valid. Peter Gross kept giving me a number of increased duties or new duties during the PIP period because there's usually a learning curve to master these new duties with out any training or guidance.. Additionally, he kept adding new criticisms during the PIP period that had nothing to do with the reasons he placed me on the PIP in the first place.  He kept harassing and Harassing me and putting me under insane amount of stress, anxiety and hostility.

51. Peter Gross scheduled a **phone meeting on**

**10/19/2020** for the performance evaluations of FY2020 at 1;30pm in the afternoon.

52. During the meeting, he was yelling and was making bad comments about my work performance at DOE at the grade level 12.

53. As a result of this consistent hostility and stress, I suffered a stroke next morning on **10/20/2020 and was hospitalized at the Suburban hospital immediately.** During the stroke, I fell on the ground in the parking lot of a shopping center and broke my right arm and suffered other physical injuries as well.

54. After the stroke, I had been under medical treatment and under the medical reasonable accommodation starting December 2020.

55. Ever since, being on Medical Reasonable Accommodation, I had been on sick and annual leave.

**56.** Union filed documentations for the oral reply to EIA on December 2020 and all of us were waiting for the response from the EIA **upper management till 1/27/21.**

57. One of EIA-director LYNN WESTFALL, all of a sudden send me a calendar invite of **phone meeting on 1/29/2021 at 10:00am along with Cathleen Smith and Union attorney— William Li. Lynn** Westfall deliberately did not invite President and Vice-President thus violating the labor union contracts of NTEU union.

**58.** **Only 5 minutes before the meeting on 1/29/21, Lynn West emailed me a Letter of**

# Final removal from my federal service of 20 years with effective date on 1/29/21.

59.  EIA- immediately disabled and blocked my federal badge and access to computer at 3:45pm rather than at 6:00pm without giving me any opportunity to retrieve my electronic employment documents and personal belonging.

60. **Eversince, 1/29/201**, I had wrongfully terminated and is unemployed.

**Emails are attached as a proof:**



RE: Dickeson EEO Claim    Request fo Affidavit

FILE    MESSAGE

| Delete | Respond | Move | Tags | Editing |



Thu 10/12/2017 2:22 PM

Naz, Farah

RE: Dickeson EEO Claim    Request fo Affidavit

To    De Stephen, Daniel E - Vandalia, OH - Contractor

Message    CertificationPage-Dickeson.doc (42 KB)

It is enclosed.

-----Original Message-----
From: De Stephen, Daniel E - Vandalia, OH - Contractor [mailto:Daniel.E.DeStephen@usps.gov]
Sent: Thursday, October 12, 2017 2:12 PM
To: Naz, Farah <Farah.Naz@eia.gov>
Subject: RE: Dickeson EEO Claim Request fo Affidavit


Thanks.  Please sign and  return the attached form

Thanks

Daniel E DeStephen, Ph.D
PO Box 130
Vandalia, OH 45377-0130
937-657-8756
Fax: 937-835-4630

12



RE: Dickeson EEO Claim    Request fo Affidavit

FILE | MESSAGE

Thu 10/12/2017 2:07 PM

**Naz, Farah**

RE: Dickeson EEO Claim    Request fo Affidavit

To    De Stephen, Daniel E - Vandalia, OH - Contractor

You forwarded this message on 10/12/2017 2:09 PM.
We removed extra line breaks from this message.

Message    For Christopher Dickerson.docx (45 KB)

Hello Daniel,
Please find enclosed the attached explanation form for Chirstopher Dickerson.
Thanks
Farah Naz
Industry Economist
Rm: 2F-095
Ph: 202-287-6329
Email: Farah.Naz@eia.gov
Office of Energy Consumption and Efficiency Analysis U.S.Energy Information Administration (EIA) U.S. Department
1000 Independence Ave, SW
Washington, DC, 20585

-----Original Message-----
From: De Stephen, Daniel E - Vandalia, OH - Contractor [mailto:Daniel.E.DeStephen@usps.gov]

13



----Original Message-----
From: De Stephen, Daniel E - Vandalia, OH - Contractor [mailto:Daniel.E.DeStephen@usps.gov]
Sent: Tuesday, October 10, 2017 4:58 PM
To: Naz, Farah <Farah.Naz@eia.gov>
Subject: FW: Dickeson EEO Claim Request fo Affidavit


Daniel E DeStephen, Ph.D
PO Box 130
Vandalia, OH 45377-0130
937-657-8756
Fax: 937-835-4630

_____

From: De Stephen, Daniel E - Vandalia, OH - Contractor
Sent: Tuesday, October 10, 2017 4:46 PM
To: ian.meade@eia.gov

14



-----Original Message-----
From: Naz, Farah
Sent: Thursday, October 12, 2017 2:07 PM
To: 'De Stephen, Daniel E - Vandalia, OH - Contractor' <Daniel.E.DeStephen@usps.gov>
Subject: RE: Dickeson EEO Claim Request fo Affidavit

Hello Daniel,
Please find enclosed the attached explanation form for Chirstopher Dickerson.
Thanks
Farah Naz
Industry Economist
Rm: 2F-095
Ph: 202-287-6329
Email: Farah.Naz@eia.gov
Office of Energy Consumption and Efficiency Analysis U.S.Energy Information Administration (EIA) U.S. Department
1000 Independence Ave, SW
Washington, DC, 20585





RE: Dickeson EEO Claim    Request fo Affidavit

FILE    MESSAGE

| Delete | Respond | Move | Tags | Editing |



Thu 10/12/2017 2:12 PM

De Stephen, Daniel E - Vandalia, OH - Contractor <Daniel.E.DeStephen@usps.gov>

**RE: Dickeson EEO Claim    Request fo Affidavit**

To    Naz, Farah

You replied to this message on 10/12/2017 2:21 PM.
We removed extra line breaks from this message.

Message    CertificationPage-Dickeson.doc (32 KB)

Thanks.  Please sign and  return the attached form

Thanks

Daniel E DeStephen, Ph.D
PO Box 130
Vandalia, OH 45377-0130
937-657-8756
Fax: 937-835-4630

_____
From: Naz, Farah [Farah.Naz@eia.gov]
Sent: Thursday, October 12, 2017 2:07 PM
To: De Stephen, Daniel E - Vandalia, OH - Contractor
Subject: RE: Dickeson EEO Claim    Request fo Affidavit



RE: Please Clarify - Message (H...

FILE    MESSAGE    ACROBAT

Mon 9/30/2019 1:38 PM

Ferraz, Isabela <isabela.ferraz@hq.doe.gov>

**RE: Please Clarify**

To    Naz, Farah;   Colbert, Michael (HQ)

Cc    Magorien, Raymond (HQ);   Martin, Kristin L. (HQ)

Hello Farah,

It sounds like we should schedule a call between me, you, Kristin, and Mike. I know I have personally revie
well. I would like to have everyone on the call today figure out how the misunderstanding is occurring and

We cancelled ADR because we were told but EEO that you were no longer interested and would simply be

ADR is available at any stage during the EEO process. However, there are differences between how EEO ar
In the informal EEO stage, you get an extra 60 days to attempt to revolve the complaint through ADR, so th
process continues even if you are attempting ADR, so both processes happen in parallel. I will let Mike veri

Thank you,
Isabela

Isabela Ferraz
Alternative Dispute Resolution (ADR) Office
U.S. Department of Energy
Phone: (240) 361-7607
Isabela.Ferraz@hq.doe.gov
www.energy.gov/adr



RE: Request of Formal Complain Forms - M

FILE    MESSAGE    ACROBAT

Thu 10/10/2019 4:09 PM

Colbert, Michael <michael.colbert@hq.doe.gov>

RE: Request of Formal Complain Forms

To    Naz, Farah

You replied to this message on 10/10/2019 4:17 PM.

Message    Formal EEO Complaint Form.Rev 5-2017.docx (210 KB)

Farah,
I'm doing fine... How are things going since our facilitated conversation?
Attached is the formal complaint form.

Thanks
Mike

**From:** Naz, Farah [mailto:Farah.Naz@eia.gov]
**Sent:** Thursday, October 10, 2019 11:47 AM
**To:** Colbert, Michael <michael.colbert@hq.doe.gov>
**Subject:** Request of Formal Complain Forms

Hi Michael,
How are you doing?
I am requesting for formal EEO Complain form as continuation of
my informal complain.
Thanks

*Farah Naz*
*Industry Economist*

19



RE: Follow up from yesterday's call - Me

FILE    MESSAGE    ACROBAT

Meeting    Rules
IM    OneNote
More    Actions

Ignore    Reply Reply Forward    Move    Mark Categorize Follow    Translate    Find    Zo
Junk    Delete    All    Unread    Up    Related    Zc
Select

Delete    Respond    Move    Tags    Editing    Zc



Fri 10/4/2019 12:01 PM

Martin, Kristin L. <kristin.martin@hq.doe.gov>

RE: Follow up from yesterday's call

To    Naz, Farah

Cc    Ferraz, Isabela (HQ)

You replied to this message on 10/4/2019 1:39 PM.

Hi Farah,

If you get an indication from EEO or directly from management that they would be willing to participate in
us know or have management reach out to us to request ADR. As far as a one way communication where yo
formally with another third party, such as HR or another manager. Best of luck moving forward!

Best,

**Kristin L. Martin**
Attorney-Examiner
Office of Hearings and Appeals
(202) 287-1550
Kristin.Martin@hq.doe.gov

**From:** Naz, Farah [mailto:Farah.Naz@eia.gov]
**Sent:** Tuesday, October 01, 2019 4:53 PM
**To:** Martin, Kristin L. <kristin.martin@hq.doe.gov>



RE: Follow up from yesterday's call - Me

FILE    MESSAGE    ACROBAT

Tue 10/1/2019 4:53 PM
**Naz, Farah**
**RE: Follow up from yesterday's call**

To     Martin, Kristin L.

Cc    Ferraz, Isabela (HQ)

Thanks Kristin!
My whole purpose of seeking ADR session was only to communicate to Peter in the presence of a third party, his differences of opinions and methods of communication.

I am still leaning towards it. When can I have it again as EEO process will not be completed before 2 years.

*Farah Naz*
*Industry Economist*
*Room: 2F-095*
*Phone: 202-287-6329*
*Email: Farah.Naz@eia.gov*
*Office of Energy Consumption and Efficiency Analysis*
*U.S. Energy Information Administration (EIA)*
*U.S. Department of Energy*
*1000 Independence Ave, SW*
*Washington, DC, 20585*



*Independent Statistics & Analysis*
U.S. Energy Information



Not So Sure! - Message (HTM

FILE    MESSAGE    ACROBAT



Fri 10/4/2019 1:40 PM
Naz, Farah
**Not So Sure!**

To      Martin, Kristin L.

Cc      Ferraz, Isabela (HQ);    Colbert, Michael (HQ)

Hi Kristin,

Michael Colbert just held a voluntarily 40 minute talk session with me and Peter as a courtesy.

I am not so sure about official standing. May be you can clarify with Michael Colbert.

Thank You!

*Farah Naz*
*Industry Economist*
*Room: 2F-095*
*Phone: 202-287-6329*
*Email: Farah.Naz@eia.gov*
*Office of Energy Consumption and Efficiency Analysis*
*U.S. Energy Information Administration (EIA)*
*U.S. Department of Energy*
*1000 Independence Ave, SW*
*Washington, DC, 20585*



*Independent Statistics & Analysis*
U.S. Energy Information



Fri 10/11/2019 5:03 PM

Naz, Farah

**Formal Complaint Attached**

To    Colbert, Michael (HQ)

Cc    Magorien, Raymond (HQ)

You forwarded this message on 10/11/2019 5:12 PM.

Message    Formal EEO Complaint Form.Rev 5-2017.docx (221 KB)

Hi Michael and Raymond

Please find enclosed the most recent formal EEO- Complain on my behalf for som

Please inform me if there any questions of if any modifications be needed.

Thanks a lot!

*Farah Naz*
*Industry Economist*
*Room: 2F-095*
*Phone: 202-287-6329*
*Email: Farah.Naz@eia.gov*
*Office of Energy Consumption and Efficiency Analysis*



Tue 10/1/2019 3:26 PM

Martin, Kristin L. <kristin.martin@hq.doe.gov>

**Follow up from yesterday's call**

To    Naz, Farah

Cc    Ferraz, Isabela (HQ)

You replied to this message on 10/1/2019 4:53 PM.

Hi Farah,

I just wanted to touch base with you regarding yesterday's conversation. Isabela and I talked and we believe that, as the
possibility of a formal EEO complaint in the background, it is no longer possible to conduct a meaningful facilitation wit
appears willing to adjust their position on the issues at the core of the problem, which go beyond the limited scope we
will no longer be holding the facilitation we had scheduled for later this month. This does not mean you cannot pursue
circumstances are not conducive to a facilitated or mediated discussion.

If you have any questions, please respond to this email rather than calling, so that Isabela and I can both see.

Best,

**Kristin L. Martin**
Attorney-Examiner
Office of Hearings and Appeals
(202) 287-1550
Kristin.Martin@hq.doe.gov



ADR Office - Message (HTM

FILE   MESSAGE   ACROBAT

Ignore | Delete | Reply | Reply All | Forward | Meeting | IM | More | Move | Rules | OneNote | Actions | Mark Unread | Categorize | Follow Up | Translate | Find | Related | Select | Zo

Delete   Respond   Move   Tags   Editing

Fri 6/8/2018 11:13 AM
**Ferraz, Isabela** <Isabela.Ferraz@hq.doe.gov>
**ADR Office**

To   Naz, Farah

ⓘ You replied to this message on 6/11/2018 2:01 PM.
Please treat this as Confidential.

| Message | 📄 Secretary Perrys ADR Statement 2017.pdf (30 KB) | 📄 ADRO-HQ-013 Final - Benefits of Mediation.pdf (74 KB) |
|---|---|---|
| | 📄 ADR Office.pdf (158 KB) | |

Good Afternoon Farah,
I hope this message finds you well, and that it's alright to call you Farah. Please call me Isabela. I am an attorney in
conflict and resolve disputes across the complex. I am reaching out in regard to your request for mediation of wha
please let me know. We provide support either way. As you know, the case was referred by Othalene Lawrence.
The first step is for us to set up a meeting to go over our process, the situation from your perspective, and (should
time today before 2 PM. My schedule is also mostly open on Monday. We can meet in your office, our main office
work for you, we can schedule a call for later next week as I will be on work travel.
In the meantime, please find attached some information you may find helpful. You can also find more on our webs
I look forward to hearing from you.
Kind regards,
Isabela
**Isabela Ferraz**
Alternative Dispute Resolution (ADR) Office
U.S. Department of Energy
950 L'Enfant Plz - Room 7025
Office: (202) 287-1454
Cell: (240) 361-7607
Isabela.Ferraz@hq.doe.gov



| FILE | MESSAGE | ACROBAT |

Fri 6/29/2018 5:57 PM



Ferraz, Isabela <Isabela.Ferraz@hq.doe.gov>

**Agreement to Mediate & Prep**

To   Naz, Farah

You replied to this message on 7/5/2018 4:45 PM.
Please treat this as Confidential.

| Message | ADRO-HQ-008 Final - Agreement to Mediate.pdf (79 KB) |

Good Afternoon Farah,
Thanks again for taking the time to meet with me this week and for your willingness to engage in ADR. As discussed
you get a chance.
I also wanted to ask you a couple follow up questions:

Besides improving communication and the working relationship, and making changes to your progress review so as
looking for?
Could you please confirm that you have indeed filed a grievance with NTEU? If so, could you please provide me (I w
mediation?
Please attempt to answer the following 4 questions as you prepare for the mediation session. You do not need to h
mindset. I have also attached some more procedural questions which might help you with the first bullet.

What do you want for yourself?
What do you want for Kelly?
What do you want for your relationship with Kelly?
What do you want for your organization?

I have reached out to Kelly and will keep you posted once I have an update.





Mon 9/30/2019 12:16 PM

Martin, Kristin L. <kristin.martin@hq.doe.gov>

ADR Withdrawal

To   Naz, Farah

You replied to this message on 9/30/2019 12:33 PM.

Good Afternoon Farah,
I was informed that you have chosen to withdraw from the ADR process at this time and will be filing a formal EEO
process, we're going to cancel it and close the case. If you involve ADR in the EEO process, we will simply open a ne
Best,
**Kristin L. Martin**
Attorney-Examiner
Office of Hearings and Appeals
(202) 287-1550
Kristin.Martin@hq.doe.gov



Hi Michael,

Please find below the email from Kristin for your knowledge.

Thanks

*Farah Naz*
*Industry Economist*
*Room: 2F-095*
*Phone: 202-287-6329*
*Email: Farah.Naz@eia.gov*
*Office of Energy Consumption and Efficiency Analysis*
*U.S. Energy Information Administration (EIA)*
*U.S. Department of Energy*
*1000 Independence Ave, SW*
*Washington, DC, 20585*

Independent Statistics & Analysis
U.S. Energy Information
Administration



Hi Michael,

I will drop off in person next week, all the supplemental documents to this formal EEO complain.

Thanks
Have a nice long weekend!

*Farah Naz*
*Industry Economist*
*Room: 2F-095*
*Phone: 202-287-6329*
*Email: Farah.Naz@eia.gov*
*Office of Energy Consumption and Efficiency Analysis*
*U.S. Energy Information Administration (EIA)*
*U.S. Department of Energy*
*1000 Independence Ave, SW*
*Washington, DC, 20585*

*Independent Statistics & Analysis*
U.S. Energy Information

# Communications between Omdurman's office and Alternative Dispute Resolution:



Fri 1/31/2020 2:02 PM



Wolfe, Alexandria E <alexandria.wolfe@hq.doe.gov>

RE: Want to have consultation!

To    Naz, Farah

Hi Farah,

My apologies for the delay in sending this, but the RA contact is Kim Edens. It looks like she still might be in process
case, she should be a great resource for getting you to a subject matter expert on clarifying RA policy and procedur

Very best,
Lexi

**From:** Naz, Farah [mailto:Farah.Naz@eia.gov]
**Sent:** Thursday, January 30, 2020 4:16 PM
**To:** Curfman, Adam <adam.curfman@hq.doe.gov>
**Cc:** Wolfe, Alexandria E <alexandria.wolfe@hq.doe.gov>
**Subject:** Want to have consultation!

Hi Adam,
This is economist, Farah Naz from EIA/DOE.
I want to have a consultation with you for a mediation between me and my upper management.
You reference has been given to me by Alexi Wolfe.
Please inform with your availability.
Thanks

*Farah Naz*

30



Meeting - Meeting

FILE    MEETING    ACROBAT

Delete | Respond | Meeting Notes | Calendar | Move / Rules / | Mark Unread | Categorize | Follow Up | Translate | Find / Related / Select | Zoom

Delete    Respond    Meeting Notes    Calendar    Move    Tags    Editing    Zoom

Thu 11/29/2018 1:44 PM

Deyo, Scott M <Scott.Deyo@hq.doe.gov>

**Meeting**

Required    Naz, Farah

ⓘ We couldn't find this meeting in the calendar. It may have been moved or deleted.

When        Friday, November 30, 2018 12:30 PM-1:00 PM
Location    1G-053



Follow UP Meeting - Message (H

| FILE | MESSAGE | ACROBAT |

Tue 12/4/2018 3:30 PM



Naz, Farah

**Follow UP Meeting**

To    Ferraz, Isabela (HQ)

Hello Isabela,

I have to make a follow up meeting with you per recommendations of Ombudsman Office.

Thanks

*Farah Naz*
*Industry Economist*
*Room: 2F-095*
*Phone: 202-287-6329*
*Email: Farah.Naz@eia.gov*
*Office of Energy Consumption and Efficiency Analysis*
*U.S. Energy Information Administration (EIA)*
*U.S. Department of Energy*
*1000 Independence Ave, SW*
*Washington, DC, 20585*



*Independent Statistics & Analysis*
U.S. Energy Information
Administration



Seeking Your Perspective - Message

FILE    MESSAGE

Thu 6/18/2020 3:36 PM

**Wolfe, Lexi** <lexi.wolfe@hq.doe.gov>

**Seeking Your Perspective**

To    Naz, Farah

You replied to this message on 6/18/2020 4:42 PM.

Hi Farah,

I hope that you and your loved ones are safe and well. I'm reaching out because our office is seeking the benefit of

As you can likely imagine, it is challenging to communicate what our office does, as so many are unfamiliar with On

We're embarking on an initiative to refine how we "tell our story" to ensure that it resonates with our audience—D

We would love to get your input via a *very **brief, anonymous*** four-question survey: https://www.surveymonkey.co

Your responses will *only* be used for the purpose of informing our future communications; however, if you would l
can denote: (Giving Permission) after your comment.

We'd love to be able to incorporate your input and perspective, so please consider completing the survey by Frida

We truly appreciate your time and support to help us ensure DOE employees are aware of and understand the res

Very best,
Lexi

Lexi Wolfe

EEO Counseling - Meeting

FILE | MEETING

Delete | Respond | Meeting Notes | Calendar | Move ▾ | Rules ▾ | Mark Unread | Categorize ▾ | Follow Up ▾ | Translate ▾ | Find | Related ▾ | Select ▾ | Zoom

Delete | Respond | Meeting Notes | Calendar | Move | Tags | Editing | Zoom

Mon 10/22/2018 5:08 PM

Colbert, Michael <Michael.Colbert@Hq.Doe.Gov>

**EEO Counseling**

Required    ▦ Naz, Farah

🛈 We couldn't find this meeting in the calendar. It may have been moved or deleted.

**When**    Wednesday, October 31, 2018 10:00 AM-10:30 AM

**Location**  6B-169





RE: Want to meet you - Message

| FILE | MESSAGE |

Delete · Respond · Move · Tags · Editing

Tue 1/28/2020 8:50 AM



Wolfe, Alexandria E <alexandria.wolfe@hq.doe.gov>

RE: Want to meet you

To   Naz, Farah

You replied to this message on 1/28/2020 9:38 AM.

Hi Farah,

Thank you for the feedback. I'm glad to hear you found our conversation helpful.

I'm available to meet on Thursday at 1 pm, 2 pm, or 4 pm. Would any of those options work for you?

Very best,
Lexi

Lexi Wolfe
Associate Ombudsman
Department of Energy
Forrestal Building, 1G-053
202-586-4086



Office of the

# OMBUDSMAN

*A confidential, independent, informal, and neutral resource that strengthens mission focus by helping the federal workforce to identify*

*New!* Check out our FAQs



Private Meeting - Meeting

FILE   MEETING   ACROBAT

Delete | Respond | Meeting Notes | Calendar | Move Rules | Mark Unread | Categorize Follow Up | Translate | Find Related Select | Zoom

Delete   Respond   Meeting Notes   Calendar   Move   Tags   Editing   Zoom

Mon 11/5/2018 4:51 PM

William.Maurer@Hq.Doe.Gov on behalf of Deyo, Scott M <Scott.Deyo@hq.doe.gov>

**Private Meeting**

Required    Naz, Farah;    Mackey, Tonya (HQ)

We couldn't find this meeting in the calendar. It may have been moved or deleted.

When        *Wednesday, November 7, 2018 11:00 AM-11:45 AM,*   *(Thursday, November 8, 2018 1:15 PM-2:00 PM)*
Location    1G-053

Farah Nav
(301) 602-5623 cell

36



Private Meeting - Meeting

FILE    MEETING    ACROBAT

Delete | Respond | Meeting Notes | Calendar | Move Rules | Mark Unread | Categorize | Follow Up | Translate | Find Related Select | Zoom

Delete | Respond | Meeting Notes | Calendar | Move | Tags | Editing | Zoom

Mon 11/5/2018 4:48 PM

William.Maurer@Hq.Doe.Gov on behalf of Deyo, Scott M <Scott.Deyo@hq.doe.gov>

**Private Meeting**

Required    Maurer, William (HQ); Naz, Farah

We couldn't find this meeting in the calendar. It may have been moved or deleted.

When    Thursday, November 8, 2018 1:15 PM-2:00 PM
Location    1G-053

**Farah Nav**
**(301) 602-5623 cell**



Thu 11/29/2018 1:56 PM

Naz, Farah

**Accepted: Meeting**

To          Deyo, Scott M (HQ)

When     Friday, November 30, 2018 12:30 PM-1:00 PM (UTC-05:00) Eastern Time (US & Canada).

Location  1G-053

We couldn't find this meeting in the calendar. It may have been moved or deleted.
Naz, Farah has accepted this meeting.

Accepted: Private Meeting - Meeting

FILE    MEETING RESPONSE    ACROBAT

Delete | Reply  Reply  Forward  More | Meeting Notes | Move  Rules  Actions | Mark Unread  Categorize  Follow Up | Translate  Find  Related  Select | Zoom
Delete | All Respond | Meeting Notes | Move | Tags | Editing | Zoom

Mon 11/5/2018 4:54 PM

Naz, Farah

**Accepted: Private Meeting**

To          Deyo, Scott M (HQ)

When    Wednesday, November 7, 2018 11:00 AM–11:45 AM (UTC-05:00) Eastern Time (US & Canada).

Location  1G-053

We couldn't find this meeting in the calendar. It may have been moved or deleted.
Naz, Farah has accepted this meeting.

39



Accepted: EEO Counseling - Meeting

FILE | MEETING RESPONSE | ACROBAT

Delete | Reply | Reply All | Forward | Meeting | IM | More | Meeting Notes | Move | Rules | Actions | Mark Unread | Categorize | Follow Up | Translate | Find | Related | Select | Zoom

Delete | Respond | Meeting Notes | Move | Tags | Editing | Zoom

Tue 10/23/2018 9:39 AM

Naz, Farah

**Accepted: EEO Counseling**

To          Colbert, Michael (HQ)

When    Wednesday, October 31, 2018 10:00 AM-10:30 AM (UTC-05:00) Eastern Time (US & Canada).

Location  6B-169

ⓘ We couldn't find this meeting in the calendar. It may have been moved or deleted.
   Naz, Farah has accepted this meeting.

 U.S. Energy Information
Administration

Body text here

**REBUTTAL -MEMORANDUM  FOR:**     **Peter Gross**

**Team Lead for Industrial Section/**

**Supervisory Operations Research Analyst**

**U.S. Energy Information Administration**

**FROM:**     **Farah Naz**

**Industrial Economist**

**U.S. Energy Information Administration**

**SUBJECT:**     **Responses to Peter Gross's Memorandum for**

**Performance Counseling to Farah Naz**

Reporting of Harassment Incidents:

### Peter Gross's Performance Accusation 1:

You are being counseled because your performance in Critical Elements 1, 2, and 3 is deficient as you are not performing these critical elements at the Meets Expectations level rating. Your performance for Critical Element 1 is deficient because the Fuel Oil & Kerosene (FOKS) oil & natural gas regression assignment is now overdue despite your deadline being extended to January 9, 2020. To date, no substantive work regarding this assignment has been submitted. Additionally, although you did submit work for the coal/steel regression analysis on January 17, 2020, it was turned in late (due date was December 13, 2019) and was done incorrectly.

### Farah Naz's Rebuttal to Performance Accusation 1:

I strongly refute all of the above statements because they are incorrect and does not reflect my true work performance due to following explanations:

1. Peter Gross as an acting Industrial Team Lead has loaded me with unbearable work load.
2. He had been assigning random and irrelevant work projects to me which are not even relevant to the mission of the Industrial Team Section. All of the work assignments under the critical element 1 are spread over the entire Fiscal Year 2020.
3. But Peter Gross has been harassing and bullying me since May 2019 and based on his personal prejudices he is setting unrealistic deadlines which are impossible to achieve.
4. On the top, he never provide any guidance and direct answers to even the simplest questions related to each respective assignments.
5. All of Peter's directions have been twisted confusing. And, whenever a clarification about respective assignments have been sought; no constructive reply came.
6. As a result, work-productivity diminished and time efficiency reduced.
7. Farah Naz on her own always scheduled a weekly in person meeting to provide updates on the work-in progress.
8. Since Peter Gross is not providing constructive guidance, so I figure out the processes of all of the assignments myself and complete the assignments and submit of him based on general understanding. Upon submission of completed projects; no positive feedback been provided in return. Instead, Peter Gross, always criticized my work and demoralized all of my technical efforts.
9. Moreover, Peter Gross persistently, has been denying all of the work related training requests from minor to major since May 2019.
10. Since, no technical training has been approved by the management; it was time consuming to complete the assigned assignments.
11. Peter Gross had been micromanaging and causing distraction and breaking the momentum of work by constant negative and discouraging feedback. However, Farah Naz persistently stayed in contact and provided all the updates and communications about ongoing assignments to both Peter Gross and James Turnure. Some examples are attached below.
12. Peter Gross never provided a direct answer to even simplest questions.

He always replied with twisted answers and extreme irrelevant convoluted statements that simply caused waste of time and confusion and non-clarity.

13. Peter Gross and James Turnure jointly denied all my training requests for completing job assignments from October 2018 onwards. It ranges from simplest introductory training till to the highest level.

## Farah's requests to both Peter Gross and James Turnure for FOKS assignment.



RE: Conversion Unit - Message (HTML)

FILE    MESSAGE    ACROBAT

Wed 12/18/2019 3:34 PM

Naz, Farah

RE: Conversion Unit

To   Gross, Peter

Cc   Turnure, James

There are multiple conversion units on the EIA website. You never explain things clearly and change directions multiple times.
I am asking which one you want to use in relation to your highlighted section of email.

**From:** Gross, Peter
**Sent:** Tuesday, December 03, 2019 7:34 AM
**To:** Naz, Farah <Farah.Naz@eia.gov>
**Cc:** Turnure, James <James.Turnure@eia.gov>
**Subject:** RE: go over FY2020 PP

Farah – as we discussed yesterday, your FY2020 Performance Plan is active. We will begin with the assignment from CE #1 regarding the estimation of a regression equation for distillate (and later residual) fuel use in the oil & gas sector.

As a first step to establish the methodology, pick a state which has significant and growing oil and/or natural gas production (Pennsylvania for example). You have worked with the FOKS data before so you know where to find that data. Crude oil and dry natural gas production can be found in the EIA data sources under "Petroleum & Other Liquids" and "Natural Gas" under "Sources & Uses" (see screen shot below).

Convert historical crude oil and natural gas production in energy units (BTUs) before doing the regression which will show the relationship between total oil & gas production and distillate fuel use annually. Experiment with several historical ranges...as you may recall, the data from FOKS for more recent years is not very good, so we may want to contruct the linear regression without the most recent years. You will have to pick a starting year as well...2005 might be good.

By COB today (12/3/2019) please send me a spreadsheet showing (for the state you have chosen)

---

RE: come into the office or take leave until computer issues are resolved - Message (HTML)

FILE    MESSAGE    ACROBAT

Wed 12/18/2019 11:26 AM

Naz, Farah

RE: come into the office or take leave until computer issues are resolved

To   Gross, Peter;   Kaczenbeca, Sonia (HQ);   Griffin, Karen F. (HQ);   Griffin, Karen;   Karen Griffins;   Jeff Eagan (jeff.eagan@verizon.net);   Browne, Samuel (HQ)

Cc   Turnure, James;   Robinson, Peggy (HQ)

Hi Peter,

Thank you for the FMLE info! I appreciate it.
I am not sure if you are fully aware or not. I am on a medical telework and it has been in place by the
Joint approval and recommendation of Medical Surgeon, Federal Occupational Health services and DOE-ELR.
Moreover, reasonable medical accommodation is under review.

I do have a DOE issued Laptop and is connected to the EIA-LAN and is fully operational.
However, technical glitches comes and go via continued assistance from User's Services.

Simply, files transfers from old hard drive to new one is in process which has its own speed which is beyond control of even User's services.
and will be completed soon.

Thanks

*Farah Naz*
*Industry Economist*
*Room: 2F-095*
*Phone: 202-287-6329*
*Email: Farah.Naz@eia.gov*
*Office of Energy Conservation and Efficiency Analysis*



RE: progress on Critical Element #1 assignments - Message (HTML)

FILE    MESSAGE

Tue 1/6/2020 4:18 PM

Naz, Farah

RE: progress on Critical Element #1 assignments

To    Green, Peter

Cc    Turnure, James

I sent an in-person meeting scheduled to discuss Coal project.

Thanks

*Farah Naz*
*Industry Economist*
*Room: 2F-095*
*Phone: 202-287-6329*
*Email: Farah.Naz@eia.gov*
*Office of Energy Consumption and Efficiency Analysis*
*U.S. Energy Information Administration (EIA)*
*U.S. Department of Energy*
*1000 Independence Ave, SW*
*Washington, DC, 20585*

U.S. Energy Information Administration

---

RE: progress on Critical Element #1 assignments - Message (HTML)

FILE    MESSAGE    ACROBAT

Mon 1/6/2020 1:37 AM

Naz, Farah

RE: progress on Critical Element #1 assignments

To    Green, Peter

Cc    Turnure, James;   Kassambara, Sonie (HQ);   Griffin, Karen F. (HQ);   Griffin, Karen;   Karen Griffin;   Jeff Eagan (jeff.eagan@verizon.net)

Good Morning Peter!
Today, is the first day after leave,  I am back to work.
There are tons of emails to browse through and  timely administrative things to be taken care of first.

I will send you updates for the projects once they are progressed accordingly.

So please be patient and hold on to sending me repeated inquiry emails.

Most likely by late afternoon.
Thanks
*Farah Naz*
*Industry Economist*
*Room: 2F-095*
*Phone: 202-287-6329*
*Email: Farah.Naz@eia.gov*
*Office of Energy Consumption and Efficiency Analysis*
*U.S. Energy Information Administration (EIA)*
*U.S. Department of Energy*
*1000 Independence Ave, SW*
*Washington, DC, 20585*



**To:** Naz, Farah <farah.Naz@eia.gov>
**Cc:** Turnure, James <James.Turnure@eia.gov>
**Subject:** RE: COAL Regression 1 with Coke/Metal

Farah – unfortunately, you regressed the wrong variables.

Recall my email below. The regressions you did not help us determine whether or not steel production determines coal consumption, which was the stated purpose of this exercise.

Please redo the regressions as directed.

Peter

Farah – The following is an additional assignment related to Critical Element #1 that I want you to start working on, namely, to see if we can improve the STEO forecast of industrial coal consumption.

EIA's Quarterly Coal reports and related data https://www.eia.gov/coal/production/quarterly/ contain industrial manufacturing consumption data (table 35 and table 32).

Compile annual coke plant consumption data of coal and primary metal consumption of coal in clear spreadsheet format. Use data starting from 2010 – present as a first go.

# Peter Gross's Performance Deficient Accusation 2

Your performance for Critical Element 2 is deficient because the preliminary analysis for the Manufacturing Energy Consumption Survey (MECS) steel industry electrification is now overdue. To date, no substantive work regarding this assignment has been submitted.

## Farah Naz's Rebuttal to Performance Accusation 2:

1. Peter Gross has been making me strenuously overworked without any reasonability just to prove me as deficient and incompetent since May 2019.
2. I requested Multiple times meetings for the resolution of current toxic work environment and hostile managerial practices by Peter Gross towards me in terms of throwing every other day a lengthy and multistep assignment with impossible deadlines. I had been informing Peter Gross and James Turnure regarding their hostile managerial behavior towards me since January 2018 but no actions took place as of today, February 3, 2020.
3. Since so multiple and multiple assignments have been thrown at me randomly, thus it is humanly impossible to juggle with me at the same time. Thus, I prioritized assignment as the level of difficulty and detailed work involved.
4. If a simple question of "YES, or "NO," is being asked from Peter Gross related to any work assignment; he never provided a direct answer; instead he always send out hostile and bullying email as a reply. An example is attached:
5. Farah's Request for a Simple Question.
6. All work and family life balance requests have blatantly been rejected due to his personal biases without any justification.
7. I had always been in communication with Peter Gross about the status of all my work assignments regardless if they are completed or not completed both while teleworking and being physically present in the office.
8. I voluntarily schedule an in-person follow up meetings with Peter Gross every Thursday of the week to discuss with him all the updated about ongoing projects.
9. All work related trainings have been totally shut-down upon me on the pretext of that "I have so many assignments in process," though, this excuse is not valid at all.

accusatory aimed at my defamation. All the above listed deadlines were very ad hoc and I persistently kept a channel of communication with Peter Gross regarding each assignment; some examples of CHP questions

Are listed below but I never got a direct and helpful answer from Peter Gross which resulted in the reduction of work-productivity and efficiency. Peter Gross is excessively abusing his power of management by persistently bullying and harassing me by making assignments unnecessarily hard and convoluted and not providing correct guidance in a professional and non-bullying way.







Peter,

Can you send me any reference paper of your choice from EIA for CHP?
I am compiling information on CHP incentives &policies.
https://aceee.org/blog/2018-advanced-metering-infrastructure-save
Thanks

*Farah Naz*
*Industry Economist*
*Room: 2F-095*
*Phone: 202-287-6329*
*Email: Farah.Naz@eia.gov*
*Office of Energy Consumption and Efficiency Analysis*
*U.S. Energy Information Administration (EIA)*
*U.S. Department of Energy*
*1000 Independence Ave, SW*
*Washington, DC, 20585*



Peter,

Simple and direct questions related to assignment has always been asked by me.

You never provided direct answers and guidance; thus has been wasting so much in irrelevant responses since May 2019.

*Farah Naz*
*Industry Economist*
*Room: 2F-095*
*Phone: 202-287-6329*
*Email: Farah.Naz@eia.gov*
*Office of Energy Consumption and Efficiency Analysis*
*U.S. Energy Information Administration (EIA)*
*U.S. Department of Energy*
*1000 Independence Ave, SW*
*Washington, DC, 20585*



RE: Critical Element #3 assignment · Message (HTML)

FILE    MESSAGE    ACROBAT

Mon-10/00/00 1:11 PM
Naz, Farah
RE: Critical Element #3 assignment

To:    Gross, Peter
Cc:    Turnure, James;   Griffin, Karen F. (HQ);   Griffin, Karen;   Karen Griffin;   Kaisentano, Sonia (HQ);   Jeff Eagan (jeff.eagan@verizon.net)

Hi Peter,

I need more information about the CHP writing element paper.
So far, due to holidays rush and other conflicting schedule, we could not get a chance to discuss FY 2020 Performance Plan.
I will scheduled a meeting for this week to go over it.

Secondly, before even starting my research on CHP growth by state; I need the following tutorials from you beforehand.

1. I need an outline of the major focal points where the CHP research needs to be focused on since this topic is extremely elaborate

2. Unfortunately, since I joined industrial team, none of the team leads have taught any major concepts of industrial sections.

3. Nor there has been any proper industrial documentation that can used directly despite some voluntarily assistance
   assistance provided by PAUL OTIS.

4. Additionally, I need a sample of the previous written research paper from EIA on the CHP area as a reference.

5. Since research is so subjective and very elaborate as well so having a well-specified guidelines are imminent.

6. A sample paper for a reference is also very essential because you had been biasedly critical and failing me in every assignment without justifications over some time.

Thanks



Streamline CHP to main 4 factors! · Message (HTML)

FILE    MESSAGE    ACROBAT

Tue-10/00/00 5:17 PM
Naz, Farah
Streamline CHP to main 4 factors!

To:    Gross, Peter
Cc:    Turnure, James;   Kaisentano, Sonia (HQ);   Griffin, Karen F. (HQ);   Griffin, Karen;   Karen Griffin;   Jeff Eagan (jeff.eagan@verizon.net)

Hi Peter,

Thanks for your feedback! But please note, as I mentioned earlier that CHP is so broad of a topic and even state policies are so contradictories in many instances.

All I meant that based on your experience and previous work done in the EIA;

"What could be the main 4 to 5 areas of significance of CHP from Industrial section's Perspective?"
since time and resources are limited so it is agency's wide efficient if research areas are carefully defined and cleared beforehand.

Thanks
*Farah Naz*
*Industry Economist*
*Room: 2F-085*
*Phone: 202-287-6329*
*Email: Farah.Naz@eia.gov*
*Office of Energy Consumption and Efficiency Analysis*
*U.S. Energy Information Administration (EIA)*
*U.S. Department of Energy*
*1000 Independence Ave, SW*
*Washington, DC, 20585*



Peter Gross reply:

## Peter Gross's Performance Deficient Accusation 3

Your performance for Critical Element 3 is deficient because, although the outline is due on January 31, 2020 as specified in your FY2020 Performance Plan, no substantive work has been submitted regarding the necessary CHP state-level policy analysis which is required to write the report. Specifically, you were asked to provide a summary of state-level industrial CHP policies and incentives by January 17, 2020, and nothing was submitted by this due date.

## Farah Naz's Rebuttal to Accusation 3:

The research assignment on CHP policies and incentives is a yearlong assignment  I which require thorough research and ample amount of time as the research revolves around all 50 states and concrete assistance is being provided by Peter Gross except lengthy



RE: progress on Critical Element #1 assignments · Message (HTML)

Mon 1/6/2020 5:24 AM
Naz, Farah
RE: progress on Critical Element #1 assignments

To   Gross, Peter
Cc   Turnure, James;   Kassombara, Sonia (HQ)

Retention Policy: EEA/IA 5-Year Retention (5 years)                    Expires   1/6/2025

Hi Peter,

Per your requests: updates are as follows:
1. Due to recent new computers deployments;
   Unfortunately, all my data work has been lost for the FOKS project due to transition of "C" drive.
   User's services helped me in restoring my system and it is functional now.

2. Few folders on C drive are still lost and I am moving forward by restarting the work from beginning as Users' services are still taking so long to answer me.

3. Coal and Steel assignment directions were not so clear and you have to resend me all the information again.

4. It is not so clear yet so no progress has been made on it yet.

Thanks

*Farah Naz*
*Industry Economist*
*Room: 2F-095*
*Phone: 202-287-6329*

---

RE: progress on Critical Element #1 assignments · Message (HTML)

Mon 1/6/2020 9:53 AM
Naz, Farah
RE: progress on Critical Element #1 assignments

To   Gross, Peter
Cc   Turnure, James;   Kassombara, Sonia (HQ);   Griffin, Karen F. (HQ);   Griffin, Karen;   Karen Griffin;   Jeff Eagan (jeff.eagan@verizon.net)

Retention Policy: EEA/IA 5-Year Retention (5 years)                    Expires   1/6/2025

Good Morning Peter!
Today, is the first day after leave, I am back to work.
There are tons of emails to browse through and timely administrative things to be taken care of first.

I will send you updates for the projects once they are progressed accordingly.

So please be patient and hold on to sending me repeated inquiry emails.

Most likely by late afternoon.
Thanks
*Farah Naz*
*Industry Economist*
*Room: 2F-095*
*Phone: 202-287-6329*
*Email: Farah.Naz@eia.gov*
*Office of Energy Consumption and Efficiency Analysis*
*U.S. Energy Information Administration (EIA)*
*U.S. Department of Energy*
*1000 Independence Ave, SW*



**Coal and steel regressions assignment was completed and submitted to Peter Gross with all the empirical findings with lots of quantitative details.**

**A snap shot of communications is listed below for COAL AND STEEL REGRESSIONS:**





I sent an in-person meeting scheduled to discuss Coal project.

Thanks
*Farah Naz*
*Industry Economist*
*Room: 2F-095*
*Phone: 202-287-6329*
*Email: Farah.Naz@eia.gov*
*Office of Energy Consumption and Efficiency Analysis*
*U.S. Energy Information Administration (EIA)*
*U.S. Department of Energy*
*1000 Independence Ave, SW*
*Washington, DC, 20585*

U.S. Energy Information Administration

---

Hi Peter,

Sorry, I guess, you have not been understanding the replies so far.
The explanation for the FOKS data work is as follows:

1. I collected all the FOKS data
2. Saved them in the spread sheets
3. Installed the Data Analytical tool from Excel Add Ins.
4. Made 2 data files
5. Ran tentative regression but were not reviewed.
6. Unfortunately the biggest mistake was that all the work was saved on 'Drive and desktop temporarily before deployment of new laptops.
7. My computer deployment was done towards the end of the Friday by a relatively inexperienced technician, who did not saved prior to deployment C drive story; neither mentioned to do so earlier.
8. Upon my repeated requests to the User's services, they retrieved from old hard drive majority of files but some of the files still not retrieved.
9. That's why that regression analysis work is lost. So now, I will start again.

Hopefully, it explains you clearly.
Thanks
*Farah Naz*
*Industry Economist*

## Peter Gross's Performance Deficient Accusation 4

If you would like to meet with a counselor, you may contact an Employee Assistance Program (EAP) counselor for assistance. If you wish to meet with an EAP counselor, you must make the request to me, your immediate supervisor prior to the The EAP is a confidential program, meaning the counselor may not release any information to me or anyone else without your written permission.  The EAP is also voluntary, which means I may not order you to contact a counselor; however, the service may be beneficial to you.

Case 1:22-cv-01790-BEP   Document 16   Filed 08/08/22   Page 56 of 28 4

## Farah Naz's Rebuttal to Accusation 4:

Peter Gross' persistent harassment, demoralization and bullying has caused so many damages. I had been constantly in touch with the DOE-Employee Assistance Program (EAP), Alternative Dispute Resolution and Union about ongoing hostility and creation of toxic environment by Peter Gross.

Both Counselors at the DOE_EAP program are baffled and shocked by hearing the stories of unreasonableness of Peter Gross and they are aware of the situation. Both counselors at the DOE-EAP can be contacted and testified as a witnesses on toxic work environment of EIA-industrial management behalf of Farah Naz.

X FARAH NAZ

FARAH NAZ
ECONOMIST



Peter,

Find enclosed the Coal Regression 1 with coke and metal data.

The attached work book has 5 sheets.

1. Coke and metal manufacturing data.
2. Selected data for the regression process
3. Regression results

    3a. Under regression results
    - Constant has been keto zero for better results
    - Confidence level is being kept at 95% which is numerically well established.
    - Residuals are also calculated to give an idea of the biases and deviation of the series.
    - There is also standardized residuals which can give additional information in addition to the existing residual.
    - These residuals are also plotted to develop a graphic understanding of the  pattern of series.
    - I also added the Normal probability plots which could be used as helpful tool for the detailed analysis.
4. Another sheet is Residuals showing residual statistics with mean and standard deviations

Peter,

Find enclosed the historical regression with OBF and steel shipment data from Grafnem.

The enclosed work book has 5 sheets.

1. Data for the Oxygen blown furnace
2. Data for the steel shipment from Grafnem
3. Data for the regression
4. Results
5. Numerical plots showing regression results.
6. Confidence level is being kept at 95%.
7. Residuals and standardized residuals are added to give a better empirical finding.

*Farah Naz*
*Industry Economist*
*Room: 2F-095*
*Phone: 202-787-6270*

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296–33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle)<br>NAZ, FARAH NMN | 2. Social Security Number<br>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 | 3. Date of Birth<br>10/16/1967 | 4. Effective Date<br>04/14/2019 |
|---|---|---|---|

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5–A. Code<br>721 | 5–B. Nature of Action<br>Reassignment | 6–A. Code | 6–B. Nature of Action |
| 5–C. Code<br>N7M | 5–D. Legal Authority<br>Reg 335.102 Reclass | 6–C. Code | 6–D. Legal Authority |
| 5–E. Code | 5–F. Legal Authority | 6–E. Code | 6–F. Legal Authority |

| 7. FROM: Position Title and Number<br>Industry Economist<br>003680<br>00057323 | | | | | | 15. TO: Position Title and Number<br>Industry Economist<br>003680<br>00062722 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8. Pay Plan<br>GS | 9. Occ. Code<br>0110 | 10. Grade or Level<br>12 | 11. Step or Rate<br>08 | 12. Total Salary<br>102,861.00 | 13. Pay Basis<br>PA | 16. Pay Plan<br>GS | 17. Occ. Code<br>0110 | 18. Grade or Level<br>12 | 19. Step or Rate<br>08 | 20. Total Salary/Award<br>102,861.00 | 21. Pay Basis<br>PA |
| 12A. Basic Pay<br>79,540.00 | 12B. Locality Adj.<br>23,321.00 | 12C. Adj. Basic Pay<br>102,861.00 | 12D. Other Pay<br>0 | | | 20A. Basic Pay<br>79,540.00 | 20B. Locality Adj.<br>23,321.00 | 20C. Adj. Basic Pay<br>102,861.00 | 20D. Other Pay<br>0 | | |
| 14. Name and Location of Position's Organization<br><br>Energy Information Administration<br>Asst Admin for Energy Analysis<br>Ofc of Energy Consum & Efficiency Analys<br><br>3232000000 | | | | | | 22. Name and Location of Position's Organization<br><br>Energy Information Administration<br>Asst Admin for Energy Analysis<br>Ofc of Energy Consum & Efficiency Analys<br><br>3232000000 | | | | | |

## EMPLOYEE DATA

| 23. Veterans Preference<br>1 | 1 – None   3 – 10–Point/Disability   5 – 10–Point/Other<br>2 – 5–Point   4 – 10–Point/Compensable   6 – 10–Point/Compensable/30% | | 24. Tenure<br>1 | 0 – None   2 – Conditional<br>1 – Permanent   3 – Indefinite | 25. Agency Use | 26. Veterans Preference for RIF<br>YES [X] NO |
|---|---|---|---|---|---|---|
| 27. FEGLI<br>C0   Basic Only | | | 28. Annuitant Indicator<br>9   Not Applicable | | | 29. Pay Rate Determinant<br>0   Regular Rate |
| 30. Retirement Plan<br>K   FERS and FICA | | 31. Service Comp. Date (Leave)<br>11/20/2000 | 32. Work Schedule<br>F   Full Time | | | 33. Part–Time Hours Per<br>Biweekly<br>Pay Period |

## POSITION DATA

| 34. Position Occupied<br>1 | 1 = Competitive Service   3 – SES General<br>2 = Excepted Service   4 – SES Career Reserved | 35. FLSA Category<br>E | E – Exempt<br>N – Nonexempt | 36. Appropriation Code | 37. Bargaining Unit Status<br>2472 |
|---|---|---|---|---|---|
| 38. Duty Station Code<br>110010001 | | 39. Duty Station (City – County – State or Overseas Location)<br>Washington  Dist Columbia  DC  USA | | | |

| 40. Agency Data | 41.<br>Emplid 41085 | 42. | 43. | 44. |
|---|---|---|---|---|

45. Remarks

Full performance level of employee's position is GS-13.
Result of position review.

| 46. Employing Department or Agency<br>Department of Energy | | | 50. Signature/Authentication and Title of Approving Official<br>Electronically signed by:<br>Jenkins,Christine M |
|---|---|---|---|
| 47. Agency Code<br>DN00 | 48. Personnel Office ID<br>4144 | 49. Approval Date<br>04/12/2019 | |

5–Part 50–316

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540–01–333–6238

Standard Form 50
Rev 7/91
U.S. Office of Personnel Management
Guide to Processing Personnel Actions, Chapter 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name   (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| NAZ, FARAH NMN | 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 | 10-16-1967 | 01-29-2021 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
| 330 | Removal | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| QHM | Reg 432.101 Eq | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |
| | | | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| Industry Economist<br>PD:   003680          Position:      00062722 | |

| 8.Pay Plan | 9.Occ. CD | 10.Grd/Lvl | 11.Step/Rate | 12.Tot. Salary | 13.Pay Basis | 16.Pay Plan | 17.Occ. CD | 18.Grd/Lvl | 19.Step/Rate | 20.Tot. Salary/Award | 21.Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | 0110 | 12 | 08 | $107,548.00 | PA | | | | | | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $82,425.00 | $25,123.00 | $107,548.00 | $0 | | | | |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| Department of Energy<br>Energy Information Administration<br>Asst Admin for Energy Analysis<br>Ofc of Energy Prod & Markets Analysis<br>Oak Ridge, TN 37831 | |

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1  1-None   3-10 Point/Disability   5-10 Point/Other<br>2-5 Point   4-10 Point/Compensable   6-10 Point/Compensable/30% | 1  0-None      2-Conditional<br>1-Permanent  3-Indefinite | | YES     X     NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| C0        Basic Only | 9        Not Applicable | 0        Regular Rate |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K    FERS and FICA | 11-20-2000 | F    Full Time | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1  1-Competitive Service 3-SES General<br>2-Excepted Service   4-SES Career Reserved | E  E-Exempt<br>N-Nonexempt | | 2472 |

| 38. Duty Station Code | 39. Duty Station   (City-County-State or Overseas Location) |
|---|---|
| 110010001 | Washington  Dist Columbia  DC  USA |

| 40. Agency Data | 41. Emplid | 42. FROM: Dept ID | 43. TO: Dept ID | 44. PAR Number |
|---|---|---|---|---|
| | 41085 | 3231000000 | | |

45. Remarks

- SF 2819 was provided.  Life insurance coverage is extended for 31 days during which you are eligible to convert to an individual policy (nongroup contract).
- Health benefits coverage is extended for 31 days during which you are eligible to convert to an individual policy (nongroup contract). You are also eligible for temporary continuation of your FEHB coverage for up to 18 months.
- Forwarding address: 13414 ANSEL TER GERMANTOWN, MD 20870-4348
- Lump-sum payment to be made for any unused annual leave.
- Reason(s) for removal: Unacceptable performance
- SF-8 Issued.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| Department of Energy | |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
|---|---|---|---|
| DN00 | 4144 | 01-29-2021 | Renee Johnson<br>Director, Operations Division |

TURN OVER FOR IMPORTANT INFORMATION

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6236

1 - Employee Copy - Keep for Future Reference

# TAKE THIS FORM WITH YOU IF YOU GO TO FILE A CLAIM

## UNEMPLOYMENT COMPENSATION FOR FEDERAL EMPLOYEES (UCFE) PROGRAM

### NOTICE TO FEDERAL EMPLOYEE ABOUT UNEMPLOYMENT INSURANCE

This form has been given to you because (1) you have been separated from your job, or (2) you were placed in a nonpay status, or (3) your records have been transferred to a different payroll office.

*Unemployment Insurance (UI) for Federal workers.* When unemployed, Federal workers may be entitled to UI benefits similar to those of workers in private industry. If you become unemployed or are in a nonpay status and want to FILE A CLAIM, go to the nearest LOCAL PUBLIC EMPLOYMENT SERVICE OFFICE of the STATE EMPLOYMENT SECURITY AGENCY to register for work and file your claim for UI. Your ELIGIBILITY for UI CANNOT be determined until AFTER you file a claim. DON'T DELAY filing a UI claim; if you wait, your unemployment benefits may be reduced or you may not qualify for any benefits.

To help EXPEDITE your claim, take THIS FORM with you, your SOCIAL SECURITY ACCOUNT NUMBER CARD, the OFFICIAL NOTICE of your most recent SEPARATION or of your present NONPAY status (Standard Form 50 if available), EARNINGS and LEAVE statements, or similar documents that indicate you were employed by a Federal agency.

FEDERAL AGENCY will insert in the box:
1st line – Parent Federal Agency
Name and 3 digit code number
2nd line – Major Component (if any)
3rd and 4th line – complete address to which all forms pertaining to a claim should be sent (ES-931, 931A, 934, 936 and notices of appeal, hearings, and determinations)

U.S. DEPARTMENT OF ENERGY
OAK RIDGE SHARED SERVICE CENTER
P.O. BOX 500
GERMANTOWN, MD 20874

| 3 Digit Identification FEDERAL AGENCY | |
|---|---|
| CODE NO. | 475 |

To be completed by the *Federal Agency:*

Contact Name/Office

DOE-Payroll Office

Telephone No. *(include area code)*

301-903-2500, Ext 4

**KEEP THIS FORM and TAKE IT WITH YOU** if you file a UCFE/UI claim for unemployed Federal workers provided by Federal law (U.S. CODE, Title 5, Chapter 85). For more information about UCFE/UI, read the REVERSE SIDE of this form.

STANDARD FORM 8 (Rev. 6-87)
Prescribed by Dept. of Labor
20 CFR 609

| | |
|---|---|
| From: | Turnure, James |
| To: | Perl, Kelly |
| Cc: | Mead, Ian |
| Subject: | RE: Please Nominate |
| Date: | Friday, October 12, 2018 09:44:09 |

We probably should have a chutzpah award.

**From:** Perl, Kelly
**Sent:** Friday, October 12, 2018 9:42 AM
**To:** Turnure, James <James.Turnure@eia.gov>
**Cc:** Mead, Ian <Ian.Mead@eia.gov>
**Subject:** FW: Please Nominate

Farah is nominating herself for an innovation award. Forwarding this because she will probably complain to you guys when she finds out I didn't nominate her.

Do we have *chutzpah* awards? I'd nominate her for that. ☺

# Kelly Perl, Ph.D.

Industrial Team Leader
U.S. Energy Information Administration
Room 2H-090
Office:    (202) 586-1743
Telework:  (202) 821-2839
Industrial Team email address: EIA-OECEAIndustrialTeam@eia.gov
www.eia.gov

**From:** Perl, Kelly
**Sent:** Friday, October 12, 2018 09:33
**To:** Naz, Farah <Farah.Naz@eia.gov>
**Subject:** RE: Please Nominate

Hi Farah -- thank you for your note.

When you have finished the STEO benchmarking and the HGL work, please describe what you did to bring open communications and improve professionalism and collaboration to the industrial team.

Please be specific. Describe how your actions and improved team output and team relations and what was innovative about them.

Once I have that in hand, I will *consider* nominating you for the award. This is no *guarantee* of nomination.

Thanks!

**TallBear, Jody**

| | |
|---|---|
| 'om: | Naz, Farah <Farah.Naz@eia.gov> |
| Sent: | Friday, January 25, 2019 4:49 PM |
| To: | TallBear, Jody |
| Cc: | Tansimore, Jeffrey |
| Subject: | RE: clarification needed |

Hello Jody,

Per your request for having more clarification of "awards" and "assignment of duties," about processing my EEO-Complain;
Please find below the details.

Also let me know, if you need additional information; Detailed Information is listed below:

### Details about the Denial of Recognition Awards to Farah Naz by her Supervisor

1. My supervisor Kelly Perl has been declining my progress in career at EIA/DOE for a while. **Kelly Perl Declined my Reassignment to other sections of EIA:**

### March 20, 2018:

Starting from January 2018-April 2018, I had been making an effort to consult with different team leads to match my skill sets for a potential detail or a transfer. However, around March 2018, my supervisor—Kelly Perl write a joint email to a number of team leads (whom she saw on my calendar having meeting) that not to contact me as I am on her team. I found this very unprofessional. The team leads who were emailed by Kelly Perl for not contacting me were **John Maples, Erik Kreil and Lynn Westfall. And this continues as of January 2019. Even with Upper management, I requested several times about assignment of duties into another section periodically during meetings held with them in April 2018, June 2018, July 2018, November 2018 and on January 23, 2019 but they turned a deaf ear to all my request. However, they made such arrangements for another team male white member—Mathew Skeleton to work with an acting supervisor so that he does not directly deal with KELLY PERL.**

2. **Ever since, I joined EIA/DOE in 2017, I had been experiencing back lashes in the receiving awards and recognitions at EIA and it still continues till December 2018 because she failed me in my yearly performance rating just on a subjective writing piece of paper.**

**For instance on**

**October 11, 2018**

**On October 11, 2018 and on November 3rd, 2018, I asked her to nominate me for the**

<u>OEA Innovation Award recognition</u>**, which usually takes place after every 3 months but she declined it despite me providing her all the underlying details that "Why I think, I should be nominated for that award." I sent her all the details regarding nomination of awards but she still declined the request.**

<u>All the documents and email exchanges will be provided upon request.</u>

**Thank You**

*..rah Naz*
*Industry Economist*
*Room: 2F-095*
*Phone: 202-287-6329*
*Email: Farah.Naz@eia.gov*
*Office of Energy Consumption and Efficiency Analysis*
*U.S. Energy Information Administration (EIA)*
*U.S. Department of Energy*
*1000 Independence Ave, SW*
*Washington, DC, 20585*



*Independent Statistics & Analysis*
U.S. Energy Information
Administration

**From:** TallBear, Jody [mailto:Jody.TallBear@Hq.Doe.Gov]
**Sent:** Tuesday, January 22, 2019 11:25 AM
**To:** Naz, Farah <Farah.Naz@eia.gov>
**Cc:** Tansimore, Jeffrey (HQ) <jeffrey.tansimore@hq.doe.gov>
  ..bject: clarification needed

Mr. Naz,

| From: | Perl, Kelly |
|---|---|
| To: | Naz, Farah |
| Cc: | Tumure, James |
| Subject: | RE: Please Nominate |
| Date: | Tuesday, October 16, 2018 17:38:00 |

Hi Farah –

Thank you for your answers. I have considered them.

What you are describing is doing your job, not something you win an innovation award for.

Please look at the inside EIA to see what people have won innovation awards for—they are going above and beyond and doing something nobody has thought of before.

I cannot nominate you at this time for an innovation award.

Please let me do the nominations from now on. ☺

**Kelly Perl, Ph.D.**

Industrial Team Leader
U.S. Energy Information Administration
Room 2H-090
Office:     (202) 586-1743
Telework:  (202) 821-2839
Industrial Team email address: EIA-OECEAIndustrialTeam@eia.gov
www.eia.gov

From: Naz, Farah
Sent: Friday, October 12, 2018 12:29
To: Perl, Kelly <Kelly.Perl@eia.gov>
Subject: RE: Please Nominate

Hi Kelly,

In response to your questions; answers are following:

I guess, you don't need to wait that long for evaluating my professional contributions to the team and EIA for last 2 years as we are YOUR team members and look forward for conducive feedback and career growth. But I can list them of the achievement briefly.

1. Upon joining EIA-Industrial team; I had been participating actively in all industrial team meetings and forwarding innovative ideas and latest economic information worldwide in all aspects.

2. I have always been very responsive and welcoming to other's ideas and thoughts and encourage them to participate fully without much reservations;
   Particularly with PAUL Otis and former colleague—Chris Dickerson. I helped Chris in completing many joint assignments

3. I sought a professional solution to the miscommunication incidents of Industrial Team Lead—Kelly Perl and economist—Farah Naz by Utilizing the services of Department of Energy's Alternate Dispute Resolution Services in a most amicable and friendly environment to create a level of understanding among the staff of Industrial Team. More of these sessions would be sought in future as needed.

4. All other Team leads, staff members including upper management of EIA are familiar with that I am quite positive in Communication and have an excellent interpersonal skills. Cross check can be done across EIA-staff members.

5. For Industrial team, I always took initiative in bring team cohesiveness by asking and organizing team-Coffees and lunches periodically; which was not present before.

6. I stayed in contact with all other professionals from other directorates as well which is a remarkable quality being relatively new to EIA.

7. For the HGL-Price Model:
   I had been constantly organizing meetings and follow up sessions with Janice, Peter, Paul Kondis and thus is spokesperson among them
   ( Information could be verified from Peter and Janice)
   On my end, so far, I have completed my area of work:
   a. Collecting missing source data

b. Updating missing source data
c. Having brain storming sessions with PAUL KONDIS about processing data
d. Meetings with Peter Gross and discussion of lag of data and its impacts and replacement techniques etc.
e. Currently Janice is working on her area; more work will only be pursed once deem necessary and asked by Janice. I am waiting to hear from her.

8. STOE Benchmarking: I have already completed August-STEO BENCHMARKING and October- STEO benchmarking is in progress.

Hopefully, above explanation is useful. If you need more explanation then, I can provide you later on as you asked them.

Thanks a lot!
Have a nice weekend!

*Farah Naz*
*Industry Economist*
*Room: 2F-095*
*Phone: 202-287-6329*
*Email: Farah.Naz@eia.gov*
*Office of Energy Consumption and Efficiency Analysis*
*U.S. Energy Information Administration (EIA)*
*U.S. Department of Energy*
*1000 Independence Ave, SW*
*Washington, DC, 20585*

 *Independent Statistics & Analysis*
U.S. Energy Information
Administration

**From:** Perl, Kelly
**Sent:** Friday, October 12, 2018 9:33 AM
**To:** Naz, Farah <Farah.Naz@eia.gov>
**Subject:** RE: Please Nominate

Hi Farah – thank you for your note.

When you have finished the STEO benchmarking and the HGL work, please describe what you did to bring open communications and improve professionalism and collaboration to the industrial team.

Please be specific. Describe how your actions and improved team output and team relations and what was innovative about them.

Once I have that in hand, I will *consider* nominating you for the award. This is no *guarantee* of nomination.

Thanks!

**Kelly Perl, Ph.D.**
Industrial Team Leader
U.S. Energy Information Administration
Room 2H-090
Office:    (202) 586-1743
Telework:  (202) 821-2839
Industrial Team email address:  EIA-OECEAIndustrialTeam@eia.gov
www.eia.gov

**From:** Naz, Farah
**Sent:** Thursday, October 11, 2018 17:14
**To:** Perl, Kelly <Kelly.Perl@eia.gov>
**Subject:** Please Nominate

Hi Kelly,

Per the information on inside EIA about recently granted OEA Innovation Award Recognition.
http://inside.eia.gov/
It is stated that upper management is currently looking into future nominees.

**I would request you to nominate me for introducing OPEN COMMUNICATIONS, PROFESSIONAL DIALOGUES AND COLLABORATIVENESS among our team.**
**I strongly feel that I did a very good job in bringing COHESIVENSS in the team.**

Thanks for your kindness!
OEA Innovation Award recognition

The Office of Energy Analysis (OEA) Innovation Award recognizes colleagues whose innovative approaches inspire and boost collaboration, communication, creativity, flexibility, and general morale in EIA.



*Farah Naz*
*Industry Economist*
*Room: 2F-095*
*Phone: 202-287-6329*
*Email: Farah.Naz@eia.gov*
*Office of Energy Consumption and Efficiency Analysis*
*U.S. Energy Information Administration (EIA)*
*U.S. Department of Energy*
*1000 Independence Ave, SW*
*Washington, DC, 20585*



Independent Statistics & Analysis
## U.S. Energy Information Administration

Inside EIA item on innovation award winners, October 11, 2018.



## OEA Innovation Award recognition
*October 11*

The Office of Energy Analysis (OEA) Innovation Award recognizes colleagues whose innovative approaches inspire and boost collaboration, communication, creativity, flexibility, and general morale in EIA. OEA staff are invited to nominate their peers individually or in groups for the Innovation Award. A small but dedicated team of OEA staff evaluate the nominations and work with the OEA Assistant Administrator to establish appropriate monetary levels for the awards.

At the end of 2017, your OEA colleagues recognized innovations from nine staff members:

- Rebecca George for developing a new U.S. oil import/export tracking tool to extract and visualize unpublished monthly crude oil and petroleum product flow data
- Ari Kahan for developing a new Power BI in-house tool to visualize and review long-term global results from the World Energy Projection System (WEPS)
- Dana Van Wagener (not pictured) for rebuilding the *Short-Term Energy Outlook* (STEO) oil and natural gas production models, adapting long-term outlook methodologies, and improving transparency in responding to customer inquiries
- Seven OEA staff received a special act for redesigning STEO content and layout to align with customer needs and improving business processes to reduce overall workload in producing STEO and the *Market Prices and Uncertainty Report* (MPUR):
  - Tim Hess
  - James Preciado
  - Jeff Barron (not pictured)
  - Bruce Bawks
  - Rebecca George
  - Tom Lee
  - Stacy Macintyre

Do you know someone in OEA who has been especially innovative in 2018? OEA Assistant Administrator Ian Mead will kick off the next nomination process in the coming weeks.

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296–33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| NAZ, FARAH NMN | 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 | 10/16/1967 | 01/05/2020 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| **5–A. Code** 894 | **5–B. Nature of Action** Gen Adj | **6–A. Code** | **6–B. Nature of Action** |
| **5–C. Code** QWM | **5–D. Legal Authority** Reg 531.207 | **6–C. Code** | **6–D. Legal Authority** |
| **5–E. Code** ZLM | **5–F. Legal Authority** E.O. 13901, dtd 12-26-19 | **6–E. Code** | **6–F. Legal Authority** |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| Industry Economist 003680 00062722 | Industry Economist 003680 00062722 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19.Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | 0110 | 12 | 08 | 102,861.00 | PA | GS | 0110 | 12 | 08 | 106,483.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| 79,540.00 | 23,321.00 | 102,861.00 | 0 | 81,609.00 | 24,874.00 | 106,483.00 | 0 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| Energy Information Administration Asst Admin for Energy Analysis Ofc of Energy Consum & Efficiency Analys

3232000000 | Energy Information Administration Asst Admin for Energy Analysis Ofc of Energy Consum & Efficiency Analys

3232000000 |

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 | 1 – None  3 – 10–Point/Disability  5 – 10–Point/Other<br>2 – 5–Point  4 – 10–Point/Compensable  6 – 10–Point/Compensable/30% | 1 | 0 – None  2 – Conditional<br>1 – Permanent  3 – Indefinite | | YES X   NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| C0    Basic Only | 9    Not Applicable | 0    Regular Rate |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part–Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K    FERS and FICA | 11/20/2000 | F    Full Time | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 | 1 – Competitive Service  3 – SES General<br>2 – Excepted Service  4 – SES Career Reserved | E | E – Exempt<br>N – Nonexempt | | 2472 |

| 38. Duty Station Code | 39. Duty Station (City – County – State or Overseas Location) |
|---|---|
| 110010001 | Washington  Dist Columbia  DC  USA |

| 40. Agency Data | 41. Emplid 41085 | 42. | 43. | 44. |
|---|---|---|---|---|

**45. Remarks**
Salary includes a locality-based payment of 30.48% (in block 20B).
Salary includes a general increase of 2.6 percent.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| Department of Energy | Electronically signed by:

Jenkins,Christine M |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| DN00 | 4144 | 01/03/2020 |

5–Part 50–316

**2 - OPF Copy - Long-Term Record - DO NOT DESTROY**

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540–01–333–6238

JUL-11-2011 MON 02:38 PM Bureau of Econ Analysis      FAX NO. 2026065369

# AMERICAN UNIVERSITY

## ACADEMIC RECORD

**Issued Directly to Student**

| LAST | FIRST | M | AU ID | BIRTH | SSN |
|------|-------|---|-------|-------|-----|
| NAZ | FARAH | M | 0550946 | 10/16 | |

DATE PRINTED: 03/17/09

PAGE 1 OF 1

**DEGREE OBJECTIVE: MASTER OF ARTS**

| Course Number | Course Title | Hr | Crs Val | Grd | Quality Points |
|---------------|--------------|-----|---------|-----|----------------|

**FALL 1998**

| | | | | | |
|---|---|---|---|---|---|
| 19-500-01 | PRICE THEORY | | 03.00 | A- | 12.00 |
| 19-505-01 | QUANT ANALYSIS OF ECON MODELS | | 03.00 | B- | 08.10 |
| | AU SEM SUM: 6.00HRS ATT 6.00HRS ERND 20.10QP 3.35GPA | | | | |

**SPRING 1999**

| | | | | | |
|---|---|---|---|---|---|
| BUAD-607-002A | FINAN ACCT CONCEPTS & APPLS | | 02.00 | C+ | 04.60 |
| BUAD-608-002B | MANAGRL ACCT CONCEPTS & APPLS | | 02.00 | B | 06.00 |
| ECON-531-001 | FINANCIAL ECONOMICS | | 03.00 | B | 09.00 |
| ECON-545-001 | INDUSTRIAL ORGANIZATION | | 03.00 | B- | 08.10 |
| | AU SEM SUM: 10.00HRS ATT 10.00HRS ERND 27.70QP 2.77GPA | | | | |

**SUMMER 1999**

COMP EXAM(S) PASSED:
FINANCIAL ECONOMICS - SAT

**FALL 1999**

| | | | | | |
|---|---|---|---|---|---|
| BUAD-614-001 | FINANCIAL MANAGEMENT | | 03.00 | B | 09.00 |
| BUAD-700-001 | INTERNATIONAL FINANCE | | 03.00 | B+ | 09.90 |
| ECON-641-001 | POL ISSUES IN FINANCIAL ECON | | 03.00 | B+ | 11.10 |
| | SIX (6) HOURS ADVANCED | | | | |
| | STANDING APPROVED FROM | | | | |
| | UNIVERSITY OF KARACHI (MKCS) | | | | |
| | AU SEM SUM: 9.00HRS ATT 9.00HRS ERND 30.00QP 3.33GPA | | | | |

**SPRING 2000**

| | | | | | |
|---|---|---|---|---|---|
| BUAD-672-001 | SECURITIES ANALYSIS | | 03.00 | B+ | 09.90 |
| ECON-742-001 | SEM FINAN ECON & PUBLIC POLICY | | 03.00 | A- | 11.10 |
| | AU SEM SUM: 6.00HRS ATT 6.00HRS ERND 21.00QP 3.50GPA | | | | |

DEGREE AWARDED:
  MASTER OF ARTS
DEGREE DATE:
  05/14/00
MAJOR:
  FINANCIAL ECONOMICS FOR PUBLIC POLICY
GRADUATING GPA:
  3.18

END OF TRANSCRIPT

*Noakout - Farah Naz*
*[signature] # 114901818*

MAR 17 2009

Not valid for official purposes without seal and signature of Registrar in color
See reverse side for legend

JUL-11-2011 MON 02:39 PM Bureau of Econ Analysis     FAX NO.            EVALUATORS
                                          Herndon VA 22070  •  U.S.A.

# EVALUATION REPORT

Date: __February 20, 1995__                              Ref: __35005__

Name: __AZHAR, FARAH NAZ__

                                          Country: __PAKISTAN__

Purpose of Evaluation:        Education

1. Higher Secondary Certificate, 1984, awarded by the Board of Intermediate Education, Karachi. It represents the equivalent of high school graduation in the United States.

2. Bachelor of Arts (Pass), 1988, awarded by the University of Karachi following a two-year program in economics. It represents the equivalent of two years of under- graduate study in economics at an accredited institution in the United States, with a cumulative grade average of "B+/A-".

3. Master of Arts in Economics, 1991, awarded by the University of Karachi following a two-year program in economics. This is equivalent to the completion of two years of university-level (Senior) studies in the United States, with a cumulative grade average of "B+". In conjunction with previous education (see #2 above), this is equivalent of a B.A. degree in Economics earned at an accredited college or uni- versity in the United States, with a cumulative grade average of "B+".

4. The courses completed are converted to U.S. semester credits and grades on the attached sheets.

5. In summary, it is the judgment of World Educational Credentials Evaluators that Farah Naz AZHAR has the equivalent of high school graduation and a B.A. degree in Economics at an accredited institution in the United States.

SW/trs

                    *S. Wellington*
                    Stanley Wellington
                    Evaluator



Applicant - Farah Naz

Vacancy # 11490158

JUL-1... MON 02:39 PM Bureau of Econ Analysis    FAX NO. 2026065369    P. 04

**COURSE EVALUATION REPORT**

Applicant's Name  AZHAR, FARAH NAZ

Institution(s) Attended

UNIVERSITY OF KARACHI

UNIVERSITY OF KARACHI

Country

PAKISTAN

PAKISTAN

Reference Number  95005

Year(s) of Attendance

1986-1988

1989-1991

| DATES - SUBJECTS | U.S. Sem. Credit Hrs. | U.S. Grades |
|---|---|---|
| University of Karachi 1986-88 | | |
| First Year | | |
| English Grammar & Composition | 3 | B |
| English Literature | 3 | B |
| Islamic Studies | 3 | A |
| Pakistan Studies | 3 | B |
| Principles of Economics | 6 | A |
| General Experimental Psychology | 6 | A |
| Elements of Physical Geography | 6 | B |
| Second Year | | |
| Natural Science | | B |
| Economics of Pakistan | 6 | B |
| Psychology of Personal Adjustment | 6 | A |
| Regional & Economic Geography | 6 | A |
| ***************** END OF TRANSCRIPT ***************** | | |
| University of Karachi 1989-91 | | |
| First Year | | |
| Microeconomics | 3 | B |
| Macroeconomics | 3 | A |
| Statistics | 3 | A |
| Public Finance | 3 | B |
| Economic Planning | 3 | B |
| Microeconomics | 3 | C |
| Macroeconomics | 3 | B |
| Advanced Economic Statistics | 3 | C |
| Public Finance | 3 | A |
| Economic Planning | 3 | A |
| Second Year | | |
| Monetary Economics | 3 | D |

___ sem/cr hours of undergraduate study
___ sem/cr hours of graduate study

RKS:

S. Wellington

Date  Feb. 20, 1995    Page  1  of  2

JL-11-2011 MON 02:39 PM Bureau of Econ Analysis                          FAX NO.

World Educational Credentials Evalt
P.O. Box 726
Herndon, VA 22870

# COURSE-BY-COURSE EVALUATION REPORT

Applicant's Name   *Vacancy*   AZHAR FARAH NAZ                    Reference Number   95005

| Institution(s) Attended | Country | Year(s) of Attendance |
|---|---|---|
| UNIVERSITY OF KARACHI | PAKISTAN | 1986-1988 |
| UNIVERSITY OF KARACHI | PAKISTAN | 1989-1991 |

| DATES - SUBJECTS | U.S. Sem. Credit Hrs. | U.S. Grades |
|---|---|---|
| Second Year (Continued) | | |
| International Economics | 3 | B |
| Management Economics | 3 | B |
| Mathematical Economics | 3 | A |
| Econometrics | 3 | A |
| Monetary Economics | 3 | B |
| International Economics | 3 | B |
| Management Economics | 3 | A |
| Econometrics | 3 | A |
| Mathematical Economics | 3 | A |
| German Language | 6 | B+ |

*********************** END OF TRANSCRIPT ****************************************************

Applicant : Farah Naz
Vacancy #: 11490158

___ 0___ sem/cr hours of undergraduate study
_____ sem/cr hours of graduate study

§:

_Willington_                    Date   Feb. 20, 1995   Pag. ?

JUL-11-2011 MON 02:39 PM Bureau of Econ Analysis            FAX NO. 2020000000

*Faraw Naz*

*Vacancy Announcement #*

SEMESTER EXAMINATIONS CELL
UNIVERSITY OF KARACHI

*

| S. NO. | COURSE NO. | TITLE |
|--------|-----------|-------|
| 1 | 511 | MICRO ECONOMICS |
| 2 | 521 | MACRO ECONOMICS |
| 3 | 531 | STATISTICS |
| 4 | 541 | PUBLIC FINANCE |
| 5 | 551 | ECONOMIC PLANNING |
| 6 | 512 | MICRO ECONOMICS |
| 7 | 522 | MACRO ECONOMICS |
| 8 | 532 | ADVANCED ECONOMIC STATISTICS |
| 9 | 542 | PUBLIC FINANCE |
| 10 | 552 | ECONOMIC PLANNING |
| 11 | 601 | MONETARY ECONOMICS |
| 12 | 611 | INTERNATIONAL ECONOMICS |
| 13 | 631 | ECONOMETRICS |
| 14 | 641 | MATHEMATICAL ECONOMICS |
| 15 | 681 | MANAGEMENT ECONOMICS |
| 16 | 602 | MONETARY ECONOMICS |
| 17 | 612 | INTERNATIONAL ECONOMICS |
| 18 | 632 | ECONOMETRICS |
| 19 | 642 | MATHEMATICAL ECONOMICS |
| 20 | 682 | MANAGEMENT ECONOMICS |

*Name :- Farah Naz*

*Vacancy announcement # 11490158*

*Haw Naz*

# FARAH NAZ

**Email:** Nazfarah2022@gmail.com

**Phone: 301-602-5623**

---

## Professional Profile

❖ Senior economist with 20 years of extensive experience with U.S. market statistics and economic variables of the U.S. economy. Having profound knowledge and conducted analysis of all the major Federal government spending, investments and satellite accounts. Comprehensive working experiences with data analytics, forecasting, econometric modeling, statistical analysis, data processing, regression testing of economic data. Expertise in the National Energy Modeling System (NEMS), national economic accounts, employment indicators like inflation, consumer price indexes (CPIs), producer price indexes (PPIs), employment cost indexes (ECIs) and other economic indicators. Policy analysis, financial analysis, government regulations, and its implementations.

❖ Corporate experience is diverse and includes short-term and long-term forecasting, risk management, hedging, modeling, strategic planning, and stock market outlooks. Additional academic experience involves teaching a variety of economic coursework to college and undergraduate students both nationally and internationally. Multilingual with great interpersonal and leadership skills.

## Core Professional Strengths

| | | |
|---|---|---|
| Team Collaboration | Data Visualization & Analytic | Project Management |
| Statistical Analysis | Conflict Resolution | Governmental Law |
| Economic Writing | Economic Review & Research | Policy Analysis & Regulations |

## Education

❖ **Master's in Financial Economics for Public Policy**
   *(American University, Washington, DC, May 2000)*

❖ **Master's in Applied Economics and International Development**
   *(Karachi State University, December 1992)*

❖ **Bachelor's in International Trade and Economic Development**

*(St. Joseph's College, December 1988)*

❖ **Certification in Project Management and Conflict Resolution**
*(U.S. Department of Commerce Training Center, Washington, DC 2015)*

❖ **Certification in Economic Measurement and Business Economics**
*(The National Association for Business Economics, NABE Foundation, 2016)*

# Professional Experiences

❖ ***Senior Economist, Office of Energy Consumption and Efficiency Analysis***
***(U.S. Department of Energy, Washington, DC, January 2017 till Present)***

As a senior economist at Energy Information Administration (EIA), I have worked on a wide variety of energy efficiency projects both at micro and macro levels. The Energy Information Administration (EIA) produces the national energy statistics and forecasts of energy consumption for outer years. As an economist at EIA, I collected, analyzed, and disseminated independent and impartial energy information to promote sound policymaking, efficient markets, and public understanding of energy and its impacts on the economy and the environment as a whole.

I ran the National Energy Modeling Systems Models (NEMS) on U.S. energy history from 19492004; and produced empirical findings in data tables and graphs. I covered all major forms of energy (fossil fuels, nuclear, electricity, and renewable energy) and also total energy by key activity (e.g., production, consumption, trade, stocks, and prices). Prepared energy information reports and summarized them from the energy perspectives in Today's Energy Spotlights. Active participants in EIA's sponsored conferences, meeting, group discussions and seminars. Currently, at Department of Energy (DOE), I am as an industrial economist, calculating the energy consumption and energy conservation in the Industrial sector and make projections until 2050 by using National Energy Modeling System (NEMS). Analyze and publish energy statistics in the Annual Energy Outlook (AEO2017) and other publication.

❖ ***Senior Economist, Government Division, Bureau of Economic Analysis,***
***(U.S. Department of Commerce, Washington, DC. July 2009-2016)***

As a senior economist at the Bureau of Economic Analysis (BEA), I have worked on a wide variety of economic projects both at micro and macro levels. At BEA, I produced the nation's economic accounts by providing a clear picture of the U.S. economy through the formulation, preparation, development, and interpretation of several national economic accounts. The featured measure is the gross domestic products (GDP) and gross domestic Income (GDI) and other related major economic indicators. Special projects on Satellite accounts, government spectrum and Internet policies. Worked with satellite data and telecommunication company's source data as well in detail.

Every year, BEA prepares a translation of the economic transactions presented in "The Budget of the United States Government" to a GDP basis. For this project, I complete a "budget translation" for each of my responsible federal government measures. Possess expertise with the terminology and the set-up of accounts of the President's budget including its formulation,

regulatory formulations, execution and implementation into the MAX-operating system from the Office of Management and Budget (OMB).

- Developed improved mathematical techniques of calculations of economic statistics. The new methodology decreased annual, quarterly and monthly revisions.

- Supervise administrative staff. Organize the logistics of scheduled academic events, committee and advisory board meetings. Develop, formulate, and recommend staff policies to improve quality and productivity. Maintained and improved source data database, produced and reviewed economic reports. Made number of economic presentation in conferences and seminars.

❖ *Financial Economist at Personal Consumption Services branch of National Income and Wealth Division, Bureau of Economic Analysis, (U.S. Department of Commerce, Washington, DC, June 2006-2009)*

- Calculated U.S. consumer spending on services. I had direct responsibilities for the estimation of GDP for consumer spending on financial business services, on brokerage services, on banking services, on life insurance, on imputed interest, on fiduciary and other services, telecommunications and satellite account. Preparing these estimates required substantial research into the complexities of various data sources from major federal and financial institutions, stock exchanges and other industries of the nation's economy with review, retrieval, and manipulations of large scale data sources.

- I developed improved estimates for life insurance services, for banking services, for equities commissions, and for brokerage and investment counseling services, including Imputed Commissions, and Profits as well internet services and satellite accounts. I researched a number of issues related the scope of scope of Government Spectrum Auctions, and internet services industry.

❖ *Research Economist at Bureau of Economic Analysis, (U.S. Department of Commerce, Washington, DC, July 2000 -2005)*

- As a researcher for the then Deputy Division Chief, I actively participated in the Bureau-wide research on the valuation of stock options as a component of employee compensation and other key projects. I assisted in developing a list of key conceptual issues, such as different perspectives of Stock Options, discussions of data requirements and data sources, related methodological concerns, and an action plan. Proposed improved methodology for satellite accounts in GDP and its impacts on internet policies of US. Department of Defense (DOD).

- Made presentation about findings of research, tabulations, and holding seminars and conferences. Authored and coauthored research papers.

❖ *Business Development Assistant at Banking Industry (Industrial Bank, Chevy Chase and Chase bank of New York, July1999-2001)*

- I worked as part of a team that was responsible for ensuring that the bank received Community Reinvestment Act Certification by the Office of the Comptroller Currency (OCC); I assisted as an economist in the generation of financial capital by promoting sales of various bank products and participated in multiple research projects. Supervised junior economists and other staff members.

- Developed models to predict bank failure to be used for small bank deposit insurance pricing. Evaluated performance of current model against proposed alternative. Prepared model documentation for external review, large Bank Deposit Insurance, reviewed and performed statistical analysis on corporate profits and banking regulations. Reviewed financial studies conducted by GAO, OECD, OCC and FDIC. Provided empirical findings to upper management as requested.

❖ ***Teaching Assistant at American University, DC, (1998-2001)***

- As an assistant for a chairman at KOGOD School of Business, I interacted with diverse group of international students from Asia, Middle East, and Africa. Assisted in the preparation of proposals and presentations to international students and provided administrative assistance to all students new to many locations in Washington, DC

# Publications

- ❖ Understanding the National Accounts, BEA, January 2014
- ❖ Commodity Credit Corporation and Agricultural Subsidies, May 2013
- ❖ Nuclear Fuels as an Energy Source for Federal Government, September, 2013
- ❖ Software as Government Investments, January, 2013
- ❖ Significance of Satellite Accounts, Government Spectrum and Telecom Companies, September, 2013-2014.
- ❖ Allocation of Statistical Discrepancy of GDP & GDI to NIPAs Components, July, 2005
- ❖ Employees Stock Options as a compensation, August, 2004
- ❖ Spotlight on Veteran's Benefits, March, 2004
- ❖ Energy Consumption within California Agricultural Industry, December 2018
- ❖ Research on Global Plastic Recycling Initiatives, July 16, 2020
- ❖ Methods of Paper Manufacturing in OECD vs. non-OECD countries, August, 2018

# International Experiences

- ❖ Proficient in English, Arabic, Farsi, Punjabi, Urdu and Hindi
- ❖ Worked with International Governments and resided in South East Asian countries.
- ❖ Cultural and linguistic familiarity with diverse international communities.

# Professional Organizational Affiliations

- ❖ Air Leap Economic Organization, a Society for Economic Ethics.
- ❖ American Economic Association
- ❖ Society for Government Economists
- ❖ Asian American Government Executives
- ❖ International Cultural Organization
- ❖ National Association for Business Economist
- ❖ Montgomery County Interfaith Leadership Group

# Technical & Computer Skills

- ❖ International Conference on Cyber Engagement by Atlantic Council.
- ❖ Operation of Government Statistical Database

- ❖ Fame database writing Procedures and Command files
- ❖ Mathematical Modeling, Interpolation & Extrapolation Techniques
- ❖ Best-Changing Mathematical Application of Data Sets
- ❖ SAS Programming Essentials I & II, Microsoft Office
- ❖ Census Bureau's, X-11& X-12 ARIMA - Seasonality Methodology
- ❖ SQL-STRUCTURED QUERY
- ❖ Office of Management and Budget (OMB)Max account systems and database

# Job Related Trainings and Programs

- ❖ Seminar workshops on Leadership Qualities in Non-Supervisory positions.
- ❖ AAGEN Government Executives Leadership Training Conferences.
- ❖ Changing Gear for Productivity & Services Industries from Brookings Institution.
- ❖ Productivity Measurements in Services and National Accounts.
- ❖ An Introduction to trilateral North American Product Classification System Bureau of Census and Bureau of Economic Analysis joint data ventures Understanding Federal Statistics from JPSM short courses.
- ❖ Federal Reserve Macro Integrated Accounts.
- ❖ Tools for developing the Federal Statistics from JPSM short course
- ❖ Data adequacy for analyzing and economic forecasting from Brookings Institution.
- ❖ Integration of source data, from joint venture of Federal Reserve, BEA &Census.
- ❖ TAAPI Paper Con Conference.
- ❖ Food Automation and Agriculture Expo of 2018

# References

Available upon request.

**Farah Naz**
Germantown, Maryland 20874 United States
Day Phone: 301-602-5623
Email: nazfarah2022@gmail.com

**Work Experience:**
**Industrial Economist**
**U.S. Department of Energy, Energy Information Administration (EIA) (This is a federal job)**
1000 Independance Ave, SW
Washington, DC

**1/01/2016 - Present**
**Salary:** $0.00 USD Bi-weekly
**Hours per week:** 40
**Series:** 0110 Economist
**Pay Plan:** GS - General Schedule (Ch. 51, 5 U.S.C.).
**Grade:** 12
**Duties, Accomplishments and Related Skills:**
Currently, working as an economist at the Energy Information Administration (EIA), under the U.S. Department of Energy. As an economist, I analyze the statistics related to energy consumption and fuels efficiency. I calculated the impacts of energy-related resources on the U.S. economy in coordination with global energy consumptions and conservation rates. As an economist, I made long-term outer-year projections of numerous energy fuels being consumed across the globe. These projections also include their cost of processing and transportation from different geographical locations across the world. These estimations assisted departmental higher management and policyholders to make better decisions about energy policies within the United States. Additionally, I worked on producing articles for many in-house publications such as Today's Energy Article(TIE), Monthly Energy Report( MER), Annual Energy Outlook (AEO), and other agency's established publications with set release dates along with the Industrial manufacturing and non-manufacturing data sets.
Being a seasoned economist, I introduced a better method of interpreting statistics for energy conservation and efficiency analysis; primarily in the Industrial sector. As a result of this new way of documenting manufacturing data; a big improvement took place in the complex formulas which simplified long calculations and created an easy way of comprehending complex spreadsheets and empirical findings. I wrote research papers on a number of topics including the status of the Paper and Wood industry in terms of energy efficiency. Also worked on the Short Term Energy Outlook (STEO) and the Annual Energy Outlook(AEO2018-2021) with outer year projections until 2050. Successfully applied the benchmarking factors to the domestic energy models.
I also forwarded a number of improved methods of data calculations and subject matter

expertise to the upper management consistently for a number of years. I made many improvements in the process of updating data spreadsheets into the National Energy Modeling System (NEMS) for industrial sector use.

**Economist**
**U.S. Department of Commerce, Bureau of Economic Analysis (This is a federal job)**
4600 Silver hill Road
Washington, DC

**11/01/2008 - 1/01/2015**
**Salary:** $0.00 USD Bi-weekly
**Hours per week:** 40
**Series:** 0110 Economist
**Pay Plan:** ZP - Scientific And Engineering Professional
**Grade:** 12
**Duties, Accomplishments and Related Skills:**
I worked as an economist within the Government Division of the Bureau of Economic Analysis (BEA) which is an agency under the U.S. Department of Commerce on the publications of Gross Domestic Product (GDP) and Gross Domestic Income (GDI) calculations. I introduced multiple new methods of measurement of key economic indicators used by the U.S. Federal Government's Expenses and Receipts of both Defense and nondefense expenditures by the U.S. Federal Government. These key economic indicators were comprised of Inflations factors, seasonality, Employment data indices, filling in of
missing data series with estimated data values, indications of outliers and their replacements. As a seasoned economist, I modified several existing methodologies and replaced them with new and simplified ways of calculation. I calculated, processed, and analyzed multiple data sources, analyzed outer year projections and presented the GDP estimates for total Federal Government spendings such as computers, personnel support services, software, own-account investment, estimates for commodity credit corporation (CCC), ships and veteran's social benefits for the Federal branch of government division to be incorporated into the monthly release of (GDP). For veterans social benefits, I introduced multiple new categories of calculating aggregates of Territorial and Geographical adjustment for the major states estimates to be included in the National Income and Product Accounts as a separate category for reclassifying territorial adjustments in Government accounts. Moreover, I prepared a comprehensive economic accounting translation of the Government proposals, allocations, and actual spending transactions presented in "The Budget of the United States Government" on a National Income and Product Accounts (NIPA) basis. For this purpose, I performed a series of the President's budget translation processes that originally appeared in the appendixes of the President's Budget of the United States Government from 2004 till 2016. Presented the entire formulation, execution and implementation of the President's budget into the MAX-

operating system from the Office of Management and Budget (OMB). Additionally, used and incorporated Department of Treasury's Monthly Treasury Outlays from Monthly Treasury Statement (MTS) and Annual Budget Outlays (UBO)'s source data from its reports. I introduced a better method of presenting Budget tables into the National Income and Product Accounts data sets.

For other areas of work at the government division, I developed and implemented alternative projection mathematical methods to create a reliable data computational technique for filling in lagged data series for the actual data sources. I successfully presented findings of important research projects to the front office officials.

I have very strong public speaking power and presented many presentations to both federal and nonfederal audiences and other agencies.

Moreover, participated in numerous BEA's strategic plan special team projects to improve Government Sector NIPA estimates such as: Federal Reserve Banks' financial accounts related to the Flow of Funds (FOF) integration, aimed at recognizing Government Inventories and Capital Transfers. Wrote a mathematical introductory paper about the Flow of Funds Accounts: "Salient Features of Flow of Funds Accounts," which explained the basic principles underlying the construction of the FOF accounts and their direct relationships with the National Income and Product Accounts (NIPA). Many articles and papers were published. As a research integration economist: I developed MACRO Integrated tables of Flow of Funds (FOF) accounts which was a joint research venture of three major government entities such as Bureau of Economic Analysis (BEA), Census Bureau, and the Federal Reserve Bank.

**Financial Economist**
**U.S. Department of Commerce; Bureau of Economic Analysis (This is a federal job)**
1441 L Street, NW
Washington, DC, DC

**9/01/2002 - 6/01/2008**
**Salary:** $0.00 USD Bi-weekly
**Hours per week:** 40
**Series:** 0110 Economist
**Pay Plan:** ZP - Scientific And Engineering Professional
**Grade:** 12
**Duties, Accomplishments and Related Skills:**
Worked on Personal Consumption Expenditures (PCE) Services estimates with direct responsibilities for NIPA accounts of Financial and Non-financial Services such as Personal Business services, Brokerage, Banking, Life Insurance, Imputed Interest, Fiduciary and Other services in addition to Housing including Residential and Non-residential. These estimates were derived by combining substantiated research into the complexities of various data sources from major Federal and financial institutions, stock exchanges and other industries of the nation's economy with review, retrieval, and

utilization of large scale data sources into economic calculations.

Demonstrated seasoned experience and thorough understanding of the structure and composition of relevant monthly, quarterly, annual and benchmark estimates while producing them every month for GDP release deadlines with accuracy, reliability, and consistency. During my work years at the Personal Consumption's Services branch of BEA as a financial economist, I calculated, reviewed and implemented underlying methodologies of the monthly estimates for the PCE Banking services, Brokerage and Financial services, Business and Non-business services, Life Insurance services, and the Other Services.• For the calculation of Brokerage GDP estimates, I collected the annual, quarterly and monthly data series from different financial sectors of the economy such as, CALL REPORT DATA from the Federal Deposit Insurance Corporation (FDIC) for calculating Imputed Interest estimates, Listings of Brokerage companies from the Securities and Exchange Commission (SEC) for the Brokerage estimates and Life Insurance data from the National Association of Insurance Commission (NAIC).• For Housing services estimates I collected the data for the numbers of days occupied in hotels and motels from the Smith Travel and Research Company. For education estimates, I used data for the numbers of graduate students enrolled from the Department of Education. Also for the calculation of heating and cooling degrees rations, I have worked on the data from the Department of Energy (DOE). I have incorporated a large set of Department of Defense (DOD)'s Contract award data for the Personnel Support Services and Software estimates for the Federal branch of Government Division (GD) at BEA.

I prepared, tabulated and analyzed monthly Veteran's social benefits estimates based on data from the Department of Veterans Affairs, Veterans Benefits Administration (VA). Also collected and processed data from Geographical States publication of Fiscal reports for States Aid from Federal government. I have worked on the website of Federal Procurement Data System (FPDS) data management system, a contractor for General Services Administration (GSA) to look for ways to retrieve the correct numbers as a data source. For the Postal services estimates, the original data was collected and reviewed from the United States Postal Services data source.

Similarly, at BEA, I worked closely with officials from most of the major national stock exchanges and their websites such as New York Stock Exchange's website, Chicago Stock Exchange, NASDAQ Stock Exchange, ARCHIPELAGO STOCK EXCHANGE, PACIFIC, CINCINNATTI AND PHILADELPHIA STOCK EXCHANGES.

Worked on the modification of Standard Industrial Classification (SIC) System, Services Annual Survey (SAS), and North American Industrial Classification System (NAICS) from the Bureau of Census by introducing conversion and replacement process of SAS and SIC codes by NAICS codes across different NAICS Industries.

Additionally, incorporated all the definitional and classification changes into the PCE Financial services estimates to create a reconciliation with the I-O benchmark accounts. Also, implemented the statistical and methodological changes proposed by the I-O accounts into PCE services accounts that were brought about by the NAICS classification conversion system.

Delegated technical support of operational procedures to other economists by diligently performing duties as a member of the PCE services team by enhancing the dissemination of data to the internal and external bureau-wide recipients much faster as a result of proper planning, prioritizing, communicating, correct scheduling and monitoring the needed work of other economists to meet the annual revision's and benchmark's publication deadlines.

Designed, re-calculated and improved PCE's Life Insurance services estimates along with Banking services, Equities Commission, Brokerage and Investment Counseling services including Imputed Commissions, and Profits. Researched a number of issues related to the estimates of Banking industry and scope

**Research Economist**
**U.S. Department of Commerce (This is a federal job)**
Bureau of Economic Analysis, 4600 Silver hill Road
Washington, DC

**4/01/2002 - 9/01/2004**
**Salary:** $0.00 USD Bi-weekly
**Hours per week:** 40
**Series:** 0110 Economist
**Pay Plan:** ZP - Scientific And Engineering Professional
**Grade:** 12
**Duties, Accomplishments and Related Skills:**
As a Research Economist, I thoroughly researched many areas of Gross Domestic Product (GDP) and Gross Domestic Income (GDI) as well as on the Valuation of Stock Options as a component of employee compensation by working on a list of key conceptual issues such as different perspectives of Stock Options, discussions of data requirements and data sources, related methodological concerns and an action plan.

Empirically analyzed and explored the methodological and conceptual issues of incorporating Stock Options as a part of employee compensation into the NIPA accounts. I also researched a large number of published technical articles and related materials for empirical supportive findings.

Summarized and presented to management recently conducted research results of various economic research institutes and academia as a summary of highlighted ideas which provided to the Stock Option research team, an idea of Stock Option problems from accounting perspective and assisted the research team to develop weights of counting on Balck-Scholes measures of Stock Options, re-pricing, early exercise policy decisions and length of Option's vesting periods. Programmed the classical Black-Scholes Option formula equation mathematically into specialized sheets in conjunction with Option pricing parameters which were utilized by the other senior economists to diagnose the empirical implications of varied dates of expiration of other major option pricing parameters for the release of final version of Stock Option Paper: "The Conceptual Issues

to BEA." The conducted research helped in drawing a solid empirical conclusions about higher valuation and its effects on Stock Options for national income accounting. Contributed significantly towards the research project on Statistical Discrepancy by participating in research to investigate whether the statistical discrepancy can be allocated to other NIPA accounts components by testing Co-integration of GDP & GDI based on models designed by the noble prize winner econometricians Granger and Engel to develop estimation procedures and tests for the NIPA. Tested the residuals from the co-integration regression by running the auxiliary Dickey-Fuller regression equation of change in residuals for one period lag to ascertain the correctly specified values in higher order cases in both statistical programs Aremos and SAS. Analyzed the R-square values and t-statistics and confirmed the accuracy and preciseness of statistical output in both Aremos and SAS databanks.

Tested in collaboration with other economist, a remedy for eradicating seasonality by running Census Bureau's specified X-11 ARIMA seasonality tests and looked for findings in the
reference frame of F and Q statistics test by weighted measures of their acceptance or rejection.

**Research Coordinator**
**American University, Washington, DC**
4400 Massachuttes Ave, NW
Washington, DC, DC

**10/01/1998 - 5/01/2000**
**Salary:** $0.00 USD Bi-weekly
**Hours per week:** 30
**Duties, Accomplishments and Related Skills:**
I worked as a Research Assistant to the Program Director,
David Nickerson, while completing Graduate program at the Department of Financial Economics for Public Policy.

I performed and conducted special studies, researched for ways of improving existing sources of data for various research projects in different fields of Financial Economics as needed by the director of the program.

I wrote a comprehensive thesis paper: "The Basle Accord," on the analysis of regulations of banking industry capital. In the paper, I provided an overview of the 1988 Basle Accord's historical origin as being signed by a number of developed nations which sought to level the playing fields and to reduce the risks of financial crisis in the realm of international commercial banking. Also wrote a supplemental paper, "Value at Risk

Model," on financial risk management.
These thesis papers provided the director of the Financial Economics for Public Policy many useful empirical and statistical results for analyzing the issues of banks capital requirement and to assess the Basle Accord's significance as a financial regulatory policy. Also, I assisted in preparing mathematical findings of a couple of research papers for the director of the program that were written specifically to be presented at international conferences and seminars.

**Business Development Assistant**
**Industrial Bank**
American Univeristy, Washington, DC
Washington DC, DC

**2/01/1999 - 5/01/2000**
**Salary:** $0.00 USD Bi-weekly
**Hours per week:** 20
**Duties, Accomplishments and Related Skills:**
I worked as part of a team that was responsible for ensuring that the bank received Community Reinvestment Act Certification by the Office of the Comptroller Currency (OCC); I assisted as an economist in the generation of financial capital by promoting sales of various bank products and participated in multiple research projects. Supervised junior economists and other staff members. Developed models to predict bank failure to be used for small bank deposit insurance pricing. Evaluated performance of current model against proposed alternative. Prepared model documentation for external review, large bank deposit Insurance, reviewed and
performed statistical analysis on corporate profits and banking regulations. Reviewed financial studies conducted by GAO, OECD, OCC and FDIC. Provided empirical findings to upper management as requested.

**Education:**
**American University, Washington, DC** Washington DC, DC United States
Master's degree 5 / 2000
**Credits Earned:** 38 Quarter Hours
**Major:** Financial Economics for Public Policy **Minor:** International Finance **Honors:** Cum Laude
**Relevant Coursework, Licenses and Certifications:**
Economic Theory and Concepts. Price Theory, Quantitative Analysis of Economic Models. Monetary Economics. Statistics Financial Accounting Concepts and Applications. Managerial Accounting. Quantitative Economic Methods. Management. Financial Economics. Industrial Organization. Financial Economics for Public Policy Comprehensive Exams. Financial Management. International Finance. Political Issues in

Financial Economics. Econometrics I & II. Securities Analysis. Seminar in Financial Economics and Public Policy
**Karachi University** Karachi, SD Pakistan
Master's degree 1 / 1992
**GPA:** 4.0 of a maximum 4.0
**Credits Earned:** 38 Semester Hours
**Major:** Applied Economics **Minor:** Geography and Natural Science **Honors:** Cum Laude
**Relevant Coursework, Licenses and Certifications:**
Mathematical Economics, Statistics 1 & 11, Quantitative Analysis of Economic Models, International Trade, Monetary Economics, Micro Economics & Macro Economics, Advanced Economic Statistics, Public Finance, Economic Planning 1 &11, Monetary Economics, Econometrics, International Economics, Mathematical Economics, Managerial Economics, Urban Planning
**St. Joseph's College** Karachi, SD Pakistan
Bachelor's degree 6 / 1988
**GPA:** 3.8 of a maximum 4.0
**Credits Earned:** 120 Semester Hours
**Major:** Ecomomics and Mathematics **Minor:** Geography and Geology **Honors:** Cum Laude
**Relevant Coursework, Licenses and Certifications:**
Economics, Mathematics, Statistics, Natural Sciences, Advanced Mathematics, Geography, Geology, Arabic, History, Political Science, Social Studies, Human Phycology, Physiology, Arts and Crafts, Media Sciences, Communication, Education, Sociology,
**National Association for Business Economics** Washington DC, DC United States
Technical or occupational certificate 6 / 2016
**Major:** Business Economics **Minor:** Data Analysis
**Relevant Coursework, Licenses and Certifications:**
Applied Econometrics., Business Applications of Statistics and Data Analytics, Economics of Strategy and Managerial Decision Making, Economic Measurement and Writing Skills for Business Economists and Analysts
**U.S. Department of Commerce, Learning Center** Dc, DC United States
Technical or occupational certificate 2 / 2015
**Major:** Project Managment
**Relevant Coursework, Licenses and Certifications:**
Project Management, Cost Analysis, Pricing Management, Multiple Projects,

**Job Related Training:**

JOB RELATED COMPUTER SKILLS AND PROGRAMMING:
• Operations of National Energy Modeling Systems (NEMS)

Operation of FEAR database
•Operation of WOPR database
Access Data Base
Security and Exchange Commission (SEC) Zip files
•AREMOS & Fame Writing Procedures and Command files
•FAME Database programming,
Techniques of Data Projections and Data Analytics
•Best-Changing Mathematical Application of of Data Sets
•SAS Programming Essentials I & II
•Advance professional writing courses from Management Concepts, Inc.
•Census Bureau's, X-11& X-12 ARIMA- Seasonality Methodology SQL-STRUCTURED
QUERY.
All Microsoft Applications including Word, Excel, Access, Powerpoint etc. Trouble
Shooting of different application.
Office of Management and Budget (OMB)Max account systems and database.
Census Bureau's Database of Source Data
FDIC Call Report Data Inquiries;
BLS Price Indices Extraction Inquires.
U.S. Manufacturing and Non-Manufacturing Data bases.
JOB RELATED TRAINING & PROGRAMS:
. Advanced Technical Writing Courses
. Energy Information Statistics Conference on energy Topics.
. Energy Utilization in many industries particularly Paper and agricultural sectors.
. Seminar workshops on the issues of "Leadership and Skills."

. AAGEN Government Executives Leadership Training Conferences.
•Commerce Computer Security Basics from Geo-learning
•Changing Gear for Productivity & Services Industries from Brookings Institution.
Productivity Measurements in Services
•An Introduction to trilateral North American Product Classification System
•Bureau of Census and Bureau of Economic Analysis joint data ventures
•Understanding Federal Statistics from JPSM short courses
•Tools for developing the Federal Statistics from JPSM short courses
•Data adequacy for analyzing and economic forecasting from Brookings Institution
•Introduction to ways of source data improvement
•Seminar to deal with difficult people
•National Economic Accounting and its significance
•NIPA training seminars, hosted by the BEA Standing Committee on Estimation (SCE)
•Evaluating the reliability of source data, from joint venture of BEA-Census
•Seminars from National Association of Business Economists (NABE)
•Introduction to Economic Accounting by BEA's former director, Carol Carsen Periodic

attendances at the NABE conference.
Attendance at a number of related Statistical-Conceptual Seminars and Conferences.

**Language Skills:**

| Language | Spoken | Written | Read |
|----------|--------|---------|------|
| English | Advanced | Advanced | Advanced |
| Urdu | Advanced | Advanced | Advanced |
| Panjabi | Advanced | Advanced | Advanced |
| Arabic | Intermediate | Advanced | Advanced |
| Persian | Intermediate | Intermediate | Advanced |

**Affiliations:**
Asian American Government Executives (AAGEN) - Member/Mentor
American Economic Association - Economist/ Member
Society For Government Economists (SGA) - Economist/ Member
Montgomery County Interfaith Dialouge Committee - Member/ Facilitator

**Professional Publications:**
1. Methods of Paper Manufacturing in OCED vs. non-OECD Countries, May 2017
2. Nuclear Fuels as Energy Source, September 2016
3. Software as a Government Investment, June 24, 2015
4. Statistical Discrepancy Allocation to NIPAs Components, December, 2015
5. Salient Features of the Flow of Funds (FOF) Accounts, June, 2014

**References:**

| Name | Employer | Title | Phone | Email |
|------|----------|-------|-------|-------|
| James Raley (*) | Federal Reserve Board of Governors | Senior Data Managment Specialist | 202-452-3095 | James.Raley@frb.gov |
| Nadia Sadée | Federal Reserve Board of Governors, Washington, DC | Economist | 202.973.6992 | Nadia.Sadee@frb.gov |
| Denise Robinson | Bureau of Economic Analysis | Chief, workforce services branch | 301-278-9651 | Denise.Robinson@bea.gov |
| Ian Mead (*) | U.S. Energy Information Administration | Director | 703-609-1946 | Ian.Mead@eia.gov |

| Name | Employer | Title | Phone | Email |
|------|----------|-------|-------|-------|
| Raj Dwivedy Ph.D | U.S.Census Bureau | Senior Economist | 571-294-1871 | |

(*) Indicates professional reference

**Additional Information:**
Excellent Employee, Researcher of the Month, Teaching Assignments, Team Leader,
Conferences facilitator
Group Leader Facilitator
Community Outreach Program Coordinator
Volunteer Teaching Assistant for Community Students. Women's Association Leader's
Group
Computer Skills:
Proficiency all Microsoft Office, Power Point, Various Data Bases Operations
Structured Query Languages (SQL), Microsoft Access, FAME Programming Operations,

# RECORDS OF EEO COMPLAINS FILED BY FARAH NAZ AT DOE FROM 2017 TILL 2020

1. Farah Naz was a witness to an EEO complain for an African-American Colleague Christopher Dickerson in October. 2017. Details are listed below:

   EEO Investigative Affidavit *(Witness)* Page No. 1 No. Pages 3

   Case No. **DOE-0063-HQ-EI**

   **I declare under penalty of perjury that the foregoing is true and correct.**

   Farah Naz Affiant's Signature Farah Naz **Date Signed 10/12/2017**

| 1. Affiant's Name (Last, First, MI) **Farah Naz** | | 2. Employing Federal Agency and Office **Energy Information Administration(EIA)/DOE** | |
|---|---|---|---|
| 3. Position Title **Industrial Economist** | 4. Grade and Series 12/0110 | 5.Address and Zip +4 1000 Independence Ave, SW, Washington, DC, 20585 | 6. Organizational Unit **Office of Energy Consumption-Industrial team.** |

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

2. Farah Naz filed a first EEO complain against Supervisor —Kelly Perl Filed on: Dec. 14, 2018
   Case No: DOE-19-0015-HQ-EI

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

3. Farah Naz Filed a Second EEO complain under the same management for Supervisor
   Peter Gross: on October 11, 2019
   Case Number: 19-0114-HQ-EI

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

4. Farah Naz just filled out the paper work for another EEO complain for Peter Gross as result of retaliation and whistle blowing action for former complains after receiving the Notice of proposed removal in October 2020. No information yet on that complain.

Xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

FW: PDP Assignment #1 Attached

## Joy, Evelyn <evelyn.joy@hq.doe.gov>

Fri 2/5/2021 8:59 PM

To: farah Naz <farahnaz16@hotmail.com>

📎 10 attachments (303 KB)

DATA_CHEMICALS.xlsx; Components_Bulk.xlsx; Technical Notes_Analysis of bulk chemicals.docx; DATA_LPG_CHEMICALS.xlsx; Petrocalculations.xlsx; Analysis of Petrochemicals.docx; Petrochemical Feedstock.xlsx; DATA_LPG_CHEMICALS.xlsx; LIQUIF~1.DOC; Bulk Chemicals only.xlsx;

FYI

**From:** Naz, Farah <Farah.Naz@eia.gov>
**Sent:** Friday, June 12, 2020 2:48 PM
**To:** Gross, Peter <Peter.Gross@eia.gov>; Turnure, James (EIA) <james.turnure@eia.gov>
**Cc:** William LI <William.Li@nteu.org>; Kassambara, Sonia <sonia.kassambara@ee.doe.gov>; Griffin, Karen F. <karen.griffin@doe.gov>; Karen Griffin <kfgriffinaka@gmail.com>; Lawrence, Othalene <othalene.lawrence@ee.doe.gov>; Browne, Samuel <samuel.browne@hq.doe.gov>
**Subject:** PDP Assignment #1 Attached

Hi Peter,
PDP assignment #1 is attached.

- It was a very long and tedious work.
- This assignment was a bundle of many assignments in it; which is quite against the terms of agreements on my behalf as a CBU employee.
- It took many extra hours to extract and process the data. Since no specific instructions were given for methods of calculations.
- I used the standard statistical methods to perform calculations which is widely used by all statistical federal agencies.
- The assignment has been broken down in two pieces so I'll send the spread sheets in two separate emails.
- There are other team members, but currently, I am solely completing the major pieces of work.
- This assignment require the work of entire team but you made me to exclusively complete all of it.

Thanks
*Farah Naz*
*Industry Economist*
*Room: 2F-095*
*Phone: 202-287-6329*



*Independent Statistics & Analysis*
## U.S. Energy Information Administration

**From:** Naz, Farah
**Sent:** Friday, June 26, 2020 12:56 PM
**To:** Gross, Peter <Peter.Gross@eia.gov>; Turnure, James <James.Turnure@eia.gov>; Karen Griffin <kfgriffinaka@gmail.com>; Griffin, Karen F. (HQ) <karen.griffin@doe.gov>; Griffin, Karen <Karen.Griffin@eia.gov>
**Cc:** William LI <William.Li@nteu.org>; Sonia Kassambara <sonia.kassambara@gmail.com>; Lawrence, Othalene (HQ) <othalene.lawrence@ee.doe.gov>
**Subject:** Submission of PDP Assignment # 2 section 1 & section 2

Hi Peter,

Please find enclosed the completed PDP Assignment # 2. There were number of fallacies in the MECS data, I have documented all those issues in notes for you.

The PDP assignment #2 had following issues:

1. The assignment number 2 was not a single assignment.
2. At least 4 to 5 different data topics were jumbled up under one assignment.
3. You forwarded couple of times, incorrect information about tools that added extra hours of work.
4. This assignment was not so relevant to the Industrial section primary work areas rather more oriented towards Oil and Gas section.
5. The entire assignment was a month long assignment.
6. Anyhow, I completed it and I had to put in many extra personal hours in the completion of these assignments.
7. All the Analysis, Empirical findings and data files are attached as well.
8. Since the assignment # 2 was so long. So, I'll send out the files in two parts.

Thanks

*Farah Naz*
*Industry Economist*
*Room: 2F-095*
*Phone: 202-287-6329*
*Email: Farah.Naz@eia.gov*
*Office of Energy Consumption and Efficiency Analysis*
*U.S. Energy Information Administration (EIA)*
*U.S. Department of Energy*

FW: Submission of Section 1 for PDP Assignment # 2

## Joy, Evelyn <evelyn.joy@hq.doe.gov>

Fri 2/5/2021 8:59 PM

**To:** farah Naz <farahnaz16@hotmail.com>

📎 14 attachments (1 MB)

EMPIRIACL FINDINGS OF ALL MANUFACTURING FOR CHP - Copy.docx; EMPIRIACL FINDINGS OF FOOD FOR CHP.docx; EMPIRIACL FINDINGS OF PAPER FOR CHP.docx; EMPIRICAL FINDINGS OF TOTAL CHP.docx; MECS_Data_Issues.xlsx; CHP_Fraction.xlsx; NACIS Based Analysis for Food.xlsx; MECS_5.2-2014.xlsx; MECS_5.2-2006.xls; MECS_Data_Issues.xlsx; MECS-5.2_2002.xls; MECS-5.2_2010.xls; NACIS Based Analysis for Food.xlsx; NAICS based CHP.xlsx;

FYI

**From:** Naz, Farah <Farah.Naz@eia.gov>
**Sent:** Friday, June 26, 2020 1:01 PM
**To:** Gross, Peter <Peter.Gross@eia.gov>; Turnure, James (EIA) <james.turnure@eia.gov>; 'Karen Griffin' <kfgriffinaka@gmail.com>; Griffin, Karen (EIA) <karen.griffin@eia.gov>
**Cc:** William LI <William.LI@nteu.org>; Sonia Kassambara <sonia.kassambara@gmail.com>; Lawrence, Othalene <othalene.lawrence@ee.doe.gov>; Griffin, Karen (EIA) <karen.griffin@eia.gov>
**Subject:** RE: Submission of Section 1 for PDP Assignment # 2

Hi Peter,

Please find enclosed all the completed work for the PDP assignment #2.
This email covers, section 1 files.
Thanks

*Farah Naz*
*Industry Economist*
*Room: 2F-095*
*Phone: 202-287-6329*
*Email: Farah.Naz@eia.gov*
*Office of Energy Consumption and Efficiency Analysis*
*U.S. Energy Information Administration (EIA)*
*U.S. Department of Energy*
*1000 Independence Ave, SW*
*Washington, DC, 20585*

Peter,

I am still working on assignment # 3. It would be helpful if you can reschedule  today's meeting to

Either to Monday or Tuesday next week. So that I can have questions to ask.

*Farah Naz*
*Industry Economist*
*Room: 2F-095*
*Phone: 202-287-6329*
*Email: Farah.Naz@eia.gov*
*Office of Energy Consumption and Efficiency Analysis*
*U.S. Energy Information Administration (EIA)*
*U.S. Department of Energy*
*1000 Independence Ave, SW*
*Washington, DC, 20585*

-----Original Appointment-----
**From:** Gross, Peter
**Sent:** Thursday, July 2, 2020 12:19 PM
**To:** Gross, Peter; Naz, Farah
**Subject:** weekly PDP meetings
**When:** Thursday, July 16, 2020 11:00 AM-12:00 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** webex

**Sensitivity:** Private

Resending invite.

FW: Assignment # 3 Attached

## Joy, Evelyn <evelyn.joy@hq.doe.gov>

Fri 2/5/2021 8:57 PM
**To:** farah Naz <farahnaz16@hotmail.com>

📎 1 attachments (680 KB)
Plastic Recyling Research.pdf;

FYI

**From:** Naz, Farah <Farah.Naz@eia.gov>
**Sent:** Thursday, July 16, 2020 2:04 PM
**To:** Gross, Peter <Peter.Gross@eia.gov>; William Li <william.li@NTEU.ORG>; Lawrence, Othalene <othalene.lawrence@ee.doe.gov>; Sonia Kassambara <sonia.kassambara@gmail.com>
**Cc:** Turnure, James (EIA) <james.turnure@eia.gov>; Griffin, Karen (EIA) <karen.griffin@eia.gov>; Griffin, Karen (EIA) <karen.griffin@eia.gov>; Karen Griffin <kfgriffinaka@gmail.com>
**Subject:** Assignment # 3 Attached
**Sensitivity:** Private

Hi Peter,

PDP assignment # 3 is attached----my research on the topic of Plastic recycling initiatives.
It includes my personal inferences based on the research performed via different online resources.
You only asked for a 2 page write up in the PDP.
But since the research was so detailed and intricate;

I documented all the information and findings of the research for the benefits of team and for overall use by EIA as well.
The complete document is about 6-7 pages long. Hopefully, it helps.


*Farah Naz*
*Industry Economist*
*Room: 2F-095*

*Phone: 202-287-6329*
*Email: Farah.Naz@eia.gov*
*Office of Energy Consumption and Efficiency Analysis*
*U.S. Energy Information Administration (EIA)*
*U.S. Department of Energy*
*1000 Independence Ave, SW*
*Washington, DC, 20585*



*Independent Statistics & Analysis*
U.S. Energy Information
Administration

---

**From:** Gross, Peter
**Sent:** Thursday, July 16, 2020 10:40 AM
**To:** Naz, Farah <Farah.Naz@eia.gov>
**Cc:** Turnure, James <James.Turnure@eia.gov>
**Subject:** RE: weekly PDP meetings
**Sensitivity:** Private

Farah – your Assignment #4 begins today regardless of your completion of Assignment #3 (which was due COB last Friday July 10). I strongly suggest you read Assignment #4 in the PDP and meet with me today or Friday morning at the latest to ask any questions regarding Assignment #4.

Peter

---

**From:** Naz, Farah
**Sent:** Thursday, July 16, 2020 10:22 AM
**To:** Gross, Peter <Peter.Gross@eia.gov>
**Subject:** RE: weekly PDP meetings
**Sensitivity:** Private

# SNAPSHOTS OF FEW COMMUNICAION EMAILS FOR THE CASE OF FARAH NAZ'S PROPOSED LETTER OF REMOVAL

## By: ECONOMIST: FARAH NAZ
## DATED: AUGUST 13, 2020
## SECTION 1:





Good Morning Dear William, Sonia, Karen and Othalene,
I am forwarding you emails from Peter.
These emails shows that Peter is not responding correctly to " issuance of PDP," procedures.
He has scheduled another weekly meeting on May 7.
It will be more convincing if Union directly send an email to Peter about the issuance of PDP.


Thanks a lot
Stay safe and Blessed

*Farah Naz*

---

Peter,
You have written a lousy PDP assignments descriptions. There is no uniform  MECS Data set involved.
Each highlighted section has a differenet datasource and different data table which involves number of days work individually.
Only data collection work is entailed over a week. There is not value of shipments and energy consumption in the MECS tables.
It comes from Grafnem which is a whole separate database. And different work.
Union has strictly advised based on recent negotiations that Only one project per one week. All the four highlighted sections are 4 different assignments
with different mathematical calculations and data sets from different source. There will be 4 different analyses involved as well.
**Farah**
Assignment 2 (to be assigned May 6, 2020 and due May 13, 2020 at 10 AM):
This assignment will be under Critical Element #2 relating to historical trends in fuel use in the food and paper industries and three parts: (1) related to finding trends in historical data
related to natural gas indirect use in two of the heaviest CHP users: paper and food; and (2) determining the historical shift away (if any) from coal use in these two industries.
Part 1: For the last four MECS cycles, determine the natural gas used for CHP as a fraction of "total indirect use" of natural gas in the paper and food industries. Put this data in a spreadsheet
form, showing (if any) the trend towards more use of natural gas used for CHP over the last four MECS cycles.
For food, do a "deep dive" and examine the natural gas trends towards or away from CHP as a fraction of total indirect fuel use. This will entail doing the above analysis for each individual
4-digit NAICS food category (again as presented in MECS) for the last four MECS cycles.
This is important as it allows us to isolate which food industries are moving towards more CHP.

PDP Clarified - Message (HTML)

FILE   MESSAGE   ACROBAT

Fri 4/24/2020 12:22 PM

Naz, Farah

**PDP Clarified**

To      William Li;   Kassambara, Sonia (HQ)

Cc      Griffin, Karen F. (HQ);   Lawrence, Othelene (HQ)

Retention Policy   NARA 5-Year Retention (5 years)                                      Expires   4/22/2025

Message    Farah PDP for William_Sonia.docx (5 MB)

Good Morning Dear Sonia, William and Union,
I have almost completed this PAD document with clarifications.
Yellow highlighted sections are the unnecessary and not related assignments and accusations.
Which I clarified in RED writings and with snap shots of emails.

Please inform me if it is helpful to you for writing a grievance and other union legal actions.
I will fix it more accordingly.
Thank you so much  for all of your support.

*Farah Naz*
*Industry Economist*
*Room: 2F-095*
*Phone: 202-287-6329*
*Email: Farah.Naz@eia.gov*

---

Farah's write up attached for PDP. - Message (HTML)

FILE   MESSAGE   ACROBAT

Thu 4/23/2020 6:12 PM

Naz, Farah

**Farah's write up attached for PDP.**

To      William Li;   Kassambara, Sonia (HQ)

Cc      Griffin, Karen;   Mgnifungo;   Griffin, Karen F. (HQ);   Karen Griffin;   Griffin, Karen

Retention Policy   NARA 5-Year Retention (5 years)                                      Expires   4/22/2025

Message    Farah's Accomplishment Listings of April 2020.docx (362 KB)    FARAH'S REBUTAL TO PETER'S PDP MEMORANDUM.pdf (4 MB)

Hello Dear Sonia and Li,
Per our conversation today about PDP; I am sending you all two documents that I prepare in return of Peter Gross objections.
Please review them. I will end more documents by tomorrow.
Thanks

*Farah Naz*
*Industry Economist*
*Room: 2F-095*
*Phone: 202-287-6329*
*Email: Farah.Naz@eia.gov*
*Office of Energy Consumption and Efficiency Analysis*
*U.S. Energy Information Administration (EIA)*
*U.S. Department of Energy*
*1000 Independence Ave, SW*
*Washington, DC, 20585*

3



RE: Meeting Confirmation - Message

**FILE**    MESSAGE

Thu 11/14/2019 10:02 AM
Naz, Farah
**RE: Meeting Confirmation**
To    Turnure, James; Gross, Peter

Thanks a lot to both of you!
Surely, we will reschedule to a mutually agreeable time.

Have a nice day!

*Farah Naz*
*Industry Economist*
*Room: 2F-095*
*Phone: 202-287-6329*
*Email: Farah.Naz@eia.gov*
*Office of Energy Consumption and Efficiency Analysis*
*U.S. Energy Information Administration (EIA)*
*U.S. Department of Energy*
*1000 Independence Ave, SW*
*Washington, DC, 20585*



Independent Statistics & Analysis
U.S. Energy Information
Administration



Meeting Rescheduled - Meeting

FILE    MEETING

Delete | Respond | Meeting Notes | Calendar | Move ▾ / Rules ▾ | Mark Unread / Categorize / Follow Up ▾ | Translate | Find / Related ▾ / Select ▾ | Zoom

Delete    Respond    Meeting Notes    Calendar    Move    Tags    Editing    Zoom

Thu 11/14/2019 10:52 AM

Naz, Farah

**Meeting Rescheduled**

Required    Turnure, James;  Gross, Peter

ⓘ As the meeting organizer, you do not need to respond to the meeting.

**When**      Thursday, November 21, 2019 2:00 PM-2:30 PM
**Location**   Jim Office

**Work Issues**

5



**Thu 7/23/2020 3:55 PM**

**Naz, Farah**

**Reassignment Request!**

To    LaRose, Angelina

Bcc    Joy, Evelyn (HQ)

Good Evening Angelina,

Hopefully, you and your family are in best of health and life.
I had been working under severe, toxic and hostile work environment of Industria
I had been informing EIA- upper management since September 2018. But unfortu

Peter Gross had been excessively hostile, and dysfunctional as a manager. He is a
environments.

I discussed with DOE-Employee Concerns and Ombudsman' office these issues.
They highly recommended to talk to upper management before starting any lega

How can you assist with this current situation since, you are on upper manageme

I had been informing you as well for some time about the hostile work environme

6





Sick family member - Message (HT

FILE     MESSAGE     ACROBAT

Sun 5/10/2020 9:56 PM

Naz, Farah

**Sick family member**

To      Gross, Peter

Cc      Kassambara, Sonia (HQ);     Griffin, Karen F. (HQ);     Karen Griffin;     'William Li';     Reid, Nikki (CONTR) (HQ)

Bcc     LaRose, Angelina;     Joy, Evelyn (HQ);     Turnure, James

Hi Peter,
My immediate family member who is a COVID-19 patient and for whom I am a caregiver;
is getting quite sick and her condition is getting medically more sensitive.
Therefore, I'll be on leave for few days and I am sending you leave requests.
I'll keep updating you as things would along medically.
Thanks

*Farah Naz*
*Industry Economist*
*Room: 2F-095*
*Phone: 202-287-6329*
*Email: Farah.Naz@eia.gov*
*Office of Energy Consumption and Efficiency Analysis*
*U.S. Energy Information Administration (EIA)*
*U.S. Department of Energy*
*1000 Independence Ave, SW*
*Washington, DC, 20585*

*Independent Statistics & Analysis*

8



RE: Industrial Demand meeting - Message

FILE    MESSAGE

Fri 1/17/2020 6:36 AM

**Gross, Peter**

**RE: Industrial Demand meeting**

To    Naz, Farah

Cc    Turnure, James

---

Farah – Your tour of duty starts at 9:30 AM. The meeting time remains at 9:30 AM. Being prompt to

---

**From:** Naz, Farah
**Sent:** Thursday, January 16, 2020 3:26 PM
**To:** Gross, Peter <Peter.Gross@eia.gov>; Skelton, Matthew <Matthew.Skelton@eia.gov>; Skarzynski, Nicholas <Nicho
**Subject:** RE: Industrial Demand meeting

Red line metro always has problems. So 10:00 or 10:30am is more safe for the meetings.

-----Original Appointment-----
**From:** Gross, Peter
**Sent:** Thursday, January 16, 2020 2:50 PM
**To:** Skelton, Matthew; Skarzynski, Nicholas; Naz, Farah
**Subject:** Canceled: Industrial Demand meeting
**When:** Occurs every Thursday effective 1/16/2020 from 11:00 AM to 12:00 PM (UTC-05:00) Eastern Time (US & Cana
**Where:** colab
**Importance:** High

9



RE: Reassignment Request! - Message

FILE     MESSAGE     ACROBAT

Tue 7/28/2020 5:40 PM

LaRose, Angelina

RE: Reassignment Request!

To     Naz, Farah

You forwarded this message on 7/29/2020 11:20 PM.

Farah, you previously raised a number of job concerns with me. I indicated I would engage a fact-finder to investigat substantial amount of leave the last several months to deal with your COVID-related challenges, and I did not want t understand some of your challenges are more manageable now, and you have less need to request leave to address

With your current situation in mind, I am ordering the investigation to proceed and expect you will be contacted with think it is best to wait for the results of the investigation to determine the most appropriate position in the organizatio

Regards,
Angelina

**From:** Naz, Farah
**Sent:** Thursday, July 23, 2020 3:55 PM
**To:** LaRose, Angelina <Angelina.LaRose@eia.gov>
**Subject:** Reassignment Request!

## Good Evening Angelina,

Hopefully, you and your family are in best of health and life.
I had been working under severe, toxic and hostile work environment of Industria

FW: Emails from James Turnure ( Second Package)



FILE    MESSAGE    ACROBAT

Ignore | Delete | Junk | Delete | Reply Reply Forward More | Respond | Meeting IM | Message Tracking | Show | Move OneNote Actions | Move | Mark Unread Categorize Follow Up | Tags | Translate

Fri 3/6/2020 5:44 PM

**Naz, Farah**

FW: Emails from James Turnure ( Second Package)

To    LaRose, Angelina

| Message | Election Leave for General Election (82 KB) | Farah's Comments to 2019_ Performance Rev |
| | FW: Contact Info for Meeting on 7/22/2019 (56 KB) | FW: Thursday 7/25 (95 KB) |
| | James Turnure is not helping  (58 KB) | RE: Just for 8/21/2019 (94 KB) |
| | Automatic reply: Base Year For Table 34. Macro Economic Indicators (43 KB) | PIP Completion Date (29 KB) |

Hi Angelina,
This is the second batch of emails of work harassment at EIA towards me.

*Farah Naz*
*Industry Economist*
*Room: 2F-095*
*Phone: 202-287-6329*
*Email: Farah.Naz@eia.gov*
*Office of Energy Consumption and Efficiency Analysis*
*U.S. Energy Information Administration (EIA)*
*U.S. Department of Energy*
*1000 Independence Ave, SW*
*Washington, DC, 20585*



*Independent Statistics & Analysis*
U.S. Energy Information



RE: Meeting Confirmation - Message

FILE    MESSAGE    ACROBAT

Thu 11/14/2019 9:31 AM

Gross, Peter

RE: Meeting Confirmation

To    Turnure, James; Naz, Farah

I am in the office next Monday (Nov. 18), Tuesday (Nov. 19), and Thursday (Nov. 21) if you want to reschedule for ne

**From:** Turnure, James
**Sent:** Wednesday, November 13, 2019 7:16 PM
**To:** Naz, Farah <Farah.Naz@eia.gov>; Gross, Peter <Peter.Gross@eia.gov>
**Subject:** Re: Meeting Confirmation

My apologies but I've got to attend a meeting at my sons school tomorrow.  We will need to reschedule this

——Jim


On: 13 November 2019 18:11,
"Naz, Farah" <Farah.Naz@eia.gov> wrote:

Hi Jim and Peter,

It would be very helpful, if a confirmation notification be forwarded for meeting of 11/14/2019 at 11:00am

Thanks

Farah Naz



Meeting Rescheduled - Meeting

FILE    MEETING    ACROBAT

Delete    Respond    Meeting Notes    Calendar    Move    Rules    Mark Unread    Categorize    Follow Up    Translate    Find    Related    Select    Zoom

Delete    Respond    Meeting Notes    Calendar    Move    Tags    Editing    Zoom

Thu 11/14/2019 10:52 AM

Naz, Farah

**Meeting Rescheduled**

Required    Turnure, James; Gross, Peter

As the meeting organizer, you do not need to respond to the meeting.

| When | Thursday, November 21, 2019 2:00 PM-2:30 PM |
| Location | Jim Office |

**Work Issues**



FW: Emails from James Tunure,( IST PACKAGE) -

FILE     MESSAGE     ACROBAT

Ignore | Junk | Delete | Reply | Reply All | Forward | More | Meeting | IM | Message Tracking | Move | OneNote | Actions | Mark Unread | Categorize | Follow Up | Translate | Rules

Delete | Respond | Show | Move | Tags

Fri 3/6/2020 5:43 PM
Naz, Farah
FW: Emails from James Tunure,( IST PACKAGE)

To   LaRose, Angelina

Message | ☑ Accepted: test (16 KB) | ☒ Canceled: PIP progress review (33 KB)
| completed data processing (62 KB) | Consideration, while on Medical Telework (26 KB)
| Farah's Comments to 2019_ Performance Review Attached (44 MB) | FW: Contact Info for Meeting on 7/22/2019 (56 KB)
| 2019-08-12_21-20-15.pdf (24 KB) | 2019-10-24_14-31-24.pdf (2 MB)

Hi Angelina!
Please find enclosed emails for the investigation of harassment at EIA towards me.

*Farah Naz*
*Industry Economist*
*Room: 2F-095*
*Phone: 202-287-6329*
*Email: Farah.Naz@eia.gov*
*Office of Energy Consumption and Efficiency Analysis*
*U.S. Energy Information Administration (EIA)*
*U.S. Department of Energy*
*1000 Independence Ave, SW*
*Washington, DC, 20585*

*Independent Statistics & Analysis*
U.S. Energy Information



FW: Emails from Peter Gross (second package) -

FILE    MESSAGE    ACROBAT

Fri 3/6/2020 5:45 PM

Naz, Farah

FW: Emails from Peter Gross (second package)

To    LaRose, Angelina

Message

Meeting Confirmation (47 KB)

RE: Meeting Confirmation (53 KB)

RE: Industrial Demand meeting (73 KB)

Completed Work (56 KB)

Meeting Rescheduled (29 KB)

Re: Meeting Confirmation (96 KB)

Read: Industrial Demand meeting (47 KB)

Data- assignment Follow Up (29 KB)

Hi Angelina,
Another set of emails to be included in work harassment.

*Farah Naz*
*Industry Economist*
*Room: 2F-095*
*Phone: 202-287-6329*
*Email: Farah.Naz@eia.gov*
*Office of Energy Consumption and Efficiency Analysis*
*U.S. Energy Information Administration (EIA)*
*U.S. Department of Energy*
*1000 Independence Ave, SW*
*Washington, DC, 20585*

*Independent Statistics & Analysis*
U.S. Energy Information



Please provide guidance – Message (

FILE    MESSAGE    ACROBAT

Ignore    Delete    Reply  Reply  Forward  More    Meeting  IM  Rules  OneNote  Actions    Move  Mark Unread  Categorize  Follow Up    Translate  Find  Related  Select    Zoo

Delete    Respond    Move    Tags    Editing    Zoo

Tue 11/5/2019 12:13 PM

Naz, Farah

**Please provide guidance**

To      Smith, Cathlyne (HQ)

Cc      Jackson-McIlwain, Rashida (HQ)

Good Morning Cathlyne,

This is economist Farah Naz at EIA. I need some guidance. I have been experiencing work harrasement and bullying

I am seeking some solutions for it at DOE. I was adviced by retired EAP counselor to contact Rashida Jackson's office.

Ms. Jackson forwarded me your reference. Would you be able to provide any assistance in this matter? Like some p

Thanks
*Farah Naz*
*Industry Economist*
*Room: 2F-095*
*Phone: 202-287-6329*
*Email: Farah.Naz@eia.gov*
*Office of Energy Consumption and Efficiency Analysis*
*U.S. Energy Information Administration (EIA)*
*U.S. Department of Energy*
*1000 Independence Ave, SW*
*Washington, DC, 20585*

*Independent Statistics & Analysis*

U.S. Energy Information

16



Experiencing COVID-19 symptoms - Mess

FILE   MESSAGE   ACROBAT

Thu 5/14/2020 9:18 PM

Naz, Farah

**Experiencing COVID-19 symptoms**

To   Gross, Peter;   Turnure, James

Cc   Griffin, Karen F. (HQ);   Karen Griffin;   Kassambara, Sonia (HQ);   'William Li'

Bcc   LaRose, Angelina;   Joy, Evelyn (HQ);   Reid, Nikki (CONTR) (HQ);   Hedtke, Roy (CONTR) (HQ)

You forwarded this message on 5/15/2020 5:59 PM.

Hi Peter and All others

I am experiencing COVID-19 Symptoms and will be seeking a medical diagnosis under my heal
My doctor strictly advised me to be on leave until diagnosis completed and medical results co
within a week or so due to backlog. Please keep me and my family in your prayers and though
Leave requests have been entered.

Thanks

*Farah Naz*
*Industry Economist*
*Room: 2F-095*
*Phone: 202-287-6329*
*Email: Farah.Naz@eia.gov*
*Office of Energy Consumption and Efficiency Analysis*
*U.S. Energy Information Administration (EIA)*
*U.S. Department of Energy*
*1000 Independence Ave, SW*



COVID Leave - Message (Plain Te

FILE    MESSAGE    ACROBAT

Mon 5/11/2020 1:54 PM

Smith, Cathlyne <cathlyne.smith@hq.doe.gov>

COVID Leave

To    Naz, Farah

You replied to this message on 5/11/2020 6:52 PM.

Message    WH380-E.pdf (491 KB)    WH380-F.pdf (202 KB)

Good afternoon Farah,

I'm reaching out to you to obtain clarification on the leave you are requesting from your supervisor, Peter Gross.  Pe
thought it would be helpful to provide you information regarding the COVID related leave types in order to determin
member, but it is important to also understand which leave you are requesting so that it can be approved and docum

Under the Families First Act, paid sick leave is available if the employee is unable to work or telework because the en

1.Is subject to a Federal, State, or local quarantine or isolation order related to COVID-19 - Provide name of facility w

2.Has been advised by a health care provider to self-quarantine related to COVID-19 - Provide the name of the healt

3.Is experiencing COVID-19 symptoms and is seeking a medical diagnosis - Self certification

4.Is caring for an individual subject to an order described in (1) or self-quarantine - Provide name of  the facility who

5.Is caring for a child whose school or place of care is closed (or child care provider is unavailable) for reasons relate
members, such as elderly parents or an adult child with special needs whose care facilities were closed due to COVID

18



Accepted: Personnel Matter - Meeting

Tue 11/5/2019 12:51 PM

Naz, Farah

**Accepted: Personnel Matter**

To          Smith, Cathlyne (HQ)

When     Thursday, November 7, 2019 10:30 AM-11:00 AM (UTC-05:00) Eastern Time (US & Canada).

Location  8E-092 ELR Conference Room

We couldn't find this meeting in the calendar. It may have been moved or deleted.

Naz, Farah has accepted this meeting.

19



RE: Informed Multiple Times by Hostile Work Environ

FILE    MESSAGE    ACROBAT

Thu 5/7/2020 3:23 PM
LaRose, Angelina
RE: Informed Multiple Times by Hostile Work Environment

To    Naz, Farah
Cc    Turnure, James

You replied to this message on 5/11/2020 7:04 PM.

Farah,

This message is to let you know I understand your concerns, but I am not in a position with the direct knowledge to
the Assistant Administrator for Energy Analysis and your third level manager. However, in these situations, outside f
(ELR) may be retained to investigate your type of complaints.

I have initiated this process and will follow past practice in this matter. A fact-finder will contact you and others with

At the conclusion of the investigation, the fact-finder will provide a report of the findings to ELR. This report will be s
review the report.

Please let me know by May 15th if you would like to add any comments to the complaint document you provided to

You will be notified directly by an ELR representative when the investigator is ready to begin and the investigator's co

If you have any questions, please let me know.

Regards,
Angelina

20



Phone Appointment - Message (H



Mon 4/6/2020 10:40 AM

Naz, Farah

**Phone Appointment**

To    LaRose, Angelina

Bcc   Reid, Nikki (CONTR) (HQ);   Magorien, Raymond (HQ)

Good Morning Angelina!

Hopefully, you and your family is in best of health and saved from Pandemics of Coronavirus.

I am requesting a phone appointment with you to discuss some work issues.
Would you be able to allocate sometime at your convenience this week?
I had already made multiple request to you via emails.
Hopefully, those previous requests did not get lost in email traffic.

I'll wait to hear from you.
Have a blessed day!

*Farah Naz*
*Industry Economist*
*Room: 2F-095*
*Phone: 202-287-6329*
*Email: Farah.Naz@eia.gov*
*Office of Energy Consumption and Efficiency Analysis*
*U.S. Energy Information Administration (EIA)*
*U.S. Department of Energy*
*1000 Independence Ave, SW*

21



RE: Status of Harassment Report - Messa

FILE    MESSAGE    ACROBAT

Tue 7/7/2020 5:44 PM
LaRose, Angelina
RE: Status of Harassment Report

To    Naz, Farah

You replied to this message on 7/8/2020 10:24 AM.

Farah,

In response to your email, I am arranging for an independent investigator to conduct a fact-finding investigation (I ha
related issues.) Since this involves a procurement action, I do not anticipate this investigation to start for the next se
will not contact you when you are on approved leave.

As soon as arrangements are complete, I will be in touch to discuss next steps.

Regards,
Angelina


**From:** Naz, Farah
**Sent:** Monday, July 6, 2020 1:51 PM
**To:** LaRose, Angelina <Angelina.LaRose@eia.gov>
**Subject:** Status of Harassment Report

Good Afternnon Dear Angelina!

I hop eyou had been in good health and life.
I am simply following up on the status of the EIA-wide harrasement report that I submitted to you



RE: Industrial Demand meeting - Message

**FILE**    MESSAGE

Thu 1/16/2020 3:26 PM

**Naz, Farah**

RE: Industrial Demand meeting

To   Gross, Peter;   Skelton, Matthew;   Skarzynski, Nicholas

Red line metro always has problems. So 10:00 or 10:30am is more safe for the meetings.

-----Original Appointment-----
**From:** Gross, Peter
**Sent:** Thursday, January 16, 2020 2:50 PM
**To:** Skelton, Matthew; Skarzynski, Nicholas; Naz, Farah
**Subject:** Canceled: Industrial Demand meeting
**When:** Occurs every Thursday effective 1/16/2020 from 11:00 AM to 12:00 PM (UTC-05:00) Eastern Time (US & Cana
**Where:** colab
**Importance:** High

We'll try this time slot for now. Subject to change.



Mon 5/11/2020 7:05 PM

Naz, Farah

**Additional Comments as requested**

To  LaRose, Angelina

Message    Additional Harrasement Incidents Reported to Angelina.docx

Good Evening Angelina,

Please find enclosed the additional comments to the complaint document per your request.
These comments are supplemental information to the document that I provided to you on A
You requested these additional comments to be forwarded to the fact-finder's investigation.

Though, I was on leave today but to expedite your request, I am responding to your request a

Thank you for paying attention to the issues of hostility at EIA.

*Farah Naz*
*Industry Economist*
*Room: 2F-095*
*Phone: 202-287-6329*
*Email: Farah.Naz@eia.gov*
*Office of Energy Consumption and Efficiency Analysis*
*U.S. Energy Information Administration (EIA)*



FW: Emails from Peter Gross (First Package) - M

FILE    MESSAGE    ACROBAT

Fri 3/6/2020 5:44 PM
Naz, Farah
**FW: Emails from Peter Gross (First Package)**

To    LaRose, Angelina

| Message | Accepted: Work Area/Issues (28 KB) | Conversion Unit (24 KB) |
|---------|-----------------------------------|-------------------------|
| | Discussion of FY2020PP (29 KB) | FW: Log In issues (56 KB) |
| | FW: Status of Regression Analysis Assignment (5 MB) | Incident Ticket INC0032883 has been opened |
| | Need Locks on Door (73 KB) | RE: Need Locks on Door (61 KB) |

Hi Angelina,
This is the third package of the work harassment at EIA.

*Farah Naz*
*Industry Economist*
*Room: 2F-095*
*Phone: 202-287-6329*
*Email: Farah.Naz@eia.gov*
*Office of Energy Consumption and Efficiency Analysis*
*U.S. Energy Information Administration (EIA)*
*U.S. Department of Energy*
*1000 Independence Ave, SW*
*Washington, DC, 20585*

*Independent Statistics & Analysis*
U.S. Energy Information

25

Hostile Work Environment - Message (Plain Text)

FILE    MESSAGE    ACROBAT

Thu 1/30/2020 9:14 AM
Smith, Cathlyne <cathlyne.smith@hq.doe.gov>
Hostile Work Environment

To    Nar, Farah

You forwarded this message on 3/6/2020 5:35 PM.

Good morning Farah,

This morning it was brought to my attention that you have raised claims of a hostile work environment. I am aware that you have made that claim in the past as we did sit and have a long discussion. As I informed you during our discussion, in order to address a claim of hostile work environment, management will first need a written statement from you that outlines the incidents that have contributed to the hostile work environment you claim. In addition, you will need to provide any documentation, witnesses, and additional evidence you have to support your claim.

Once received, I can reach out to your leadership to further assess your claim. Until you can provide a written statement and describe your claim, there is very little management can do. If you would rather provide that information to Angelina, please feel free to do so.

Respectfully,

Cathlyne Smith



Performance Demonstration Period (PDP) memo - Message (HTML)

Wed 4/22/2020 3:28 PM
Gross, Peter
**Performance Demonstration Period (PDP) memo**

To  Naz, Farah
Cc  Tamuse, James
Retention Policy  NARA 5-Year Retention (5 years)                    Expires  4/21/2025
You forwarded this message on 4/23/2020 8:44 AM.

Message    Performance Demonstration Period(F. Naz).pdf (284 KB)

Please read, sign under "Acknowledge Receipt...", and return to me. Meeting invite to discuss PDP and related assignments to follow.

Peter Gross
U.S. Energy Information Administration
240-245-4959
240-472-5895

---

Performance Demonstration Period (PDP) Memo (Revised and Updated) - Message (HTML)

Tue 4/28/2020 1:51 PM
Gross, Peter
**Performance Demonstration Period (PDP) Memo (Revised and Updated)**

To  Naz, Farah
Cc  Tamuse, James
Retention Policy  NARA 5-Year Retention (5 years)                    Expires  4/27/2025
You forwarded this message on 4/28/2020 2:04 PM.

Message    Performance Demonstration Period(F. Naz Revised).pdf (305 KB)

Please read, sign under "Acknowledge Receipt...", and return to me. Meeting invite to discuss PDP and related assignments to follow.

This updated PDP clarifies assignment details and changes the start date to 04/29/2020. A meeting Outlook invite for the first PDP meeting has been sent to you for Wednesday (tomorrow) at 11 AM.

Peter Gross
U.S. Energy Information Administration
240-245-4959
240-472-5895

27



Hi Peter,
You held a mid-review meeting on 6/8/202 right after 2 hours of my first day back to work after a month long sickness.
Following things were mentioned.

1. You gave me feedback about the mid-year review progress for FY2020.
2. In all the four elements you gave me " below to meet expectations," which is totally incorrect. I have submitted all of the assignment on time correctly.
3. I mentioned you that I will provide comments with all the explanations for my mid-year progress review within a week or two. And yo agreed to that.
4. I mentioned you that I was not afforded an opportunity to have an issuance meeting for the PDP. You replied that I denied the meeti request which is incorrect because
5. I did not refuse the first meeting, however, I wanted to get clarification about the union being able to attend the meeting as you den

Hi William and Sonia,
I  looked at the revised PDP. It is still very complicated and not so clear.
Also, there are too lengthy assignments those impossible to complete in short time.

*Farah Naz*
*Industry Economist*
*Room: 2F-095*
*Phone: 202-287-6329*
*Email: Farah.Naz@eia.gov*
*Office of Energy Consumption and Efficiency Analysis*
*U.S. Energy Information Administration (EIA)*
*U.S. Department of Energy*
*1000 Independence Ave, SW*
*Washington, DC. 20585*



5. I did not refuse the first meeting, however, I wanted to get clarification about the union being able to attend the meeting as you denied their attendance. Secondly, no invite came from you for the PDP issuance meeting with Union representative being added on it.
6. You also canceled that scheduled meeting as well. Thus, as of today, June 8, 2020, I never had any PDP issuance meeting with you yet
7. In terms of the extension of the submission of first PDP assignment; you sent me the following email.

**From:** Naz, Farah
**Sent:** Wednesday, April 29, 2020 2:02 PM
**To:** Gross, Peter <Peter.Gross@eia.gov>; Turnure, James <James.Turnure@eia.gov>
**Cc:** Kassambara, Sonia (HQ) <sonia.kassambara@ee.doe.gov>; Griffin, Karen F. (HQ) <karen.griffin@doe.gov>; Griffin, Karen <Karen.Griffin@eia.gov>; Karen Griffin <kfgriffinaka@gmail.com>; Lawrence, Othalene (HQ) <othalene.lawrence@ee.doe.gov>; William Li <william.li@NTEU.ORG>; Smith, Cathiyne (HQ) <cathlyne.smith@hq.doe.gov>
**Subject:** PDP Issuance Meetings

Peter,
Today's scheduled meeting is supposed to be the official issuance of PDP and to go over the assignments that are in that PDP. It should not just be issued in an email.

Per CBA Article 17.07G, the official issuance meeting should take place and the purpose is to go over the PDP and clarify assignments.
The union may attend to represent me as a witness upon union request and with supervisor's approval. Such approval will not be unreasonably withheld. Normally it's face-to-face per Article 331.D can be via telephone if needed.

ELR should also be invited to participate.


*Farah Naz*
*Industry Economist*
*Room: 2F-095*



RE: PDP Issuance Meetings - Message (HTML)

Thu 4/30/2020 10:55 AM
Gross, Peter
**RE: PDP Issuance Meetings**

To ⊠ Naz, Farah
Cc ⊠ Tramere, James
Retention Policy  NARA 5-Year Retention (5 years)                                                   Expires  4/29/2025
ⓘ You forwarded this message on 4/30/2020 10:09 PM.

Farah –

Neither the CBA (including the MOU, dated December 2018, between NTEU/DOE) nor the DOE Order 331.1D governing performance management have been suspended

The provisions of these documents do not prohibit the issuance of a PDP via email, and they allow the issuance of a PDP in a face-to-face meeting or videoconference between the employee and the manager (MOU). I emailed you a revised/updated version of your PDP on April 28th and scheduled a WebEx meeting for April 29th to condu the first weekly session to provide you guidance, assistance and counseling as required for PDPs. You declined to attend without a representative which I will not approve

I initially provided you a previous version of the PDP on April 22nd. Your representative subsequently contacted DOE with concerns regarding this initial document. In response, I appropriately revised the document to address these concerns and emailed you the revised and updated version which was effective upon delivery.

The section of the CBA you referenced (17.07 G.) reads as follows:

"**G**. A union representative may attend the meeting for issuance of a PIP or PAP, upon the employee's request and with the Rating Official's approval. Such approval will be unreasonably withheld."

---

RE: PDP Issuance Meetings - Message (HTML)

Thu 4/30/2020 10:55 AM
Gross, Peter
**RE: PDP Issuance Meetings**

To ⊠ Naz, Farah
Cc ⊠ Tramere, James
Retention Policy  NARA 5-Year Retention (5 years)                                                   Expires  4/29/2025
ⓘ You forwarded this message on 4/30/2020 10:09 PM.

I initially provided you a previous version of the PDP on April 22nd. Your representative subsequently contacted DOE with concerns regarding this initial document. In response, I appropriately revised the document to address these concerns and emailed you the revised and updated version which was effective upon delivery.

The section of the CBA you referenced (17.07 G.) reads as follows:

"**G**. A union representative may attend the meeting for issuance of a PIP or PAP, upon the employee's request and with the Rating Official's approval. Such approval will be unreasonably withheld."

Due to the government's current operating status in response to a world-wide pandemic/National emergency, the meeting envisioned under this provision cannot reasonably take place. At present, requiring you, your representative and me to attend a meeting in any DOE facility likely would place our health and safety in danger. Considering this current status, that your representative already reviewed the initial PDP, communicated concerns about it to DOE, and these concerns were reviewed/appropriately addressed, I have not "unreasonably withheld" approval for your representative to be present for the issuance of the PDP.

I strongly encourage you to meet with me at the weekly WebEx meetings I schedule so that you can receive timely guidance and any clarity necessary to successfully exe your assignments.

Peter



Good Morning, Dear Karen, Sonia, William and Othalene,
Upon Karen's inquiry about the status of April 29, 2020 PDP progress review meeting the following
happened respectively.

1. Peter Gross called me at 11:25am on April 29, 2020 for the talk about PDP assignment.
2. I received the phone call and informed him that a union representative has to be present at the
3. But Peter refused and said that it is the assignment progress meeting and he will not allow any
   be present at the meeting.



be present at the meeting.
4. But, I told him that let me check with the Union first and then, I'll get in contact with him.
5. I sent an email to Peter and told him that upon Union recommendation, there has to be PDP is
   meeting first.( See Attached email: Farah Request of PDP issuance of April 29, 2020 at 2:00pm)
6. Peter sent an email to Director James Turnure at 1:45pm on April 29, 2020 that I did not attend
   meeting.( please see attached email of Peter of April 29, 2020).
7. Then, on April 30, 2020 at 10:55am, Peter again sent a long email, where he mentioned that CI
   does not support the presence of a Union representative at the PDP meeting.



# SNAPSHOTS OF FEW COMMUNICAION EMAILS FOR THE CASE OF FARAH NAZ'S PROPOSED LETTER OF REMOVAL

## By: ECONOMIST: FARAH NAZ
## DATED: AUGUST 13, 2020
## SECTION 2:



Fri 5/8/2020 9:15 AM
Gross, Peter
PDP meeting participation refused Wednesday, May 6, 2020

To ▪ Naz, Farah
Cc ▪ Turnure, James
You replied to this message on 5/8/2020 11:21 AM.

Farah: this is to document that you refused to participate in the Wednesday PDP meeting on May 6, 2020. This is the second weekly PDP meeting you have refused to participate in: you also refused to participate in last week's (April 29, 2020) PDP meeting. These meetings are regularly scheduled on Wednesdays at 11 AM to go over the assignments detailed in the PDP and to monitor your progress.

The PDP was issued to you last Tuesday, April 28, 2020. I reminded you that I had sent you emails saying why the Union did not have a right to be present at the PDP issuance given the current pandemic circumstances, nor does the Union have a right to be present at the weekly PDP meetings which are scheduled to go over the assignments in the PDP and monitor your progress.

Despite your refusal to participate in this week's and last week's PDP meetings with me, you are still responsible for the assignments detailed in the PDP document which you received on April 28, 2020. In particular, Assignment #1 on bulk chemical analysis in the PDP document is due on Monday, May 11 at 10 AM. According to the PDP document, this assignment was originally due on Wednesday, May 6, at 10 AM, but due to your taking leave since the issuance of the PDP, the due date has been pushed back. Assignment #2's due date will also be pushed back accordingly, to May 18 at 10 AM. If you have any questions regarding the specifics of these assignments, please reach out to me by phone or by email.

Peter

Peter Gross

2



3





Hi Peter,

Please find enclosed all the completed work for the PDP assignment #2.
This email covers, section 1 files.
Thanks

*Farah Naz*
*Industry Economist*
*Room: 2F-095*
*Phone: 202-287-6329*
*Email: Farah.Naz@eia.gov*
*Office of Energy Consumption and Efficiency Analysis*



Multiple Assignments Jumbled as One - Message (HTM...

Tue 6/23/2020 2:07 PM

Naz, Farah

Multiple Assignments Jumbled as One

To   Gross, Peter;   William Li;   Karen Griffin;   Griffin, Karen F. (HQ);   Griffin, Karen;   Sonia Kassambara;   Lawrence, Othalene (HQ)

Cc   Turnure, James;   Reid, Nikki (CONTR) (HQ)

Bcc   Joy, Evelyn (HQ);   LaRose, Angelina

Peter,

You have written a lousy PDP assignments descriptions. There is no uniform  MECS Data set involved

Each highlighted section has a differenet datasource and different data table which involves number

Only data collection work is entailed over a week. There is not value of shipments and energy consur

It comes from Grafnem which is a whole separate database. And different work.

Union has strictly advised based on recent negotiations that Only one project per one week. All the fo

with different mathematical calculations and data sets from different source. There will be 4 differen

## Farah

**Assignment 2 (to be assigned May 6, 2020 and due May 13, 2020 at 10 AM):**

This assignment will be under Critical Element #2 relating to historical trends in fuel use in the food and paper indust

related to natural gas indirect use in two of the heaviest CHP users: paper and food; and (2) determining the historical

Part 1: For the last four MECS cycles, determine the natural gas used for CHP as a fraction of "total indirect use" of n

form, showing (if any) the trend towards more use of natural gas used for CHP over the last four MECS cycles.

For food, do a "deep dive" and examine the natural gas trends towards or away from CHP as a fraction of total indirec

4-digit NAICS food category (again as presented in MECS) for the last four MECS cycles.



Four to five assignments  embedded in one assignment - Mess

FILE     MESSAGE

Delete | Respond | Show | Move | Tags | Editing

Mon 6/22/2020 2:32 PM

Naz, Farah

**Four to five assignments  embedded in one assignment**

To      William LI;   Griffin, Karen F. (HQ);   Karen Griffin;   Sonia Kassambara

Cc    Gross, Peter

Hi Peter,

To inform you that PDP assignment number 2 is not a one singular assignment.
There are 4 to 5 different individual assignments are embedded in it involving review of different ME
It is not an individual analyst work to be completed in a week plus none of these assignments were lis

Thanks

*Farah Naz*
*Industry Economist*
*Room: 2F-095*
*Phone: 202-287-6329*
*Email: Farah.Naz@eia.gov*
*Office of Energy Consumption and Efficiency Analysis*
*U.S. Energy Information Administration (EIA)*
*U.S. Department of Energy*
*1000 Independence Ave, SW*
*Washington, DC, 20585*



RE: Submission of Section 2 for PDP assignment # 2 - Messa

FILE    MESSAGE

Delete          Respond          Show          Move          Tags          Editing

Fri 6/26/2020 1:05 PM
Naz, Farah
RE: Submission of Section 2 for PDP assignment # 2

To    Gross, Peter;   Turnure, James;   'Karen Griffin';   Griffin, Karen

Cc    William LI;   Sonia Kassambara;   Lawrence, Othalene (HQ)

Bcc   Joy, Evelyn (HQ);   Reid, Nikki (CONTR) (HQ);   Kreil, Erik;   LaRose, Angelina

You forwarded this message on 6/26/2020 1:07 PM.

Message          Table1.2_1998.xlsx          Table1.2_2002.xls          Table1.2
          Table1.2_2010.xls          Table1.2_2014.xlsx          Analysis
          COAL_TOTAL FUELS.xlsx          EMPIRIACL FINDINGS OF COAL INTENSITY IN FOOD.docx          Empiric
          FOOD-SHIPMENT.xlsx

Hi Peter,
Please find enclosed the submission of section 2 for PDP assignment 2.
There are many data files and each files explain all the analysis and calculations.
Thanks

*Farah Naz*
*Industry Economist*
*Room: 2F-095*
*Phone: 202-287-6329*

8



Mon 6/22/2020 1:07 PM

Naz, Farah

**Not Clear from writings**

To: Gross, Peter

Cc: Kassambara, Sonia (HQ); Karen Griffin; Griffin, Karen; Lawrence, Othalene (HQ); William LI

Peter,

I spend quite a bit of time in understanding your these writings. Plus there are many assignments embedded it
It's not clear what you are asking in them. And which tables as you want tobe used.
Thanks

**Transfer 2 (to be assigned May 6, 2020 and due May 13, 2020 at 10 AM):**

This assignment will be under Critical Element #2 relating to historical trends in fuel use in the food and pape
data related to natural gas indirect use in two of the heaviest CHP users: paper and food; and (2) determining

Part 1: For the last four MECS cycles, determine the natural gas used for CHP as a fraction of "total indirect u
spreadsheet form, showing (if any) the trend towards more use of natural gas used for CHP over the last four I

For food, do a "deep dive" and examine the natural gas trends towards or away from CHP as a fraction of tota
individual 4-digit NAICS food category (again as presented in MECS) for the last four MECS cycles.
This is important as it allows us to isolate which food industries are moving towards more CHP.

Finally, for Part 1, compare your natural gas CHP trends form MECS with the overall (total) manufacturing tr



RE: Four to five assignments  embedded in one assignment - Me



Tue 6/23/2020 10:00 AM

Naz, Farah

**RE: Four to five assignments  embedded in one assignment**

To    Gross, Peter

Cc    Sonia Kassambara;    Karen Griffin;   Griffin, Karen;    Griffin, Karen F. (HQ);    William LI;    Lawrence, Othalene (HQ)

Bcc   Kreil, Erik;    Reid, Nikki (CONTR) (HQ);    Joy, Evelyn (HQ)

Hi Peter,
It is against the Collective Bargaining Unit (CBA) employee negotiations to combine so many assignments under one assignme
Exclusively for one analyst though it requires a team work.
It has nothing to do with my grade level. **Please pay attention to the work that you are assigning against the CBA agreement or**
Thanks
Farah Naz


**From:** Gross, Peter
**Sent:** Tuesday, June 23, 2020 8:51 AM
**To:** Naz, Farah <Farah.Naz@eia.gov>
**Cc:** Turnure, James <James.Turnure@eia.gov>
**Subject:** RE: Four to five assignments embedded in one assignment

Farah – You are correct: Assignment #2 has multiple interrelated subparts (as do most assignments at your
from the MECS tables. One of the assignments in your Performance Plan under Critical Element #2 also requ
previously, so you are already familiar with the MECS data.

10



RE: Four to five assignments embedded in one assignment - Me

FILE    MESSAGE

Delete | Respond | Show | Move | Tags | Editing



Tue 6/23/2020 10:00 AM
Naz, Farah
RE: Four to five assignments embedded in one assignment

To      Gross, Peter

Cc      Sonia Kassambara;   Karen Griffin;   Griffin, Karen;   Griffin, Karen F. (HQ);   William LI;   Lawrence, Othalene (HQ)

Bcc     Kreil, Erik;   Reid, Nikki (CONTR) (HQ);   Joy, Evelyn (HQ)

Hi Peter,
It is against the Collective Bargaining Unit (CBA) employee negotiations to combine so many assignments under one assignme
Exclusively for one analyst though it requires a team work.
It has nothing to do with my grade level. **Please pay attention to the work that you are assigning against the CBA agreement o**
Thanks
Farah Naz


**From:** Gross, Peter
**Sent:** Tuesday, June 23, 2020 8:51 AM
**To:** Naz, Farah <Farah.Naz@eia.gov>
**Cc:** Turnure, James <James.Turnure@eia.gov>
**Subject:** RE: Four to five assignments embedded in one assignment

Farah -- You are correct: Assignment #2 has multiple interrelated subparts (as do most assignments at your
from the MECS tables. One of the assignments in your Performance Plan under Critical Element #2 also requ
previously, so you are already familiar with the MECS data.

10



RE: PDP Assignment #2 - Message (HTML)

FILE    MESSAGE

Ignore | Delete | Reply Reply Forward | Meeting | IM | More | Message Tracking | Move | Rules OneNote Actions | Mark Unread | Categorize Follow Up | Translate | Find Related Select

Delete    Respond    Show    Move    Tags    Editing



Mon 6/22/2020 12:18 PM

Naz, Farah

RE: PDP Assignment #2

To    Gross, Peter

Cc    Kassambara, Sonia (HQ);   Griffin, Karen F. (HQ);   Griffin, Karen;   Lawrence, Othalene (HQ);   William LI

Peter,
In assignment 2 you have mentioned MECS last four cycles. You mean last four years like 2002, 2006, 2010 and 2014.
What time you could be available?
Thanks

*Farah Naz*
*Industry Economist*
*Room: 2F-095*
*Phone: 202-287-6329*
*Email: Farah.Naz@eia.gov*
*Office of Energy Consumption and Efficiency Analysis*
*U.S. Energy Information Administration (EIA)*
*U.S. Department of Energy*
*1000 Independence Ave, SW*
*Washington, DC, 20585*

*Independent Statistics & Analysis*
U.S. Energy Information

11



Submission of PDP Assignment # 2 section 1 & section 2 - Mes

Fri 6/26/2020 12:56 PM

Naz, Farah

**Submission of PDP Assignment # 2 section 1 & section 2**

To   Gross, Peter; Turnure, James;   Karen Griffin;   Griffin, Karen F. (HQ);   Griffin, Karen

Cc   William LI;   Sonia Kassambara;   Lawrence, Othalene (HQ)

Bcc   Reid, Nikki (CONTR) (HQ);   Joy, Evelyn (HQ)

You replied to this message on 6/26/2020 1:05 PM.

Hi Peter,

Please find enclosed the completed PDP Assignment # 2. There were number of fallacie in notes for you.

The PDP assignment #2 had following issues:

1. The assignment number 2 was not a single assignment.
2. At least 4 to 5 different data topics were jumbled up under one assignment.
3. You forwarded couple of times, incorrect information about tools that added  extr
4. This assignment was not so relevant to the Industrial section primary work areas ra
5. The entire assignment was a month long assignment.
6. Anyhow, I completed it and I had to put in many extra personal hours in the comp
7. All the Analysis, Empirical findings and data files are attached as well.



Sent emails multiple times - Message (HTML)

FILE    MESSAGE

Naz, Farah
Fri 6/26/2020 2:54 PM
**Sent emails multiple times**

To    Gross, Peter;   Griffin, Karen F. (HQ);   William Li
Cc    User-Services-Center;   Sonia Kassambara;   Lawrence, Othalene (HQ)
Bcc   Reid, Nikki (CONTR) (HQ);   Joy, Evelyn (HQ)

Hi Peter,
Today, I sent you emails multiple times with assignment 2 attached.
But for some reasons, EIA_ emails are coming back as undelivered.
So you let me know if you still did not receive those emails with assignments attached.
I'll resend you.
Thanks

*Farah Naz*
*Industry Economist*
*Room: 2F-095*
*Phone: 202-287-6329*
*Email: Farah.Naz@eia.gov*
*Office of Energy Consumption and Efficiency Analysis*
*U.S. Energy Information Administration (EIA)*
*U.S. Department of Energy*
*1000 Independence Ave, SW*
*Washington, DC, 20585*

---

PDP Assignment #1 Attached - Message (HTML)

FILE    MESSAGE

Naz, Farah
Fri 6/12/2020 2:48 PM
**PDP Assignment #1 Attached**

To    Gross, Peter;   Torturo, James
Cc    William Li;   Kassambara, Sonia (HQ);   Griffin, Karen F. (HQ);   Karen Griffin;   Lawrence, Othalene (HQ);   Browne, Samuel (HQ)
Bcc   Reid, Nikki (CONTR) (HQ);   Joy, Evelyn (HQ)

| Message | DATA_CHEMICALS.xlsx | Components_Bulk.xlsx | Technical Notes_Analysis of bulk chemicals.docx | DATA_LPG_CHEMICALS.xlsx |
| | Petrocalculations.xlsx | Analysis of Petrochemicals.docx | Petrochemical Feedstock.xlsx | DATA_LPG_CHEMICALS.xlsx |
| | LIQUIF~1.DOC | Bulk Chemicals only.xlsx | | |

Hi Peter,
PDP assignment #1 is attached.
- It was a very long and tedious work.
- This assignment was a bundle of many assignments in it; which is quite against the terms of agreements on my behalf as a CBU employee.
- It took many extra hours to extract and process the data. Since no specific instructions were given for methods of calculations.
- I used the standard statistical methods to perform calculations which is widely used by all statistical federal agencies.
- The assignment has been broken down in two pieces so I'll send the spread sheets in two separate emails.
- There are other team members, but currently, I am solely completing the major pieces of work.

13



RE: weekly PDP meetings - Message (R

FILE    MESSAGE    ACROBAT

Thu 7/16/2020 10:22 AM

Naz, Farah

**RE: weekly PDP meetings**

To   Gross, Peter

Retention Policy   NARA 5-Year Retention (5 years)                                    Expires   7/

Please treat this as Private.

Peter,
I am still working on assignment # 3. It would be helpful if you can reschedule  today's meeting to
Either to Monday or Tuesday next week. So that I can have questions to ask.

*Farah Naz*
*Industry Economist*
*Room: 2F-095*
*Phone: 202-287-6329*
*Email: Farah.Naz@eia.gov*
*Office of Energy Consumption and Efficiency Analysis*
*U.S. Energy Information Administration (EIA)*
*U.S. Department of Energy*
*1000 Independence Ave, SW*
*Washington, DC, 20585*

 *Independent Statistics & Analysis*   U.S. Energy Information



Hi Peter,

I am still working on the completion of research assignment of Commercial Plastic Recycling.
I informed you multiple times on 7/9/2020 about the issues of gathering information about re
I did not hear back from you yesterday. I need an extra day or so to complete and edit the tex
Therefore, I'll submit it on 7/16/2020 by end of the day.

Thanks!

*Farah Naz*
*Industry Economist*
*Room: 2F-095*
*Phone: 202-287-6329*
*Email: Farah.Naz@eia.gov*
*Office of Energy Consumption and Efficiency Analysis*



I researched throughout all the websites and gathered all the information for those 2 days and I conveyed that information on meeting of July 8, 2020 at 11:00.

While researching on websites following the PDP description then, it became obvious that you laid out a very broad of time.

That's why, I asked you about specifics of the assignment during phone conversation on Wednesday's, July 8, 2020.

Your specific information just came yesterday around 1pm. And currently this Network issues.

That's the situation.

*Farah Naz*
*Industry Economist*
*Room: 2F-095*
*Phone: 202-287-6329*
*Email: Farah.Naz@eia.gov*
*Office of Energy Consumption and Efficiency Analysis*



Peter,

Respectfully stating, I had been informing you from May June, 2020 about issues
PDP assignments. But unfortunately no direct response and positive feedback wa
You jumbled up so many detailed multiple assignment under each assignments w
involved in them. Particularly, when no respective prior work had been done in Ir
well.

1. Research about and Commercial Plastic Recycling Initiatives with USA Intern
   has no statistical relevance to EIA's industrial manufacturing sector on urger
   governments.

2. You have to provide me specifically 2 to 3 areas of Commercial Plastic Recyc



Chemical Engineering NOT the Industrial Sector Wo

Tue 7/7/2020 1:20 PM

Naz, Farah

Chemical Engineering NOT the Industrial Sector Work

To    Gross, Peter;   William Li;   'Karen Griffin';   Griffin, Karen;   Griffin, Karen F.

Cc    Turnure, James;   Sonia Kassambara;   Lawrence, Othalene (HQ)

Bcc   Reid, Nikki (CONTR) (HQ);   Joy, Evelyn (HQ);   LaRose, Angelina;   Kreil, Erik

Retention Policy   NARA 5-Year Retention (5 years)                                                    Expires   7/

Hi Peter,

Since you have not provided any specific instruction about commercial plastic recycling and

The process of commercial Plastic cycling has never been discussed in anywhere in the

literature of EIA- for the Industrial Manufacturing Sector.

It is completely an irrelevant work with no statistics for the Industrial sector and a waste of ti

It is primarily a organic chemistry or a Chemical engineering topic.

It has no relationship with the EIA's statistical work for the energy sector of industrial sectio

Moreover, this Commercial Plastic Recycling topic is not even listed in my performance 2020

However, by doing online research. These the following 7 types of commercial Plastic recycl

Which ones you want? You have to specify and send me as marked so that I can start workir

| To summarize, there are 7 types of plastic exist in our current modern days: |
| --- |
| • 1 – Polyethylene Terephthalate (PET or PETE or Polyester) ... |
| • 2 – High-Density Polyethylene (HDPE) ... |
| • 3 – Polyvinyl Chloride (PVC) ... |
| • 4 – Low-Density Polyethylene (LDPE) ... |



Hi Peter,

PDP assignment # 3 is attached—my research on the topic of Plastic recycling init
It includes my personal inferences based on the research performed via different
You only asked for a 2 page write up in the PDP.
But since the research was so detailed and intricate;

I documented all the information and findings of the research for the benefits of t
The complete document is about 6-7 pages long. Hopefully, it helps.



Thu 7/16/2020 3:22 PM

Naz, Farah

**Please provide specific information**

To    Gross, Peter;    William Li;    Lawrence, Othalene (HQ);    Sonia Kassambara

Cc    Griffin, Karen F. (HQ);    Griffin, Karen;    Karen Griffin

Bcc    Kreil, Erik;    Reid, Nikki (CONTR) (HQ);    Joy, Evelyn (HQ);    LaRose, Angelina

Retention Policy   NARA 5-Year Retention (5 years)                                    Expires   7/

**Hi Peter,**
**Please provide specific information about the assignment below. It is not clear at all what you a**
**Which variables you want independent and which ones dependent. Which data sets and resource**
**All specific information is required. Thanks, Farah**

**Assignment 4 (to be assigned May 13, 2020 and due May 20, 2020 at 10 AM)**

This is a Critical Element #1 assignment, originally assigned to you back in December, 2019. Pick th
production over the past 10 years. Convert each state's historical crude oil and natural gas production
distillate fuel use (from FOKS) for the oil & gas sector against the oil & gas production. Present resu
distillate consumption data, remove them and perform the regression analysis again, showing how th

Repeat the above analysis on a national level.

Next, based on data from 2018, from EIA's published natural gas statistics, determine the five largest
use as compared to their natural gas production for the last 10 years. That is, for the last 10 years, do
these five states. In a paragraph in a WORD document, detail any differences in slope or correlation



RE: weekly PDP meetings - Message (R

FILE   MESSAGE   ACROBAT

Ignore   Delete   Reply   Reply All   Forward   More   Meeting   IM   More   Message Tracking   Move to: ?   Team Email   Reply & Delete   To Manager   Done   Create New   Move   M

Delete   Respond   Show   Quick Steps   M

Thu 7/9/2020 4:11 PM
Naz, Farah
RE: weekly PDP meetings

To    Gross, Peter;   William Li;   Sonia Kassambara;   Griffin, Karen F. (HQ);   Karen Griffin;   Lawrence, Othalene (HQ)

Cc    Turnure, James

Bcc    Reid, Nikki (CONTR) (HQ);   Joy, Evelyn (HQ);   LaRose, Angelina

Retention Policy   NARA 5-Year Retention (5 years)                                    Expires   7/

Please treat this as Private.

Currently, I am reading and researching the Plastic Recycling Literature.

It is a complex topic with discreet information.

since no EIA-material is previously available to use as a reference and your clarity of the assignment just came Yester

therefore, it won't be completed by COB of Friday. I'll be on leave for 7/13, 7/14, and 7/15.

The latest, I can submit is by COB of 7/16.

Have a nice weekend!

*Farah Naz*
*Industry Economist*
*Room: 2F-095*
*Phone: 202-287-6329*
*Email: Farah.Naz@eia.gov*



RE: weekly PDP meetings - Message (R

FILE    MESSAGE    ACROBAT

Ignore    Delete    Reply  Reply  Forward    Meeting    Message Tracking    Move to: ?    To Manager    Move
Junk                      All                    IM            Team Email    Done
                                          More            Reply & Delete    Create New

Delete         Respond              Show              Quick Steps

Thu 7/9/2020 3:08 PM
Naz, Farah
RE: weekly PDP meetings

To      Gross, Peter;    Sonia Kassambara;    William Li;    Lawrence, Othalene (HQ)
Cc      Turnure, James
Bcc     Joy, Evelyn (HQ);    Reid, Nikki (CONTR) (HQ)

Retention Policy    NARA 5-Year Retention (5 years)                        Expires  7/

Please treat this as Private.

I simply answered your question. It's in progression.
Due to complexity of topics; it needs extra time

*Farah Naz*
*Industry Economist*
*Room: 2F-095*
*Phone: 202-287-6329*
*Email: Farah.Naz@eia.gov*
*Office of Energy Consumption and Efficiency Analysis*
*U.S. Energy Information Administration (EIA)*
*U.S. Department of Energy*
*1000 Independence Ave, SW*
*Washington, DC, 20585*

*Independent Statistics & Analysis*
U.S. Energy Information



FW: weekly PDP meetings - Message (F

FILE   MESSAGE   ACROBAT

Delete | Respond | Quick Steps | Move

Thu 7/9/2020 2:47 PM
Gross, Peter
FW: weekly PDP meetings

To    Naz, Farah
Cc    Turnure, James

Retention Policy   NARA 5-Year Retention (5 years)                              Expires   7/

You replied to this message on 7/9/2020 3:07 PM.
Please treat this as Private.

I repeat what I said earlier: Focus on how these two processes are different, i.e., think about the ch
that analysis you should be able to deduce at least one or two comparative advantages or disadvant

If you determine that one of these processes is an extension of the other you may cite that in your
explain how/why that is in fact true. I will be interested to see what your research turns up.

Peter

_____

**From:** Naz, Farah
**Sent:** Thursday, July 9, 2020 2:33 PM
**To:** Gross, Peter <Peter.Gross@eia.gov>; William Li <william.li@NTEU.ORG>; Sonia Kassambara <sonia.kassambara@
Karen F. (HQ) <karen.griffin@doe.gov>
**Cc:** Turnure, James <James.Turnure@eia.gov>
**Subject:** RE: weekly PDP meetings
**Sensitivity:** Private



RE: weekly PDP meetings - Message (R

FILE    MESSAGE    ACROBAT

Thu 7/9/2020 2:33 PM
Naz, Farah
**RE: weekly PDP meetings**

To    Gross, Peter;    William Li;    Sonia Kassambara;    Lawrence, Othalene (HQ);    Griffin, Karen F. (HQ)

Cc    Turnure, James

Bcc    Joy, Evelyn (HQ);    Reid, Nikki (CONTR) (HQ)

Retention Policy   NARA 5-Year Retention (5 years)                                    Expires   7/

Please treat this as Private.

I am sure you have more knowledge about these processes. Chemical recycling has many in dept and at chemical lev
Basically, to get to chemical recycling; there are some steps of mechanical recycling needs be completed first .Due to
I hope it helps.

I do not know what you mean by: "Recycling processes are Dependent on each other and chemical recycling."

*Farah Naz*
*Industry Economist*
*Room: 2F-095*
*Phone: 202-287-6329*
*Email: Farah.Naz@eia.gov*

RE: weekly PDP meetings - Message (R

FILE    MESSAGE    ACROBAT

Thu 7/9/2020 11:12 AM

Naz, Farah

RE: weekly PDP meetings

To    Gross, Peter

Retention Policy    NARA 5-Year Retention (5 years)    Expires   7/

Please treat this as Private.

Ok.



*Farah Naz*
*Industry Economist*
*Room: 2F-095*
*Phone: 202-287-6329*
*Email: Farah.Naz@eia.gov*
*Office of Energy Consumption and Efficiency Analysis*
*U.S. Energy Information Administration (EIA)*
*U.S. Department of Energy*
*1000 Independence Ave, SW*
*Washington, DC, 20585*

Independent Statistics & Analysis

**U.S. Energy Information Administration**



RE: weekly PDP meetings - Message (R

FILE   MESSAGE   ACROBAT

Thu 7/9/2020 2:03 PM
Naz, Farah
RE: weekly PDP meetings

To    Gross, Peter
Cc    William Li;    Lawrence, Othalene (HQ);    Sonia Kassambara;    Griffin, Karen F. (HQ)
Bcc   Reid, Nikki (CONTR) (HQ);    Joy, Evelyn (HQ)

Retention Policy   NARA 5-Year Retention (5 years)                                    Expires   7/

You replied to this message on 7/10/2020 3:15 PM.
Please treat this as Private.

I am working though the assignment # 3, and based on your instructions of July 8, 2020;
It seems like there are no specific advantages vs. disadvantages of Chemical plastic recycling Vs. Mechanical plastic re

Based on published literature of the Plastic Recycling Companies; it seems like both Recycling processes are
Dependent on each other and chemical recycling is  more of an extension of the process of the mechanical recycling.

What's your opinion in that regard?

*Farah Naz*
*Industry Economist*
*Room: 2F-095*
*Phone: 202-287-6329*
*Email: Farah.Naz@eia.gov*
*Office of Energy Consumption and Efficiency Analysis*
*U.S. Energy Information Administration (EIA)*
*U.S. Department of Energy*

26

  


RE: weekly PDP meetings - Message (R

Thu 7/9/2020 10:52 AM

Naz, Farah

**RE: weekly PDP meetings**

To   Gross, Peter

Retention Policy   NARA 5-Year Retention (5 years)      Expires   7/

Please treat this as Private.

Hi Peter,

I am working through the assignment # 3 questions and your email.
So I don't have any questions ready yet for meeting at 11:00am.
I will give you a call or email later on as I'll work through the assignment.

Do you have any preferred time?

*Farah Naz*
*Industry Economist*
*Room: 2F-095*
*Phone: 202-287-6329*
*Email: Farah.Naz@eia.gov*
*Office of Energy Consumption and Efficiency Analysis*
*U.S. Energy Information Administration (EIA)*
*U.S. Department of Energy*
*1000 Independence Ave, SW*
*Washington, DC, 20585*



RE: Network/Power Flickering - Message

FILE    MESSAGE    ACROBAT

Thu 7/9/2020 10:06 AM

Naz, Farah

RE: Network/Power Flickering

To    Rodriguez, Hector (CONTR); Gross, Peter; LaRose, Angelina; Nelson, Leslie

Cc    User-Services-Center; William Li; Griffin, Karen F. (HQ); Lawrence, Othalene (HQ); Sonia Kassambara

Bcc    Joy, Evelyn (HQ); Reid, Nikki (CONTR) (HQ)

Retention Policy    NARA 5-Year Retention (5 years)                                                    Expires    7/

Hi Peter,

There had been flickering network issues since yesterday. It seems like its continuing today as well.
I checked with our zip code network provider and they would be looking into that soon.
Let's see how it goes.

Early next week, I'll be on caregiving leave, I can submit you assignment # 3 on Thursday by end of day.
I have already submitted the respective leave requests.

Thanks

*Farah Naz*
*Industry Economist*
*Room: 2F-095*
*Phone: 202-287-6329*
*Email: Farah.Naz@eia.gov*
*Office of Energy Consumption and Efficiency Analysis*
*U.S. Energy Information Administration (EIA)*
*U.S. Department of Energy*

28



Hi Peter,
Your clarity on the methods of doing assignment # 3 came on July 8, 2020 at 1:00pm. You only provided a te

Like I mentioned earlier that this assignment is a long term team research assignment.

You even mentioned in our phone conversation at 11:00am that " **you are thinking with MAT
So you as a (manager) and MATT are just thinking and working as a team. Though, an actior
Therefore, expecting an analyst to solely complete this research in a short period of time is**

I need at least 3 days to work around your new email instructions that you send today—July 8, 2020 at 1:00p

I already gave you all the information and updates about this research assignment that I gathered over past

during our phone conversation today.

Thank you
Farah Naz



Wed 7/8/2020 1:38 PM

Naz, Farah

**Date of Submission**

To    Gross, Peter

Retention Policy   NARA 5-Year Retention (5 years)         Expires   7/

---

You did not specify the date of submission. I told you about end of Friday.
Confirmation is wating.

*Farah Naz*
*Industry Economist*
*Room: 2F-095*
*Phone: 202-287-6329*
*Email: Farah.Naz@eia.gov*
*Office of Energy Consumption and Efficiency Analysis*
*U.S. Energy Information Administration (EIA)*
*U.S. Department of Energy*
*1000 Independence Ave, SW*
*Washington, DC, 20585*



Independent Statistics & Analysis

# U.S. Energy Information Administration



Peter,

You did not answer my specific questions, rather send me a cut and paste statements from in
Please read below your description in PDP and see how MISCONSTRUED they are. I need dire

**Assignment 3 (to be assigned May 6, 2020 and due May 13, 2020 at 10 AM)**

This is a Critical Element #3 writing assignment. Research plastics recycling initiatives in the United
findings. The research must include the following:

      a)  The two general types of commercially available plastics recycling and a bri
      b)  Plastics recycling initiatives in the U.S., including local and corporate initiat

      c)  Efforts underway or plans in the U.S. to build or develop new plastics recycling p
           these plants to be included as well.
      d)  International plastics recycling initiatives and goals. Must include scope of initiat
           At a minimum two countries other than the U.S. must be included.

Your research summary should be about 2 pages long and include a brief summary/description of eac



Not Related to Industrial Sector - Message

FILE   MESSAGE   ACROBAT

Ignore   Delete   Reply Reply Forward More   Meeting IM   Message Tracking   Move to: ?  Team Email   Reply & Delete   To Manager   Done   Create New   Move

Delete    Respond    Show    Quick Steps

Tue 7/7/2020 11:19 AM
Naz, Farah
**Not Related to Industrial Sector**

To      Gross, Peter

Cc      Turnure, James;   William Li;   Sonia Kassambara;   Lawrence, Othalene (HQ);   Griffin, Karen F.;   Karen Griffin;   Griffin, Karen

Bcc     Reid, Nikki (CONTR) (HQ);   Joy, Evelyn (HQ);   LaRose, Angelina;   Kreil, Erik

Retention Policy   NARA 5-Year Retention (5 years)                                                          Expires   7/

You forwarded this message on 7/7/2020 11:50 AM.

Peter,
  I am working on third assignment; But this vague topic of "Plastic recycling," is not related to the Manufactu
It is more of a different types of local governments incentives programs NOT a manufacturing issues and not
Secondly, I am on AEO2020 team not on IEO and capturing plastic recycling initiatives internationally is not
You may have to revise it.

        This is a Critical Element #3 writing assignment. Research plastics recycling initiatives in the United
        findings. The research must include the following:

                a)  The two general types of commercially available plastics recycling and a bri
                b)  Plastics recycling initiatives in the U.S., including local and corporate initiat

                c)  Efforts underway or plans in the U.S. to build or develop new plastics recycli
                    for these plants to be included as well.
                d)  International plastics recycling initiatives and goals. Must include scope of i
                    implementation. At a minimum two countries other than the U.S. must be inc



Tue 7/7/2020 11:51 AM

Naz, Farah

**Plastic Recycling Assignment**

To   Gross, Peter;   William Li;   Griffin, Karen F.;   Karen Griffin;   Griffin, Karen

Cc   Turnure, James;   Sonia Kassambara;   Lawrence, Othalene (HQ)

Bcc   Reid, Nikki (CONTR) (HQ);   Joy, Evelyn (HQ)

Retention Policy   NARA 5-Year Retention (5 years)       Expires   7/

ⓘ You replied to this message on 7/7/2020 1:19 PM.

---

Peter,

You did not provide any specific direction and tools for the Plastic Recycling Initiative assignm

It is a very vague and general term; does not cover any underlying details.

There is not even a single piece of information including DATA available for the Plastic Recyclin
Sector.

Since, the EIA-Industrial Manufacturing Sector does not cover any data for the Plastic Recyclin

This Plastic Recycling Initiative assignment is a long term team research of more than a year pa

Therefore, this Assignment # 3 cannot be initiated and solely completed by July 9, 2020 excep

*Farah Naz*
*Industry Economist*
*Room: 2F-095*
*Phone: 202-287-6329*
*Email: Farah.Naz@eia.gov*

# Software as an Investment

Farah Naz
Concept Presentation
June 24, 2011



*Measuring the Nation's Economy.*

**BEA**
**BUREAU OF ECONOMIC ANALYSIS**
U.S. DEPARTMENT OF COMMERCE

Government Software



BEA
BUREAU OF ECONOMIC ANALYSIS
U.S. DEPARTMENT OF COMMERCE



# Key Highlights

§ *Definition of Investment*

§ *Kinds of Software*

§ *Source Data*

§ *Software Estimation*

§ *Current Dollars & Prices*

§ *Adjustment Process*

§ *Future Developments*

# What is Investment?

§ Generally, the word "Investments" reflect the accumulation of financial assets for the purpose of capital gain,  whereas the economic concept of "Investments" refers to the creation and utilization of productive assets.



www.bea.gov



# What is Investment?

§ In the National Income and Product Account (NIPAs)

§ Gross government investment is defined as the "total investment in government fixed assets."

§ For instance,

§ Structures

§ Equipment and Software that facilitate the production of government services

www.bea.gov

# Basic Characteristics

§ Investments are Large and Lumpy

§ Used repeatedly or continuously in the production of government services

§ Expected to last more than a year

§ Or depending on the length of time period when calculating Consumption of Fixed Capital (CFC)

BEA
BUREAU OF ECONOMIC ANALYSIS
U.S. DEPARTMENT OF COMMERCE

www.bea.gov

# Kinds of Software

§ *Three types of software combined together are classified as an Investment in Federal Government Consumption Expenditures and Gross Investments*

§ *These types are:*

*Customs Software*

*Prepackaged Software*

*Own-Account Software*



www.bea.gov

# Custom Software

§ *Custom software are designed to the specifications of a business enterprise or any of the government's unit.*





Business Graphics



www.bea.gov

# Custom Software--continued

§ Custom software include new as well as preexisting computer programs which are in the process of development.

§ Expenditures or Production costs for custom software are related to the software's designing, programming, and their final analysis processes.





www.bea.gov

# Custom Software---continued

§ For example, expenditures related to

§ Payments to the software's free lancer writers.

§ Payments to consulting organizations and individuals for their expertise.

§ Payments to a number of support staff who are contractors but not permanent employees and conduct independent performing and support analysis towards the development of backup support system for a particular software.



www.bea.gov

# Prepackaged Software



§ BEA classified Prepackaged software as those software which are tailored towards non specialized use and follows standardized form of sale or licensing procedures.

§ They are mostly composed of both system software and application software.

§ The large majority of producers of prepackaged software are now classified in NAICS 51121 (software publishers) or NAICS 334611 (software reproducing).

www.bea.gov

# Prepackaged Software---continued

§ Prepackaged Software are available in a variety of forms.

§ Most common forms are pre-wrapped boxes and internet downloadable files.







www.bea.gov

# Own-Account Software

§ Own-Account software are always

**"In-house-expenditures"**

for a number of specialized new or significantly-enhanced software.

§ These new or significantly-enhanced software could either be created and developed by business enterprise's or any of the government's units for their own specific use.



www.bea.gov

# Own-Account Software---continued

§ The "In-house" expenditures under Own-Account software mostly accounts for

§ Wages, salaries, and some compensation related expenditures.

§ Consumption expenditures of software materials and supplies.

§ A wide variety of "Indirect costs."



www.bea.gov

# Own-Account Software--continued

§ Indirect costs for Own-Account software could be

§ Depreciation of plant and equipment as well as their maintenance and repairs

§ Cost of utilities and travel

§ Property and Other taxes

§ Overhead expenses for personnel, accounting, and equipment.





www.bea.gov

# Source Data from NIWD

§ *Primary source data for software comes from NIWD for both current dollars and prices.*

§ *Current dollars are based on data from Quarterly Services Surveys (QSS) conducted by U.S. Census Bureau for each quarter particularly for Third estimates; whereas Advance and Second estimates are based on data from Standard & Poor's database.*




www.bea.gov

# Source Data from NIWD

§ NIWD on their part process Advance and Second estimates for Software in a more complex way than the Federal branch.

§ They use Standard & Poor's Companies Revenue Receipts which are reported to the U.S Securities & Exchange Commission (SEC) Via "Research Insight Database."

U.S. Securities and Exchange Commission

STANDARD & POOR'S



BEA
BUREAU OF ECONOMIC ANALYSIS
U.S. DEPARTMENT OF COMMERCE

www.bea.gov



# Source Data from NIWD

§ The "Research Insight" database is an Access Query database which is run and loaded by OCIO branch each month on a respective analyst's computer. It is composed of more than 350 companies' revenue receipts listings.

§ Most of the "Research Insight's" data accounts for computer and software designs used by a large number of companies in different industries and is primarily on "Industry" basis. Historical data in the database goes back only up to year 2000.

www.bea.gov

# Source Data For Prices

*For Prices : A bundle of Producers Price Indexes (PPI); which is also an Inflation Index from the Bureau of Labor Statistics (BLS) is used.*

§







www.bea.gov

# Software Estimation

§ Federal branch is an internal data recipient from NIWD for both current dollars and prices.

§ Most of the intricate and detailed calculations are performed on the part of NIWD and we receive current dollars from them in billions of dollars at an annual rate.

§ However, quarterly current dollars and split ratios between Defense, Nondefense, and Enterprise are calculated within the branch from DOD's Contract Awards data and FPDS website.

BEA
BUREAU OF ECONOMIC ANALYSIS
U.S. DEPARTMENT OF COMMERCE

www.bea.gov

# Software Estimation--Data Codes



*The Codes extracted from NIWD's databanks are*

§ **For Current $s:**
   *E_FGO_CUS--Customs software*

   *E_FGO_PRE---Prepackaged software*

§ **For Prices:**
   *P_PR_CUS----Custom software*

   *PPRE--------Prepackaged software*

www.bea.gov

# Current Dollar Calculations

§ Current dollars for software were a part of consumption expenditures till 1998 as a general government. However, the benchmark of 1999 introduced some changes in the methodology of their calculations.

§ Prior to 1999 benchmark, Business expenditures for software were classified as inputs to production, and government expenditures for software were classified as government consumption expenditures.



www.bea.gov

# The process of Adjustment

§ As a result of the methodological changes introduced in 1999 benchmark;

§ Software current dollars are still implicitly embedded in the Consumption Expenditures (CE)

§ But are subtracted from CE and then added back to the Gross Investment via an adjustment process.

§ For this purpose, a number of adjustment series were developed to move money around and to maintain a perfect offsets in total aggregated investment series.



www.bea.gov

# Software Adjustment Series



| | | 2005 | 2006 | 2007 | 2008 | 2009 |
|---|---|---|---|---|---|---|
| **Defense** | | | | | | |
| **Investment** | | | | | | |
| F27410000 | Prepackaged software, defense (added during 1999 benchmark) | 1627 | 1648 | 1560 | 1636 | 1677 |
| F27420000 | Custom software, defense (added during 1999 benchmark) | 2361 | 2596 | 2943 | 3174 | 3043 |
| F27430000 | Own Account software, defense (added during 1999 benchmark) | 2050 | 2101 | 2079 | 2236 | 2355 |
| **Adjustments** | | | | | | |
| **Custom Software** | | | | | | |
| 1 424330CUST | Def, value of custom software formerly in PSS | 2345 | 2490 | 2444 | 2849 | 3008 |
| 2 421907CUST | Def, adjustment to R&D for custom software | 16 | 106 | 499 | 325 | 35 |
| **Prepackaged Software** | | | | | | |
| 3 424330PREP | Def, value of prepackaged software formerly in PSS | 1147 | 1483 | 1245 | 1398 | 1624 |
| 4 421907PREP | Def, adjustment to R&D for prepackaged software | 480 | 165 | 315 | 238 | 53 |
| **Own-account Software** | | | | | | |
| F27431COMP | Def, FAC adjustment to GS workers for own-account software | 916 | 942 | 932 | 1007 | 1061 |
| F27431ELEC | Def, FAC adjustment to electricity for own-account software | 202 | 211 | 210 | 222 | 233 |
| F27431EQPM | Def, FAC adjustment to equipment maint. for own-account software | 384 | 389 | 384 | 411 | 431 |
| F27431PROP | Def, FAC adjustment to property maint. for own-account software | 548 | 559 | 553 | 596 | 630 |
| **Nondefense** | | | | | | |
| **Investment** | | | | | | |
| F37410000 | Prepackaged software, nondefense (added during 1999 benchmark) | 1587 | 1608 | 1521 | 1595 | 1636 |
| F37420000 | Custom software, nondefense (added during 1999 benchmark) | 6318 | 6948 | 7878 | 8496 | 8148 |
| F37430000 | Own Account software, nondefense (added during 1999 benchmark) | 2356 | 2395 | 2370 | 2588 | 2726 |
| **Adjustments** | | | | | | |
| 433030CUST | Nondef, adjustment to other services for custom software | 6318 | 6948 | 7878 | 8496 | 8148 |
| 433030PREP | Nondef, adjustment to other services for prepackaged software | 1587 | 1608 | 1521 | 1595 | 1636 |
| F37431COMP | Nondef, FAC adjustment to GS workers for own-account software | 1099 | 1091 | 1080 | 1185 | 1251 |
| 437431OTHS | Nondef, FAC adjustment to other services for own-account software | 1257 | 1304 | 1290 | 1403 | 1475 |
| | | 2356 | 2395 | 2370 | 2588 | 2726 |

# The Process of Adjustment

§ As a rule of estimate calculations, few "Adjustment series," are also used to develop a balance between consumption expenditure and fixed investment totals after each month's subtraction and additions respectively.

§ Some additional adjustments are also being made to Personnel Support Services (PSS) and Research & Development (R&D) section in terms of residual allocation.



www.bea.gov

# Split Ratios

§ *Three types of split ratios are used to allocate quarterly software current dollars in a fixed proportion among software series.*

§ *Split ratios are for*
  - § *Defense*
  - § *Nondefense*
  - § *Enterprise*

§ *Split ratios are calculated during annual revision from the DOD's Contract Awards data. Currently, they are held flat due to unavailability of complete source data.*

www.bea.gov

# Split Ratios

| Software Type | Defense | Nondefense | Enterprise | Total |
|---|---|---|---|---|
| Prepackaged | 0.4448 | 0.4339 | 0.1213 | 1.000 |
| Custom | 0.2390 | 0.6397 | 0.1213 | 1.000 |



BUREAU OF ECONOMIC ANALYSIS
U.S. DEPARTMENT OF COMMERCE

# How Deflators are Developed?

§ Software deflators are calculated using **"Fisher Chain-type Quantity Index"**.

§ Currently, NIWD use "Interim Prices" on monthly basis from BLS under special arrangements.

§ Usage of these "Interim Prices" helped in showing incremental revisions over months and avoids extreme volatilities due to 4 months revisions in standard published PPIs.

§ Table below shows avoidance of month to month volatilities in prices.



BUREAU OF ECONOMIC ANALYSIS
U.S. DEPARTMENT OF COMMERCE

www.bea.gov

# Interim Prices Vs. Published PPIs



BUREAU OF ECONOMIC ANALYSIS
U.S. DEPARTMENT OF COMMERCE

|  | Jan | Feb | Mar | April | May |
|---|---|---|---|---|---|
| Published PPIs | 95.5 | 95.0 | 95.0 | 95.0 | 97.4 |
|  | Revised | Flat | Flat | Flat | New |
| Interim Prices | 95.6 | 95.7 | 95.6 | 95.9 | 96.1 |
|  | Revised | Revised | Revised | Revised | New |

Standard PPIs revised after 4 months

Each of the last four months are subject to revisions

# How Deflators are Developed?

§ The BLS PPI ---

## PCU5112110502

"Desktop and Portable Device Application Software and Publishing"

is used on best change basis with a bias adjustment for quality improvement.

§ Use of same PPI but intermediate processing is different for both custom and prepackaged software indexes.



www.bea.gov

# How Deflators are Developed?



§ The bias adjustment for prepackaged is at a monthly rate---$(1-0.0315)^{(1/12)}$

§ However, for custom software, the same bias adjustments is at a quarterly rate---$(1-0.0315)^{(3/12)}$.

§ These bias adjustment rates were developed during annual revision of 2001 and had been held flat since then.

www.bea.gov

# How Deflators are Developed?

## § Own-Account Software

§ The Own-Account software deflator is a combination of General Services (GS) Compensation deflator and a "Blow UP" factor.

§ The "Blow Up" factor is calculated by NIWD and represents an estimated measure of price inflation for producing software.



www.bea.gov

# Future Improvements

§ On Federal branch's end, negotiations are underway with contacts at **"Federal Procurement Data System-Next Generation (FPDS)"** to provide complete required information on time.

§ Additionally, research is in progress either to improve existing source or to look for alternative source data for developing  split ratios.

§ Benchmark proposal by NIWD for modifying own-account software price index along with merging it with prepackaged price index.



www.bea.gov

# Thought for the Day!

§ *Ancient Persian Proverb:*

§ *"Follow your conscience unconditionally; world's fortune will follow you"*





k0738868 www.fotosearch.com

بدون قید و خود را وجدان پیگیری شرط :دنبال کنید شما را جهان ثروت

www.bea.gov

BEA
BUREAU OF ECONOMIC ANALYSIS
U.S. DEPARTMENT OF COMMERCE



*Independent Statistics & Analysis*
## U.S. Energy Information Administration

# Energy Use for Agriculture in California

August 2019



This report was prepared by the U.S. Energy Information Administration (EIA), the statistical and analytical agency within the U.S. Department of Energy. By law, EIA's data, analyses, and forecasts are independent of approval by any other officer or employee of the United States Government. The views in this report therefore should not be construed as representing those of the Department of Energy or other Federal agencies.

# Table of Contents

ABSTRACT ..................................................................................................................................... 1

Historical Background ................................................................................................................. 2

    California as an Agricultural State ............................................................................................ 2

    Basic Features of General and Global Irrigation System ......................................................... 2

        Rain-Fed Farming ................................................................................................................ 2

        Human-Developed Irrigation: ........................................................................................... 3

    Supply of Water for California's Agriculture ........................................................................... 4

    Common Types of Irrigation Systems ..................................................................................... 4

        Surface Irrigation: .............................................................................................................. 5

        Drip Irrigation: ................................................................................................................... 5

        Sprinkler Irrigation: ........................................................................................................... 6

        Center Pivot Irrigation: ...................................................................................................... 6

        Lateral Move Irrigation: ..................................................................................................... 7

        Sub-Irrigation: ................................................................................................................... 7

County Level Agricultural Production in California ...................................................................... 9

    Natural Key Advantages of Five Counties: .............................................................................. 9

    California Harvests Primarily Orchard Crops ......................................................................... 10

    California Climate Zones for Growing Temperate Tree Fruits and Nuts ................................ 10

    Energy Consumption for Agriculture within United States ................................................... 12

    Energy for Agriculture within the State of California ............................................................ 12

    Role of Advanced Technology in Agriculture for Conserving Energy ................................... 14

    Direct and Indirect Energy Use Inputs in Agriculture—Fuels Consumed: ............................ 16

        The Environmental Quality Incentive Program for California (EQIP) ............................... 16

Concluding Remarks: ................................................................................................................ 17

References ................................................................................................................................ 20

# Tables

Table 1. Number of Farms Irrigated: Comparison 2017 and 2012 ............................................................. 8

Table 2. Major Irrigation Technologies: Use in the United States, 2013 ................................................... 8

Table 3. Notable Increases in California Value of Production ...................................................................... 11

Table 4. Notable Decreases in California Value of Production .................................................................... 11

Table 5. General Fuels used on U.S. Farm lands ......................................................................................... 12

Table 6. Common Energy Sources for Agriculture in California................................................................... 153

Table 7. Estimated Energy Usage for Agriculture in California... ............................................................... 163

Table 8. Fertilizers and Chemicals Applied: Comparision of 2017 and 2012 ............................................ 15

Table 9. Average Fuel Cost for Commodities per Farm Acre in California................................................... 16

# Figures

Figure 1. General View of an Irrigation Field ........................................................................... 4

Figure 2. Surface Irrigation ....................................................................................................... 5

Figure 3. Drip Irrigation ............................................................................................................. 5

Figure 4. Sprinkler Irrigation .................................................................................................... 6

Figure 5. Center Pivot Irrigation ............................................................................................... 6

Figure 6. Lateral Move Irrigation ............................................................................................. 7

Figure 7. California energy usage in agriculture and waterpumps .......................................... 17

## ABSTRACT

This paper aims to familiarize readers with the basic principles of U.S. irrigation systems as they relate to agriculture in general and specifically for state of California.

In the paper, there will be a discussion about history and development of irrigation in agriculture starting from the inception of word— "agriculture," including its development during recent years, along with installation of a proper irrigation system.

The paper will also cover different methods of irrigation focusing on agriculture within the state of California. New technological advances and efficient methods of crop cultivation would be discussed as well.

This paper will present factors that could affect how much water and energy usage could be used in the production of different crops and other products within the state of California.

Readers will learn important fundamental concepts of irrigation systems, including energy consumption and utilization of energy efficient equipment's.

# Historical Background

Irrigation has been used for as long as humans have been cultivating plants. Proper water irrigation systems are essential for growing fruits, vegetables, and grains to feed the world's population. According to a blog published in the newsletter of Magnation, Water Technologies on April 11, 2011:

*"Ancient people must have had strong backs from having to haul buckets full of water to pour on their first plants. Pouring water on fields is still a common irrigation method today—but other, more efficient and mechanized methods are also used. One of the more popular mechanized methods is the Center-pivot irrigation system, which uses moving spray guns or dripping faucet heads on wheeled tubes that pivot around a central source of water. The fields irrigated by these systems are easily seen from the air as green circles. There are many more irrigation techniques farmers use today, since there is always a need to find more efficient ways to use water for irrigation."[1]*

## California as an Agricultural State

California is a major agriculture state of the United States. California remained the leading state in cash farm receipts for some time, especially in 2015 and beyond, with combined commodities representing nearly 13 % of the U.S. total. Out of which, leading crops remained fruits, nuts and vegetables.[2]

In 2015, about 77,500 farms operated in California, which is an increase of less than 1 % compared to 2014. Nearly 27 % of California's farms generated commodity sales more than $100,000 which is greater than the national average of 20%. The amount of land devoted to farming and ranching in California re-mained unchanged at 25.5 million acres in 2015. The average farm size was 329 acres in 2015, unchanged in 2014, and below the national average of 441 acres.[3]

California's top valued agricultural export commodity continues to be almonds, with a value of $4.50 billion in foreign sales in 2016. This figure, however, represents a decrease of 12.6 % compared to 2015. California wine recorded an export value of $1.49 billion in 2016, achieving a ranking second to almonds and narrowly surpassing dairy products, which achieved an export value of $1.41 billion during the same year.[4] Based on these statistics, it is inferred that agriculture industry in California is contributing significantly to economic growth of the state.

## Basic Features of General and Global Irrigation System

Traditionally, there are only two main ways that farmers and ranchers have used agricultural water to harvest and cultivate crops: They are rain-fed farming and human-developed irrigation.

---

[1] http://www.rainlikewater.com/blog/2011/04/, (accessed May 5, 2018).
[2] California Agriculture Statistics Review (2015-2016) published by California Department of Food &Agriculture, https://www.cdfa.ca.gov/statistics/PDFs/2016Report.pdf, (accessed June 4, 2018).
[3] California Agriculture Statistics Review (2015-2016) published by California Department of Food &Agriculture, https://www.cdfa.ca.gov/statistics/PDFs/2016Report.pdf, (accessed December 14, 2018).
[4] California Agricultural Exports 2016-2017 published by California Department of Food & Agriculture, https://www.cdfa.ca.gov/Statistics/PDFs/2017AgExports.pdf, (accessed December 15, 2018).

*Rain-Fed Farming*:

Rain-fed farming is the natural application of water to the soil through direct rainfall. Rain has benefits as well as disadvantages.  According to the Centers for Disease Control and Prevention (CDC), "*Natural rainfall is less likely to result in contamination of food products but is open to water shortages when rainfall is reduced and is scarce*."[5] On the other hand, artificial applications of water increases the risk of contamination.

*Human-Developed Irrigation:*

Humans have developed application of water to soil through various methods of irrigation such as tubes, pumps, and sprays.  Man-made irrigation systems are generally used in those areas where rainfall is unpredictable or scarce particularly in areas with drier climates. There are several types of irrigation systems, operating in the world through which water is supplied to a large area uniformly. These irrigation systems extract groundwater from springs or wells, surface water, rivers, lakes, reservoirs, or other sources, such as treated wastewater or desalinated water.[6]  Irrigation methods and quality of water differ from place to place and from country to country. A particular climate along with well-defined water-channels is needed for running a smooth, non-stop irrigation system. Similarly, an abundance of water supply and a cheap supply of electricity would be an ideal for running an efficient irrigation system.

The availability of irrigation water has been a major factor in the development of California's high agricultural production. California has the largest number of irrigated farms with vast acres of land as compared to other states within the United States. This accounts for about one-fourth of the total applied acre-feet of irrigated water in the whole country. Water use per acre in California is relatively high as well when compared to other states across the country.[7] However, recent technological advances have helped the agriculture industry to increase crop productivity by developing efficient methods of cultivation. Though, the agriculture industry has been using traditional methods for some time.   In agriculture industry, most of energy consumption occur in the processes of operation of field machinery, transportation, irrigation, raising livestock, crop drying, and etc.

---

[5] Centers for Disease Control and Prevention (CDC), *Types of Agricultural Water Use*, https://www.cdc.gov/, (accessed September 14, 2018).

[6] Centers for Disease Control and Prevention, *Types of Agricultural Water Use: Irrigation vs. Rain-Fed Agriculture*, https://www.cdc.gov/ (accessed December 22, 2018).

[7] Congressional Research Services (CRS), *California Agricultural Production and Irrigated Water Use* (June 30, 2015), https://fas.org/sgp/crs/misc/R44093.pdf (accessed December 27, 2018).

*August 2019*



**Figure 1. General view of an irrigation field**

*Source: Getty Images*

## Supply of Water for California's Agriculture

***Three common sources of water supply in the state of California for irrigating farms:***
Common water supply channels are surface water, ground water and recycled water. On average, surface water is the main source of water supply covering about 60% of the total water supply to all agricultural lands in California. Ground water is the second main water source for California's farmers accounting for almost 40% of the supply to irrigated lands.[8] Extraordinarily, large amount of ground water is used for irrigation in Tulare, Kern and Fresno counties, which collectively cover more than a quarter of California's irrigated area. Recycled water is not so much in abundant supply.  Due to variable climate in California, agricultural lands experience prolonged drought as well. More recently, California experienced a relatively modest drought from 2007 to 2009 and a major one in 2012.[9] Therefore, during drought years, when water supply is limited, ground water becomes an important supplemental water supply for local farmers. These ongoing droughts can potentially cause lasting impacts on agricultural employment and seasonal crop production as well. However, based on recent data collected by the USDA, which reported that drought impacts were far less negative than initially anticipated and employment rate remained stable for California's agriculture industry[10]. Accordingly, California's climate conditions are favorable for the production of a multitude of crops counting for more than 400 commodities, including almonds, walnuts, lettuce, tomatoes, strawberries, and grapes. These crops can

---

[8] U.S. Geological Survey (USGS) 2014, California water use estimates for 2010, http://www.usgs.gov, (accessed August 8, 2019).
[9] Pacific Institute, *Impacts of California's Ongoing Drought: Agriculture,* August 2015. www.pacinst.org, accessed (August 24, 2019).
[10] See footnote 9.

be grown all year round. Due to benefits of having a temperate climate along with a better water system in California, crops grow all year round.

## Common Types of Irrigation Systems

*Surface Irrigation:* Surface irrigation is a very common and one of the primary forms of water supply. Water is simply spread out across land by the levels of gravity and no mechanical pumps are involved. Water pressure is usually low in this type of irrigation system and a network of pipes is mostly used for irrigating multiple plants and large areas.[11] (See figure 2).



**Figure 2. Surface Irrigation**

*Source: Getty Images*

*Drip Irrigation:* Drip irrigation is a form of localized irrigation. In this irrigation process, drops of water are delivered at or near the root of plants so that massive evaporation and runoffs are minimized. (See figure 3).



**Figure 3. Drip Irrigation**

*Source: Getty Images*

---

[11] Ideas about methods of irrigation were taken from varied online sources.

Drip irrigation (sometimes called trickle irrigation) work by applying water slowly and directly to the soil. The high efficiency of drip irrigation results from the primary factor that it saves water and natural soil nutrients by soaking into the soil before it can even be evaporated or run off.[12] It is one of the most efficient method.

### Sprinkler Irrigation:
Water is usually distributed by overhead high-pressure sprinklers or guns from a central location in the field or from sprinklers on moving platforms.[13] This form of irrigation can either be more mechanical or labor intensive because a wide area of land is irrigated from all over the surface. (See figure 4).



Figure 4. Sprinkler irrigation

*Source: Getty Images*

### Center Pivot Irrigation:



Figure 5. Center pivot irrigation

*Source: Getty Images*

Center pivot irrigation is also called as circular irrigation. With center pivot irrigation, water can easily be distributed over a larger area. (See figure 5).

---

[12] Irrigation Tutorials, Drip Irrigation Design Guidelines, https://www.irrigationtutorials.com/drip-irrigation-design-guidelines-basics-of-measurements-parts-and-more/, (accessed December 6, 2018).
[13] Centers for Disease Control and Prevention (CDC), *Types of Agricultural Water use,* https://www.cdc.gov/healthywater/other/agricultural/types.html, (accessed December 6, 2018).

*August 2019*

In this system of irrigation, water is distributed by a system of sprinklers that move on wheeled towers in a circular pattern. This system is common in flat areas of the United States.[14]

### *Lateral Move Irrigation:*

With lateral move irrigation system as shown below, water is distributed through a series of pipes. Each pipe moves with a wheel and has a set of sprinklers that are rotated either by hand or with a purpose-built mechanism. The sprinklers move a certain distance across the field and then need to have the water hose reconnected for the next distance. This system tends to be less expensive but is quite labor intensive.[15] This irrigation system is far less common than center pivot system. (See figure 6).



**Figure 6. Lateral move irrigation**

*Source: Getty Images*

### *Sub-Irrigation:*

Sub irrigation is a method of irrigation where water is supplied to the plant roots from below the soil surface. With the sub-irrigation method, water can easily be absorbed upwards and the extra quantity of water can be stored for reuse. Secondly, with the application of sub-irrigation method, water is distributed across land by raising the water table, through a system of pumping stations, canals, gates, and ditches. This type of irrigation is most effective in areas with high water tables.[16] This method can be helpful for growing field crops of tomatoes, peppers, and sugar cane.

---

[14] Centers for Disease Control (CDC), *Types of Agricultural Water Use*, https://www.cdc.gov/healthywater/other/agricultural/types.html, (accessed December 6, 2018).

[15] Centers for Disease Control (CDC), *Types of Agricultural Water Use*, https://www.cdc.gov/healthywater/other/agricultural/types.html, (accessed December 6, 2018).

[16] Centers for Disease Control (CDC), *Types of Agricultural Water Use*, https://www.cdc.gov/healthywater/other/agricultural/types.html, (accessed December 6, 2018).

Table 1. Number of farms Irrigated: Comparison 2017 and 2012

| Farms with Irrigation | Number/Percent | 2017 | 2012 |
|---|---|---|---|
| Farm Numbers | | 52,362 | 53,546 |
| Percent of farms | acres | 74.3 | 68.8 |
| Irrigated land | acres | 7,833,593 | 7,861,1964 |
| Average per farm | acres | 150 | 147 |
| Acres Irrigated | | | |
| 1-9 acres | farms | 23,980 | 24,270 |
| | acres | 80,646 | 82,661 |
| 10 - 49 acres | farms | 13,543 | 14,670 |
| | acres | 306,009 | 325,504 |
| 50 - 99 acres | farms | 4,231 | 4,243 |
| | acres | 295,666 | 296,155 |
| 100 – 199 acres | farms | 3,632 | 3,458 |
| | acres | 502,718 | 476,854 |
| 200 – 499 acres | farms | 3,701 | 3,488 |
| | acres | 1,149,279 | 1,088,981 |
| 500 – 999 acres | farms | 1,660 | 1,751 |
| | acres | 1,144,803 | 1,217,766 |
| 1,0000 – 1, 999 acres | farms | 977 | 936 |
| | acres | 1,332,426 | 1,280,298 |
| 2, 000 acres or more | farms | 638 | 730 |
| | acres | 3,022,046 | 3,093,745 |

Source:  Land in Farms, Harvested Cropland and Irrigated Land by Size of Farm: 2017 and 2012,
2017 Census of Agriculture – State Data, USDA, National Agriculture Statistics Service (NASS).

By looking at above statistics published by USDA in (Table 1), it becomes apparent that mid-size arced farms have been irrigated more in recent years as compared to small and large acred farms. Most likely, this increase in irrigated farms would be coming from use of a better water supply technology particularly for farms having a size of more than a minimum of 100 acres.

(Table 2) below represents a snapshot of few water pressure systems in use as surveyed by the USDA in 2013 and beyond.

Table 2. Major irrigation systems in use: USDA - 2013

| Advanced Pressure Systems | Farms | Irrigated Acres (In thousands) |
|---|---|---|
| Pressure Systems | 122,000 | 36,200 - 39,800 |
| Center Pivot | 57,000 | 27,900 |
| Surface Drip | 41,000 | 2,600 |
| Side Roll or Wheel Move | 17,000 | 1,900 |
| Solid Set and Permanent | 21,000 | 1,500 |
| Low-Flow Sprinklers | 15,000 | 1,300 |
| Hand Move | 30,000 | 800 |
| Sub-Surface Drip | 6,000 | 800 |
| Linear Move Tower | 5,000 | 600 |
| Big Gun or Traveler | 8,000 | 600 |

| | | |
|---|---|---|
| Other Sprinkler | 12,000 | 1,700 |
| Other Drip, Trickle or Low-Flow Micro System | 4,000 | 300 |

Source: Irrigation in U.S. Agriculture: On-Farm Technologies and Best Management Practices, CRS Report, October 17, 2016.

## County Level Agricultural Production in California

The state of California is a major agricultural state in the United States and has the highest levels of crop sales both as exports and as cash crops.  Generally speaking, the five major agricultural counties of California in terms of lucrative crop productions are Tulare, Kern, Fresno, Monterey, and Merced[17].

*Natural Key Advantages:*

The five above mentioned counties have been leading agriculture counties for a number of years due to the following factors:

- Agriculture is the biggest private industry in each county in terms of farm employment. Then come, processing, manufacturing, and services to the agriculture industry. Most employers, after the government agencies in the county, are food handling or processing companies, including fruit packing houses and dairy processing plants. For example, out of every five jobs, three jobs are related to agriculture in Tulare County.

- The temperate climate of California throughout the year provide a supportive factor in facilitating abundant agricultural production. Roughly speaking, the counties produce more than 240 agricultural crops for both domestic and foreign consumption and also for exported items, including milk, livestock feed, and seed crops.[18]

- The geographical proximity of these counties is relatively close to areas where population is high and people from different population demographics are employed in the agricultural industry. Currently, California has a density of diverse working age population presumably with better compensation for agriculture than other states, therefore might be attracting more skilled workers to this industry.[19]

---

[17] Data from the Tulare County website, details listed below.

[18] From the Tulare County Agriculture Commissioner website, *http://agcomm.co.tulare.ca.us/ag/* (accessed September 7, 2018).

[19] Same as footnote 18.

## California Harvests Primarily Orchard Crops

California is growing its production of permanent orchard crops such as fruits, nut trees and vineyards in addition to production of grain and pasture crops.  According to the Congressional Research Services (CRS) report,

> *"Orchard crops*, in general, are tree or vineyard crops that are planted once, require continuous watering to reach maturation, and cannot be fallowed during dry years without loss of investment. However, contrarily most vegetables and other raw crops (including grain and pasture crops) are annual crops that are sown and harvested during the same production year, sometimes more than once, and are expected to be fallowed in dry years."[20]

## California Climate Zones for Growing Temperate Tree Fruits and Nuts

University of California scientists divide the state into six main agricultural districts for the production of temperate fruits and nut crops such as

San Joaquin Valley
Sacramento Valley
Central Coast
North Coast
Sierra Nevada Foothills
Southern California

All the above valley zones collectively made California a leading state in cash farm receipts from 2014 until 2017, with combined commodities representing nearly 13 % of the U.S. total. California's leading crops remained fruits, nuts and vegetables. More than a third of the country's vegetables and two-thirds of the country's fruits and nuts are still produced in California. [21]

*San Joaquin Valley:*
San Joaquin Valley is the central valley for California. It is famous for production of milk, grapes, walnuts, cherries and almonds. It is also one of the principles locations of farming for California.

*Sacramento Valley:*
In this region, which includes the cities of Sacramento, Marysville, Oroville, Paradise, Redding, and Chico and the surrounding areas, the winters are cool and moist with fogs. Major temperate fruits are almond, apple, apricot, kiwifruit, olive, peach, pear, pecan, pistachio, plum, prune, and black walnuts. Some wine grapes and cold hardy citrus are also grown.

*Central Coast:*
The climate in the Central Coast are is primarily based on the temperatures of Pacific Ocean. The region generally has a mild climate with cool summers on the coast, where fog is common, and warm summers in the interior, but not as warm as the Sacramento Valley.  Fruits like almond, apple, apricot, cherry, pear, plum, prune, olive, and black walnut commonly grown.

---

[20] Congressional Research Service (CRS), http://www.loc.gov/crsinfo/, (accessed July 8, 2018)
[21] California Agricultural Statistics Review 2015-2016, https://www.cdfa.ca.gov/statistics/, (accessed July 20, 2018).

## North Coast:

The North Coast is the wettest region of the state. The main temperate tree fruit and nut crops grown commercially in this region are apple, pear, prune, olive, English and black walnut. It is also the primary wine-growing region of the state.[22]

## Sierra Nevada Foothills and Southern California:

Sierra Nevada is a narrow, hilly area on the East side of the San Joaquin and Sacramento Valleys. The Southern California coast is influenced by the Pacific Ocean and has a mild climate due to the marine air.

Table 3 and Table 4 from the USDA, provide a brief overview of the levels of production for some variety of crops. Some crops show a significant increase while others show a decrease.

Table 3. Notable increases in California value of production

| Product | Percent |
|---|---|
| Onions, Processing | 117% |
| Onions, Summer Storage | 104% |
| Plums | 66% |
| Raspberries, All | 65% |
| Peaches, Freestone | 62% |
| Peppers, Chile | 61% |
| Nectarines | 44% |
| Cabbage, Fresh | 44% |
| Oranges, Navel & Misc. | 34% |
| Sunflower, Non-Oil | 30% |

(Source: California Agricultural Statistics Review 2015-2016)

Table 4. Notable decreases in California value of production

| Product | Percent |
|---|---|
| Corn for Grain | -60% |
| Wheat, All | -50% |
| Cherries, Sweet | 47% |
| Barley | -49% |
| Olives | -46% |
| Celery | -34% |
| Asparagus | -30% |
| Potatoes, Spring | -29% |
| Rice, All | -28% |
| Cottonseed | -27% |

(Source: California Agricultural Statistics Review 2015-2016)

---

[22] California Climate Zones for Growing Temperate Tree Fruits and Nuts, http://homeorchard.ucdavis.edu/backyard-climate.pdf accessed (August 9, 2019)

*August 2019*

## Energy Consumption for the Agriculture within the United States

The agricultural sector of the United States consumed approximately 1,872 trillion British Thermal Units (Btu) of energy. This much consumption of energy in the food sector is about 2 % of the total primary energy consumption within the United States. According to recent statistics collected by Energy Information Administration (EIA) for consumption of different fuel types by farms and farmers; the % usage of energy consumption is as follows: Many farmers by using their traditional methods of cultivation, consume variety of fuels for energy in different forms such as[23]

### Table 5. General fuels used on U.S. farm lands

| Type of Fuel Used on U.S. Farm Land | Approximate Energy Consumed (percent) |
|---|---|
| Diesel | 44% |
| Electricity | 24% |
| Natural gas | 13% |
| Gasoline | 11% |
| Liquefied petroleum gas | 7 to 8% |
| Total | 100% |

Source: Energy Information Administration (EIA).

Mostly diesel and, to a smaller degree, gasoline are used to power farm machinery. Electricity is primarily used for irrigation, cooling, and lighting. Natural gas and liquefied petroleum gas are used in heating and grain drying. Large amount of natural gas is required in the manufacturing of fertilizer and pesticide, so these amounts are categorized as indirect energy consumption on farms and crop fields.

## Energy for Agriculture within the State of California

Energy is the foremost significant resource for agricultural activities in California. There are few major interconnected areas that dictate the discussion of agricultural life and energy at the state of California such as:

> *An increase in oil and other energy prices has highlighted the costs of energy-connected agricultural inputs such as fertilizer, electricity and fuels for trucks and tractors.[24]*
> *Second, agriculture is a producer of feedstock for bioenergy in California. Therefore, both increased energy prices and government policy are a good source of spreading interest in bioenergy as a substitute for fossil fuels within the energy market investors.[25]*

---

[23] Statistics in the above paragraph are from Energy Information Administration website and table was drawn based on information from the section of *"Petroleum and other Liquids, "* released on 12/19/2017.
https://www.eia.gov/, accessed (June 9, 2019)
[24] California Department of Food and Agriculture—*Energy & Agriculture*,
https://www.cdfa.ca.gov/agvision/docs/Energy_and_Agriculture.pdf, (accessed August 8, 2018).
[25] See foot note 24.

U.S. Energy Information Administration   |   Agriculture in California

Additionally, environmental concerns related to regional air quality has encouraged a dire need for future research about alternative energy sources as well as policies to change the energy outlook in the California economy.[26]

The California Public Utilities Commission (CPUC) regulates privately owned electric and natural gas companies that generate power. The California Department of Conservation (CDR) monitors the operations of oil, natural gas and geothermal wells to enforce environmental regulations and ensure public safety.  Today, California meets about 73 % of its electricity demand through in-state production, with the remainder being met by imports from neighboring states.[27] California energy sources meet demand with different resources as listed below. Crude oil is used in a higher proportion compared to other fuels. Natural gas, coal, and nuclear energy sources are also high in demand and play a significant role in strengthen the California's agricultural growth. (See table 6 and 7).

Table 6. Common energy sources for agriculture in California

| Source | Percent |
|---|---|
| Natural Gas Demand | 13% |
| Crude Oil | 40% |
| Coal | 15% |
| Nuclear Facilities | 15% |
| Renewable Sources | 13.5% including |
| Geothermal | 5% |
| Hydroelectric Facilities | 3.5% |
| Wind power | 2.5% |
| Biomass | 2.2% |
| Solar Power | 0.3% |

(Source: California Energy Consumption Database. State of California, 2016. Web. 20 Jun. 2018)

Table 7. Estimated energy usage for agriculture in California

| Year | Average Total Energy Usage (GWh) |
|---|---|
| 2008 | 19,688 |
| 2009 | 19,499 |
| 2010 | 20,282 |
| 2011 | 20,346 |
| 2012 | 21,202 |
| 2013 | 20,821 |
| 2014 | 18,918 |
| 2015 | 19,070 |
| 2016 | 21,403 |

Source: California Energy Consumption Database. State of California, 2016. Web. 20 Jun. 2018)
Table 7 shows an estimated usage of energy use in California for 2008 through 2016.

---

[26] Agricultural Issues Center—*Energy and Agriculture,*
https://aic.ucdavis.edu/publications/whitepapers/Energy%20and%20Agriculture.pdf, (accessed August 8, 2018).
[27] California Energy Commission (CEC), http://www.energy.ca.gov, (accessed September 15, 2018).

If we look at above statistics published by the California Energy Commission (CEC), it can easily be inferred that during past 8 to 9 years, overall energy use in California agriculture industry remained stable and consistent despite the fact that California did experience some periods of drought and natural calamities. Major energy usage has remained in the range of 19 to 21 thousand gigawatts from 2008 to 2016, whereas, 2016 reflects an increase in energy consumption based on high demand.

## Role of Advanced Technology in Agriculture for Conserving Energy

From my perspective, the analysis in this paper, showed that agriculture is one of the industries that is still using less technologically advanced equipment and software-led automation techniques. Because highly advanced technological soil tilling and irrigation equipment are expensive and need a capital investment in conjunction with a specialized skilled labor force having knowledge of software automation along with advanced computer technologies.

Although, agriculture industry receives subsidies from either the federal or state governments. Still, a major cost of crop cultivation is all endured by local farmers and ranchers depending on the economic stability of land farmers and local investors. However, if one compares the expenses of the fertilizers and chemicals applied during 2017 versus 2012 based on data from the USDA in Table 8, it becomes apparent that the cost of cultivation has gone up. This indirectly implies the use of technologically advanced agricultural machinery and harvesting equipment for cultivating farms.

For instance, it is evident from table 8 that a greater number of farms were treated with advanced chemicals and fertilizers in recent years starting from 2012 and beyond 2017. As a result, cost of the acres of land treated gradually increased which reflect the utilization of better chemical and soil treatment with energy efficient technologies. Energy efficient agricultural equipment also lowers the non-renewable energy consumption.

Based on recent reports from the USDA, and other statistics released by the California Agricultural Statistics Review (cdfa), it became evident that many farmers have captured energy savings by improving tractor and field operation efficiency along with improving machinery maintenance. Also, by using upgraded better heating and cooling equipment that uses energy saving motors, fans or lighting can be cost effective.

Moreover, it can also be inferred that technically advanced methods of farming are moving at a slower pace. However, more efforts can be devoted to develop an energy conserving efficiency in the agriculture industry when more farms are being treated with pesticides and other crop saving techniques. However, in some instances the costs of crop treatments can be extremely high depending on the type of treatment.

By empirically analyzing the Table 8 and reviewing the changes for the expenses from 2012 till 2017, it is clear that California's agricultural industry is quite stable in terms of energy use for harvesting crops because on average large number of farms are being treated with preventive measure for cultivating crops in 2017 as compared to 2012. Therefore, the historical success of California in building a lucrative agriculture industry could be attributed to this state's ability to employ its natural resources skillfully. In recent years, many farmers of California are utilizing advanced equipment and new technological

devices to increase production at a faster rate to meet increased market demand. Thus, the demand for more nonconventional farming methods is expected to increase in coming years.

Once, more technically advanced and non-conventional methods of agriculture are employed in this industry, a more profitable, environmentally friendly, and productive agriculture industry can be expected to rise in California. The major advantage to farmers by using the emerging information technologies could lead to a development of a better biologically integrated and organic farming systems which can be beneficial for protecting the environment and consumer interests. Similar, applying precision agriculture based on a bundle of different technologies can be helpful in matching to the actual crop requirements without degrading the environment. Also, by applying virtual software-based irrigation control technologies could be energy efficient and cost effective as well. Therefore, it can easily be inferred that the major characteristic of California's highly competitive agriculture industry is that it renews itself constantly by incorporating new ideas and innovations from both public and private sector farmers.[28]

Table 8. Fertilizers and chemicals applied: Comparison of 2017 and 2012

| Item | 2017 | 2012 | Change |
|---|---|---|---|
| Any fertilizer, manure, or chemicals used...................................................farms | 39,849 | 44,143 | -4,294 |
| Any fertilizer or chemical expenses........................................... farms | 44,480 | 49,254 | -4,774 |
| $1000 | 4,492,836 | 3,996,736 | 496,100 |
| Commercial fertilizers, lime, and soil conditioners used................................................. farms | 32,613 | 32,646 | -33 |
| acres treated | 6, 658,418 | 6, 314,533 | 343,885 |
| Commercial fertilizers, lime, and soil conditioners expenses........................................farms | 39,225 | 38,958 | 267 |
| $1000 | 2,082,908 | 1,806,062 | 276,846 |
| Chemical Expenses.......................farms | 37,794 | 44,536 | -6,742 |
| $1000 | 2,409,928 | 2,190,674 | 219,254 |
| Acres treated to control Insects...farms | 24,393 | 25,064 | -671 |
| acres | 6,513,981 | 5,293,093 | 1,220,888 |
| Weeds, grass, or bush..................farms | 28,404 | 32,402 | -3,998 |
| acres | 7,007,896 | 6,116,162 | 891,734 |

[28] University of California, California Agriculture: *New technologies are changing the face of agriculture*, http://calag.ucanr.edu/Archive/?article=ca.v054n04p4, accessed (August 15, 2019).

| | | | | |
|---|---|---|---|---|
| Disease in crops and orchards......farms | | 15,192 | 14,196 | 996 |
| acres | | 2,686,889 | 2,038,769 | 648,120 |
| Chemicals used to control growth, thin fruit, ripen, or defoliate.........farms | | 5,392 | 9810 | -4,418 |
| acres on which used | | 1,059,120 | 1,460,135 | -401,015 |

Source: 2017 Census of Agriculture – California State Data USDA, National Agriculture Statistics Service (NASS)

## Direct and Indirect Energy Use Inputs in Agriculture—Fuels Consumed

Agriculture, like any other industry, involves both direct and indirect energy inputs. Direct energy inputs comprise of electricity, diesel, gasoline, natural gas, propane, and other fuels; whereas indirect energy inputs are typically fertilizer and pesticides which are dependent on energy for their manufacture.

*Electricity:* Is used in a number of ways for on-farm agricultural production. Many field crop producers use electricity for pumping water of irrigation, grain drying, and storage ventilation. However, greenhouse crop producers use electricity for irrigation, heating, air circulation, ventilation of fans, and additional lighting.

- According to a study results published by the U.S. Energy Information Administration (Tyson, Brown, and Harnish, 2014), most farmers pay a high electricity cost in states, where there is high demand for farm irrigation systems. In such states, on average farmers pay a high cost to connect irrigation systems to the grid and also to meet seasonal demands.[29]
- Similarly, 2015 statistics released by the National Agriculture Statistics Service (NASS) of the USDA, expenses of number of fuels vary depending on the type of the commodity and fuels consumed such as distillate oils, diesel and gasoline expenses can varies depending on the type of crop per acre.

Table 9.  Average fuel cost for commodities per farm acre in California

| Commodity | Type of Fuel | Cost Per Acres |
|---|---|---|
| Rice | Diesel, Gasoline | $61 |
| Peanuts | Diesel , Gasoline | $26 |
| Corn, Soybeans and Cotton | Diesel , Gasoline | $22 - $23 |
| Wheat | Diesel, Gasoline | $11 |

Source: 2017 Census of Agriculture – California State Data, USDA, National Agriculture Statistics Service (NASS)

- Above statistics from the USDA[30], show that the energy consumption in the agriculture industry is directly correlated with the crop types and its methods of harvesting and cultivation.

*Diesel and Gasoline:*

- Other dominant fuels consumed in both crop and livestock operations are the diesel fuels, fuel oils and distillates. Trucks, tractors and heavy machines primarily use distillates and gasoline for

---

[29] *Trends in U.S. Agriculture's Consumption and Production of Energy: Renewable Power, Shale Energy and Cellulosic Biomass, EIB-159,* Economic Research Service/USDA, Economic Information Bulletin Number 159, published August 2016, www.ers.usda.gov, (accessed July 10, 2019).
[30] Same as footnote 29.

tilling, spraying, fertilizing, harvesting and other agricultural activities. Each of these field operations consume fuels through the use of heavy machinery. Technically speaking, diesel fuel has 14 % higher energy content than gasoline and is more energy efficient but it has a higher rate of carbon dioxide emission.

### *The Environmental Quality Incentive Program for California (EQIP):*

- According to a report released by the Natural Resource Conservation Service (NRCS) of the USDA in 2016, California tried to implement the EQIP program which includes an Air Quality Initiative (AQI) along with financial incentives. Based on the EQIP program, many farmers are willing to replace diesel powered internal combustion engines (which provide power to irrigation pumps) with new diesel-powered engines to meet current California Emission Standards (USDA, NRCS-CA, 2016).

**Figure 7.** California energy usage in agriculture and water pumps



Source: (California Energy Consumption Database. State of California, 2016. Web. 20 Jun. 2018)
Note: All usage expressed in millions of kWh (GWh)

The above graph reflects a snapshot of energy consumption in agriculture. It is empirically evident that California's energy consumption in agriculture has always been on the upward trend for a number of years except from 2013-2015 when energy volatility is pronounced. Then, it started taking an upward lift again. This increase in energy consumption can also be an indicator for the increase in agricultural production arising from increased consumer demand. During years of 2008 till 2013, it seemed as if more energy has persistently been utilized for pumping water to irrigate farms and crop lands.

In 2010, irrigated agriculture consumed four times as much water as urban users. The state could easily save the same amount of water if it required farms to increase water efficiency by about 5 percent but because California grows more orchard crops which are highly profitable, therefore, farmers are willing to invest more into better methods of water supply and irrigation systems. Water use per acre in California is also high compared to other states. Additionally, influential farmers of California, are actively researching on how to maintain a reliable water supply, for which, they must invest in advanced future water system's infrastructure.

## Concluding Remarks:

The state of California is an important agricultural state with the highest level of agriculture production in the United States. Its agricultural production and resulting revenues contribute toward employment generation and substantial economic growth within the United States.

Nature has granted California certain agriculture-friendly factors like fertile soil, a temperate climate, and a long growing season. However, with passage of time, more technically advanced methods of agriculture have also been employed as well to foster growth and variety in many crops. California has a well-developed and technically advanced crop irrigation system, which is playing a key role in sustaining large number of crops. Current methods of irrigation in California are quite energy efficient; however, if more traditional methods of irrigation are being replaced by less energy intensive systems of irrigation state wide, then continued growth in agriculture industry can be sustained for a long period of time.

By doing comparative analysis, I have come to the conclusion that farmers in California are proactive and they are always looking for better methods of crop cultivations that can utilize less and less energy intensive machinery and equipment. It became evident from analyzing a number of reports from the USDA that energy utilization in the agricultural industry within California has remained stable.  Data collected by the USDA clearly support the inference that energy usage for agriculture between 2012 and 2017 did not show spikes of volatility or seasonal variations for a number of years.

Moreover, based on recent research and after making an empirical comparison, I believe that since the agriculture industry is still being driven in conventional ways, employing traditional methods of harvesting and cultivating crops. Therefore, the latest technological innovations have not drastically revamped this industry except certain areas of irrigation and tilling methods, where more energy efficient equipment and machinery have been employed using less fuel and producing more output. Additionally, documentation of the industry data is limited and takes time to get published. Therefore, extracting out most recent economic information about the current state of agriculture industry could be in question.

Currently, EIA's National Energy Model System (NEMS) has less detailed information about different individual processes of the agriculture industry though, collectively, NEMS shows the value of shipments and energy consumption of various fuel for the agriculture Industry, but pieces of irrigation missing from the Annual Energy Outlook (AEO). Since it has been inferred from the above analysis and from the grafnem Table 43, that energy consumption of different fuels in the agriculture industry such as distillate fuels, natural gas, LPG, propane, renewables and electricity has consistent data series in terms of expenditures and prices, therefore such fuels projections also follow a steady pattern of movement.

My recommendations is that if NEMS modelers watch on the consistent pattern of fuel consumption in the agriculture industry then in coming years, analysts can incorporate valuable detailed information about various processes of the agriculture industry and that irrigation category could be modeled in NEMS as a new component or as a subset of agriculture under non-manufacturing data in Table 43. Again, it is at the discretion of modelers and EIA management as to how they would wish to incorporate this suggested piece of information. It may also depend on the type and history of data available for the irrigation sector in general at both national and regional levels.

Historically, many agricultural activities have mostly been performed by using established conventional methods. But analysis in this paper reflects that California has been open and welcoming in implementing innovative technologies into current agricultural production and harvesting of crops. This transformation of conventional methods to nonconventional methods allowed California's agriculture industry to be a lucrative and cash-generating resource for the U.S. economy.

A new sub-sector of agriculture industry can potentially be introduced into the NEMS modeling system under the Industrial section. This new section can be categorized as energy consumption due to technological innovations in agriculture along with fuels consumed at different levels of crop cultivations. This new sector can also be helpful in producing better future projections for energy consumption and efficiency analysis.

*August 2019*

# References

Farm and Ranch Irrigation Survey, 2015. *Online Resources.* (December 2012). Accessed July 12, 2018.

U.S. Energy Information Administration,"*Reports on Petroleum and Other Liquids.*" (December 19, 2019) http://www.eia.gov. Accessed August 30, 2018.

Agricultural Issue Center, University of California, 2017. *California Agriculture at Risk.* (June 2015). http://aic/ucdavis.edu. Accessed June 10, 2018.

Guo, Jeff. 2015. "*Agriculture is 80 % of water use in California. Why aren't farmers being forced to cut back?*" *The Washington Post*, (April 3, 2012). https://www.washingtonpost.com/regional/

Tulare County Crop and Livestock, "*2015 and 2016 full reports".*(April 2016). http://aqcomm.co.tulare.ca.us/ag. Accessed May 20th, 2018

State of California Agriculture, 2014-2015, 2016-2017 Reports. (August 2018). http://www.cdfa.ca.gov. Accessed (July 8, 2018).

The California Energy Commission. 2016. *Energy Consumption Database.* (May 2017). http://www.energy.ca.gov. Accessed (August 4th, 2018).

The Fertilizer Institute. "*2016 State of the Fertilizer Industry: Agrium, Central Valley California.*" ww.tfi.org. Accessed (September 6, 2018).

Congressional Research Services (CRS), "*California Agricultural Production and Irrigated Water Use,*" (June 30, 2015), https://fas.org/sgp/crs/misc/R44093.pdf. Accessed (December 27, 2018).

California Agricultural Statistics Review, 2014-2015, https://www.cdfa.ca.gov/statistics/PDFs/2015Report.pdf, accessed (April 14, 2019).

Trends in U.S. Agriculture's Consumption and Production of Energy: "*Renewable Power, Shale Energy, and Cellulosic Biomass,*" https://www.eolss.net/ebooklib/sc_cart.aspx?File=E3-18-04-01. Accessed (Augsut 12, 2019).

Trends in U.S. Agriculture's Consumption and Production of Energy: *Renewable Power, Shale Energy and Cellulosic Biomass*, *EIB-159,* Economic Research Service/USDA, Economic Information Bulletin Number 159, published (August 2016), http://www.ers.usda.gov, accessed (July 10, 2019).

GettyImages-491298380_medium, Getty Images/iStockphoto: EIA Media Center

GettyImages-492728933_super Getty Images/iStockphoto: EIA Media Center

GettyImages-540204148_high Getty Images/iStockphoto: EIA Media Center

GettyImages-675971206_super Getty Images: EIA Media Center

GettyImages-846454382_eps Getty images: EIA Media Center

GettyImages-908008560_medium, Getty Images/iStockphoto: EIA Media Center

GettyImages-950372574_medium, Getty Images/iStockphoto: EIA Media Center

# Attendance at the Food Automation & Manufacturing (FA&M) Conference and 2018 Expo

*For*
*Industrial Team (EIA)*
*April 8th-11th, 2018 | Bonita Springs, Florida*

*By*
*Farah Naz, (Industry Economist)*









U.S. Energy Information Administration

*Independent Statistics & Analysis* | www.eia.gov



# Overview of Today's Presentation

- Introduction of Food Automation and Manufacturing Conference (FA&M) and 2018 Expo

- Technological Advancements within Food Processing Industry

- Process of Digitization and its Applications

- Current State of Food Manufacturing Plants

- Food Safety and Modernization Act (FSMA)

- Concluding Remarks

*Farah Naz, EIA /DOE/ Washington, D.C.*
*May 9th, 2018*

# Salient Features of the (FA&M) Conference

- Food Automation & Manufacturing Conference (FA&M) and 2018 Expo was a 2 ½ day event that brought several food, beverage processors and suppliers together from all over the U.S as well as from Europe.

- The (FA&M) Conference was held at a beautiful Hyatt Regency Coconut Point resort in Bonita Springs at Florida.

- The main objective of attendance at the (FA&M) conference was to gather current information on the latest trends and technologies in the food manufacturing industry and to network with seasoned professionals there.

Farah Naz, EIA /DOE/ Washington, D.C.
May 9th, 2018

3

# (FA&M) Conference Site—Hyatt Regency Coconut Point, Bonita Springs, Florida

Farah Naz, EIA /DOE/ Washington, D.C.
May 9th, 2018



4



Farah Naz, EIA /DOE/ Washington, D.C.
May 9th, 2018

# Emphasis on Digitization and IT Modernization

- Most of the conference sessions were based around conserving resources, minimizing energy usage and reducing waste.

- Traditional manufacturing is being modernized by embracing a digital transformation which is a high tech coded computerized technology.

- Majority of food plants are geared towards automated operational excellence and assembly line performance over years by employing digital technologies hoping that they would assist in developing better strategies to achieve efficiency and sustainability targets for the coming years.

# What is meant by Digitization in the Food Industry?

- Most of the food manufacturing plants in the 20th century have been aiming for optimal coordination of the ordering, manufacturing, and packaging processes which can facilitate production to react flexibly to customer requests.

- That is what digitalization means to people in the Food & Beverage sector, and that is how they ensure that production efficiently implements individual customer requests.

- With the application of digital methods, manufacturers are able to improve operational efficiency, increase revenue and maintain customer satisfaction through the digital transformation of their processes via a model-driven software approach.

Farah Naz, EIA /DOE/ Washington, D.C.
May 9th, 2018

6



Farah Naz, EIA /DOE/ Washington, D.C.
May 9th, 2018

# What is Digital Environment?

- Market Environment

  Variety Needs

  Pressure on Margins

  Increasing Regulatory Obligations

  Capital Expenditure Constraints

  Rapid Response to Consumer Issues

Respective Technology Trends

Cloud

IIoT (Engineering Efficiency)+
(The Industrial internet of things)

BPM (Business Process
Management Software)

Mobility

Big Data/ Predictive Analytics

# SIEMENS Technology took lead in Digitization

- SIEMENS automation technology for the food and beverage industry ensures consistently high product quality through standardization of production processes and simplification due to a flexible recipe system.

- Cost-effective implementation of individual customer requests are done with the utilization of Manufacturing Execution System (MES).

- This (MES) system creates a useful order list for the different variants in order to minimize production complexity and costs . It checks the availability of all the ingredients required for production. The production process is simulated in 3D before the order goes to production.

Farah Naz, EIA /DOE/ Washington, D.C.
May 9th, 2018

8

Farah Naz, EIA /DOE/ Washington, D.C.
May 9th, 2018



SIEMENS ranked First in the Digital technologies

9

# SIEMENS Application of Digital Technologies

- SIEMENS technologies uses and imparts greater flexibility with the SIMATIC IT manufacturing execution system in most of the food automation and manufacturing processes.

- For instance—SIMATIC IT offers all relevant process, production, and business data available at all times – across all levels of the company and along the entire value chain.

- Another major benefit of SIMATIC IT is in the reduction of operating costs through increased transparency of energy flows, usage-based cost allocation and automatic load management.

Farah Naz, EIA /DOE/ Washington, D.C.
May 9th, 2018

10



Farah Naz, EIA /DOE/ Washington, D.C.
May 9th, 2018

# Companies Complained that Digitization Failed

- SIEMENS reasoning—why digitization usually fail?  Because—

- Many corporations don't take digital as central strategy. Though, investments are made in respective technologies but they failed to work horizontally.

- Many companies take digital as a back office strategy aimed primarily at the operational efficiency rather than implementing as a wholesome technology.

- Frequently, the cultural aspects of change is mostly ignored among traditional ways of manufacturing.

# Traditional Machine Vision Work less than Digitization

- Automated machine vision systems—Perform repetitive tasks

- Quality criteria based on strict accuracy and tolerance

- No Artificial Intelligence

- Natural variations not part of the equation

- Desired output—same exact product every time

- Prevention, correction and failure costs can't exactly be calculated

Farah Naz, EIA /DOE/ Washington, D.C.
May 9th, 2018

12



# Current State of Food Manufacturing in the U.S.

According to (FA&M)'s professionals and plant manufacturers—the following holds true approximately:

- $2 millions manufacturing jobs would be unfulfilled by 2025.

- 75% of U.S. plants are more than 20 years old.

- $65 billions worth of food automation systems of manufacturing plants are reaching end of life without any definite future plans for reengineering or to upgrade for modernization.

- Collective downtime across most manufacturing plants is costing roughly $20 billions

13

# Current State of Food Manufacturing in the U.S.

- As of 2014, recalls had been rising and had cost up to $30 millions industry wide just to cover 76% of total recalls.

- Additionally, less than 14% of the US plants are completely integrated.

- Until 2015— majority of the US food manufacturer have suffered 54% loss of Intellectual Property rights (IP).

- Due to today's era of digital media; intellectual property rights has been changing drastically—consequently, many food companies could not keep pace with such change.

# Inorganic Food at the Conference

Farah Naz, EIA /DOE/ Washington, D.C.
May 9th, 2018



15



# Food Safety and Modernization Act (FSMA)

- From small to large operations, the new Food Safety and Modernization Act (FSMA) regulations have been introducing new challenges to food and beverage plants. FSMA panel discussed some of the obstacles and unique approaches of navigating them: Five top FSMA challenges were

- **Challenge #1: Lack of awareness**

- The biggest obstacle to FSMA compliance is the lack of awareness about the new laws and what they mean in practical terms.

Farah Naz, EIA /DOE/ Washington, D.C.
May 9th, 2018

# (FSMA )—Challenges and Solutions

- **Challenge #2: Lack of management commitment**

- As with any new initiative, FSMA requires buy-in across the entire company, including at the top. Management support and participation, particularly during the implementation phase, is crucial to food safety plan success.

- Solution: Provide awareness training for all senior management, and codify food safety into individual company's value system.

- Educate employees and staff members all year round.



Farah Naz, EIA /DOE/ Washington, D.C.
May 9th, 2018

# Overcoming FSMA Challenges

- **Challenge #3: Lack of an adequate HACCP plan**

- FSMA requires a shift from the reactive HACCP (Hazard Analysis and Critical Control Points) to the proactive HARPC (Hazard Analysis and Risk-Based Preventive Controls).

- A HACCP plan on its own isn't sufficient to comply with the new rules, but companies that have one are already on a good path toward compliance. The problem is that not all companies have an adequate HACCP plan as a baseline. This is especially a problem for small and medium-sized companies

18



# Overcoming FSMA Challenges

- **Challenge #4: Lack of resources**

- Depending on your current state of compliance with HACCP, GFSI, and other food safety standards, FSMA implementation can be a major undertaking.

- And it requires both financial and technical resources, including staff, expertise, and time, that many small and medium-sized companies simply don't have available.

Farah Naz, EIA /DOE/ Washington, D.C.
May 9th, 2018

19

# Overcoming FSMA Challenges

- **Challenge #5: Lack of training**

- In addition, the Preventive Controls Rule requires companies to have at least one "Preventive Controls Qualified Individual" (PCQI) on staff.

- A PCQI is someone who has completed the required training or who has industry experience necessary to design and implement a food safety program.

- Many companies opt to train a group of employees, in which case the training can be brought directly to their facility. Partnering with a training organization could be helpful.

Farah Naz, EIA /DOE/ Washington, D.C.
May 9th, 2018

20



Farah Naz, EIA /DOE/ Washington, D.C.
May 9th, 2018

# Women Participation & Leadership in Food Industry

21



Farah Naz, EIA /DOE/ Washington, D.C.
May 9th, 2018

# Participating Female Executives at (FA&M) Conference

## Women in Manufacturing & Engineering Panel

Dawn Cappelli, Vice President, Global Security and Chief Information Security Officer, **Rockwell Automation**

Allison Grealis, Founder & President, **Women in Manufacturing**

Jasmine Sutherland, President of Perfect Fit Meals and Texas Food Solutions

Kelly Goforth, Director of Manufacturing, Henrietta/OFD Foods

FA&M
CONFERENCE AND EXPO
APRIL 8-11, 2018

22



Rockwell Automation—Strongly Favor Women Excellence



Farah Naz, EIA /DOE/ Washington, D.C.
May 9th, 2018

# Highlights of Women Leadership in the Food Industry

- Only few prominent women are at executive levels in the (FA&M) industry.

- According to them, gender participation across food industry is not proportional. The industry experts are finding it very hard to be bring a balanced gender ratio in work force.

- Enrollments in graduate degree programs for specialized fields is still lacking and needs to be filled at an expedited rate to accommodate future industry needs.

- Specialized technical skills are significantly scarce within female staff.

- More resources needs to be transferred to young female work-force.



# Issues of Women Leadership in the Food Industry

- Not having enough technical skilled manpower equally distributed in all manufacturing regions.

- Rockwell Automation suggested to introduce six weeks paid maternity leave to young females interested in working for the food industry.

- Others suggested to provide free child care services.

- Issue full graduate degrees stipends to interested female students locally.

- Last but not least—seek and integrate international talent from all over the world.



Farah Naz, EIA /DOE/ Washington, D.C.
May 9th, 2018

# Concluding Remarks

- Overall, Food Automation and Manufacturing Industry in the United States is operating at an optimal level.

- Energy utilization is at its peak level and is efficiently in compliance with many state and federal regulations.

- However, according to many food industry senior management, executives and analysts—current manufacturing plants needs to be reengineered rapidly towards modern technology and operating systems.

- Global competition keep rising and is fast paced which can potentially impose challenges in future given the current state of existing work force and processing technologies.

# The End

- بہت بہت شکریہ ----Thank you ( Urdu)

- Merci -----Thank you (French)

- Danke Schön -----Thank you (German)

- شکریا ----Thank you ( Arabic/Farsi/Dari)

- Suki'ā------Thank You ( Punjabi)

# Understanding the NIPAs

## BY

Farah Naz
Federal Branch, Government Division
September 30th, 2014

*Measuring the Nation's Economy.*



# National Accounting

- *National income accounting* refers to the methods the BEA uses to track total production and total income in the economy.

- The statistical tables containing this information are called the *National Income and Product Accounts (NIPA)* tables.



# Numbering of the NIPA Tables

- The NIPAs are the U.S. Official statistics  which were developed after Great Depression around 1930's.

- NIPAs represents indicators of both US. Income and Output.

- Some data users wonder how do BEA name or number their NIPA tables.



# NIPA's Table Formatting

- NIPA's table numbering follow the format of " X,  Y, and Z".

- **"X" shows** — "NIPA Tables Sections," such as tables 3.1 shows Government Sector

- **"Y" shows**— the table number in the section; it could be random or specific depending on the types of estimates each table presenting.

# NIPAs Table Formatting

- "Z" shows— the particular kind of estimate presented such as current dollars, quantity indexes, and percent changes.

- The tables that present estimates that are only available in current dollars use only the first two terms of the numbering system.

# NIPA Tables and Estimate Types

- For instance, Government Current Receipts and Expenditures are shown in table 3.1
- Table 3.9.1 shows Percentage changes (Percentage changes are changes in quantity indexes)
- Table 3.9.2 shows Contributions to percentage change in Real Government CE&GI.

# NIPA Tables and Estimate Types

- Table 3.9.3 shows Quantity Indexes
- Table 3.9.4 shows Price Indexes
- Table 3.9.5 shows Government CE & GI
- Table 3.9.6 shows Chained Dollars
- And so on.
- http://www.bea.gov/iTable/iTable.cfm?ReqID=9&step=1#reqid=9&step=1&isuri=1

# Quantity Indexes

- A quantity index measure the level of quantity produced assuming prices remain unchanged.

- It reflects the proportionate changes in the quantities of specified good and services between two periods of time.

- A quantity Index is usually assigned a value of 100 in some selected base period or reference year.

# Quantity Indexes

- **For instance:**
- A quantity estimate is obtained by multiplying the reference-year price by the actual quantity data for the current year.
- $Qto = \{(\sum Po * Qt / \sum Po * Qo\} * 100$

- Where Qt = Actual quantity in current time.
- Po = Reference year price or base year price which is 2009 for BEA.

# Quantity Indexes – An Example

- If the price of the detailed component is $.50 per unit in 2009

- And the quantity measure is 20 units in 2009 and 25 units in 2010

- Then the quantity estimate for the component series in 2010 is

  $Qto = \{(\sum Po * Qt \ / \ \sum Po * Qo\} * 100$

  $= \{(\$.50 \times 25)/(20 \ x0.50)\}*100$

  $= 1.25 \text{ or } 125$

# Fixed Weighed/Chain-Type Indexes

- Prior to 1996, real estimates were expressed in constant dollars, a measure based on the weights of goods and services in a single year, usually a recent year and is known as "Fixed Weighted Indexes."

- In 1996, BEA introduced Chained-type annual-weighted indexes. These chained-type indexes are based on Fisher formula.

# Chained-Type Indexes

- Chained type indexes measures real output and prices. Therefore, measures of real GDP and its components in a dollar denominated form are designated as Chained (2000) dollar estimates.

- It is based on the average weights of goods and services in successive pairs of years.

# Chained-Type Indexes

- It is "chained" because the second year in each pair, with its weights, becomes the first year of the next pair and so on.

- The advantage of using the chained-dollar measure is that it is more closely related to any given period covered and is therefore subject to less distortion over time.

# Formula for Chained-type Indexes

- Calculation of Chained-type quantity and prices indexes are based on Fisher indexes that uses weights for 2 adjacent years.

- The formula for real GDP in year *t* relative to its value in year *t-1* is

- Fisher Index = $Q\_t\_^F^$ =

- {Σ p_t-1_q_t_Σ p_t-1_q_t-1_} × {Σ p_t_q_t_Σ p_t_q_t-1_},

# Fisher Formula

- Where the *p*'s and *q*'s represent prices and quantities of detailed components in the 2 years.

- Because the first term in the Fisher formula is a

- Laspeyres quantity index = $(Q\_t\_^L^)$, or $Q\_t^L =$

  $\Longrightarrow \{\Sigma\ p\_t\text{-}1\_q\_t\_\Sigma\ p\_t\text{-}1\_q\_t\text{-}1\_\},$

# Fisher Formula

- And the second term is a Paasche quantity index

  $(Q\_t\_^P^)$, or $Q\_t\_^P^ =$

  $\Rightarrow$ $\{\Sigma\ p\_t\_q\_t\_\Sigma\ p\_t\_q\_t\text{-}1\_\}$,

- The Fisher formula can also be expressed for year *t* as the geometric mean of these indexes as follows:

  $\Rightarrow$ $Q\_t\_^F^ = Q\_t\_^L^ \times Q\_t\_^P^$

# Fisher Formula

- The percent change in real GDP (or in a GDP component) from year *t-1* to year *t* is calculated as

  → $100 (Q\_t\_^F^ - 1.0)$

- The Chained-type indexes based on the Fisher formula have many advantages over the fixed-weighted indexes that was in practice prior to 1996.

# Chained Vs. Fixed Weighted Index

- The Chained Fisher series are not additive, and this problem increases with distance from the reference period.

- Non-additivity of real series comes both from chaining and from the Fisher formula itself. As a result, chaining destroys the additive consistency of accounting equations.

# Issues of Non-additivity

- Consequentially:

- It becomes difficult to  measure the contribution of an individual aggregate or sector to a higher aggregate for that the sum of the aggregates does not add up accurately to the total.

- The resulting difference is called "Residual," in BEA's terminology and is shown in some NIPA tables.

# Residual on Table 3.9.6

- Reference—Table 3.9.6,
- line 41— Residual
- Residual = [Line 1(Government
                   CE & GI)]  subtract
  [(Sum of lines 2 thru 40)] which is
   the sum of detailed components
- http://www.bea.gov/iTable/iTable.cfm?ReqID=9&step=1#reqid=9&step=3&isuri=1&903=99

# Additivity of Fixed Weighted Index

- Fixed Weighted estimates were additive due to denomination in constant dollars.

- As a result, real levels for the components of GDP added up to total GDP.

- So mathematically, the share of each relative component of GDP was significantly reflected in total GDP.

# Possible Solution to the Problem

- No clear cut solution yet but many international statistical agencies like Stats-Canada and Australian statistics are trying to research few options:

- Elimination of weighted Chained indexes and simply using Quantity indexes.

- To look for ways of creating sub-aggregates from other aggregates.

# Statistical Agencies Suggestions

- Aggregate summary analysis can be based on current dollar data only because they reflect the economic structure at current prices.

- Since additivity decreases with distance from the reference year, rebenchmarking the series to bring the reference year closer may alleviate part of the problem.